# EXHIBIT F

**From:** Yerevan, Iran IV [mailto:IranIVYerevan@state.gov]
**Sent:** Sunday, December 17, 2017 9:21 PM
**To:** Anthony Ravani <​​​​​​>
**Subject:** RE: YRV2016

Dear inquirer,

Unfortunately, your case is not eligible for a waiver under Presidential Proclamation 9645. This refusal under Section 212(f) of the Immigration and Nationality Act applies only to the current visa application. Please be advised that Presidential Proclamation 9645 currently restricts issuance of most visas to nationals of Iran and seven other countries.

Consular Section | Immigrant Visa Unit
U.S. Embassy Yerevan | 1 American Ave, Yerevan 0082, Armenia

This email is UNCLASSIFIED.

**From:** Anthony Ravani [mailto:]
**Sent:** Friday, December 15, 2017 10:38 PM
**To:** Yerevan, Iran IV
**Subject:** RE: YRV2016

Dear officer,

Based on the following FAM procedure can you please fully explain why you determined the applicant is not eligible for a waiver.

**9 FAM 504.11-3 (U) REFUSAL PROCEDURES**

**(U)** If you determine that the applicant is not eligible for a visa, the following procedures should be followed.

**9 FAM 504.11-3(A)(1) (U) Inform the Alien Orally and in Writing**

b. **(U)** INA 212(b) requires officers to provide timely written notice that the alien is inadmissible. The written notification should provide the alien (and the attorney of record) with:

(1) **(U)** The provision(s) of law on which the refusal is based;

(2) **(U)** The factual basis for the refusal (unless such information is classified) please also see "Exceptions to Notice Requirements" below;

Sincerely,

**Anthony B. Ravani,**

Principal Attorney at Law

**Immigration** & Business Law

Anywhere in USA

**Phone:** ████

████

████

**FAX:** ████

Lotus Law Group, PLLC

800 Fifth Ave., Suite 400          300 Spectrum Center Dr., Suite 400

Seattle, WA. 98104      AND   Irvine, CA. 92618

www.Lotus-Lawgroup.com

Please be advised that in all my work I follow the USA laws and all appropriate Regulations and Policies relevant to your inquiry.

**WARNING:** The information contained in this email (including any attachments) is **CONFIDENTIAL**, and may be **PRIVILEGED**. If you are not the intended receipient of this email, you may not read, retain, copy, distribute, or disclose the comntent of this email. If you have received this email in error, please advise us by return email and call the sender at ▇▇▇ ▇▇▇ Thank you.

From: Yerevan, Iran IV [mailto:IranIVYerevan@state.gov]
Sent: Thursday, December 14, 2017 11:48 PM
To: Anthony Ravani ▇▇▇
Subject: YRV2016▇▇▇

Consular Section of the

Embassy of the United States of America

Yerevan, Armenia

Dear Applicant:

This is to inform you that a consular officer found you ineligible for a visa under Section 212(f) of the Immigration and Nationality Act, pursuant to Presidential Proclamation 9645. Today's decision cannot be appealed.

Please see the letter attached.

■   Taking into account the provisions of the Proclamation, a waiver will not be granted in your case.

☐ The consular officer is reviewing your eligibility for a waiver. To approve your waiver, the consular officer must determine that denying your entry would cause undue hardship, that your entry would not pose a threat to the national security or public safety of the United States, and that your entry would be in the national interest of the United States. This can be a lengthy process, and until the consular officer can make an individualized determination on these three factors, your application will remain refused under Section 212(f). You will be contacted with a final determination on your application as soon as practicable.

Regards,

Immigrant Visa Unit

متقاضی گرامی،

به اطلاع می رسانیم افسر کنسولگری تعیین کردند که شما طبق بند 212(ف) قانون مهاجرت و تابعیت آمریکا مطابق بیانیه رییس جمهور، فاقد شرایط لازم برای اخذ ویزا هستید. تصمیم امروز غیر قابل تجدید نظر است.


■ با در نظر گرفتن مقررات این بیانیه، درپرونده شما این محدودیت چشم پوشی نخواهد شد.

□ افسر کنسولگری صلاحیت شما جهت چشم پوشی از این بیانیه را بررسی می کند. برای تأیید این چشم پوشی، افسر کنسولگری باید تعیین کند که رد ورود شما منجر به سختی های ناخوشایند خواهد شد و ورود شما تهدیدی برای امنیت ملی یا عمومی آمریکا نخواهد بود و به نفع منافع ملی ایالات متحده آمریکا خواهد بود. این روند ممکن است طولانی باشد و تا هنگامی که افسر کنسولگری بتواند در مورد این سه عامل تصمیمی برای پرونده شما بگیرد، درخواست ویزای شما طبق بند 212(ف) رد شده باقی خواهد ماند. ما در اسرع وقت با شما درباره تصمیم نهایی پرونده تان تماس خواهیم گرفت.

با تشکر،

بخش ویزای مهاجرتی

Privacy/PII

This email is UNCLASSIFIED.

2 attachments


.png
13K


.pdf
774K