CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
WILLIAM C. SILVIS
Assistant Director

STACEY I. YOUNG (DCBN 499324)
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7171
Facsimile: (202) 305-7000
Email: stacey.young@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al., | Case No. 3:18-cv-01587-JD |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' ANSWER DEADLINE** |
| DONALD J. TRUMP, et al., | |
| Defendants. | Judge: Hon. James Donato |

Pursuant to Civil Local Rule 7-12, the parties, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on March 13, 2018, Plaintiffs filed their complaint (Dkt. 1) and service was completed on April 24;

WHEREAS Defendants seek an extension of the time within which to answer pursuant to Local Rule 6-1;

NOW THEREFORE, the parties hereby agree and stipulate that:

1. The deadline for Defendants to file an answer is extended to July 22, 2018.

**IT IS SO STIPULATED.**

                              CHAD A. READLER
                              Acting Assistant Attorney General
                              United States Department of Justice
                              Civil Division

                              WILLIAM C. PEACHEY
                              Director, Office of Immigration Litigation

                              WILLIAM C. SILVIS
                              Assistant Director

                               /s/ Stacey I. Young
                              STACEY I. YOUNG
                              Senior Litigation Counsel
                              United States Department of Justice
                              Civil Division
                              Office of Immigration Litigation
                              District Court Section
                              P.O. Box 868, Ben Franklin Station
                              Washington, D.C. 20005
                              (202) 305-7171
                              Stacey.young@usdoj.gov

                              *Attorneys for Defendants*

/s/ Shabnam Lofti
SHABNAM LOTFI (WI SBN 1090020)
LOTFI LEGAL LLC
14 West Mifflin Street, Suite 300
Madison, WI 53703
Telephone: (608) 259-6226
Facsimile: (208) 977-9974
shabnam@lofilegal.com

*Attorney for Plaintiffs*

## CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

*/s/ Stacey I. Young*
Stacey I. Young

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, the Court hereby **ORDERS** that the deadline for Defendants to respond to the complaint is extended to July 22, 2018.

Dated: _____, 2018

_____
Hon. James Donato
United States District Judge
for the Northern District of California

STIPULATION AND [PROPOSED] ORDER
REGARDING ANSWER DEADLINE        2
No. 5:18-cv-02349-BLF