www.muslimadvocates.org   @muslimadvocates   facebook.com/muslimadvocates

July 11, 2018

The Honorable James Donato
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Emami v. Nielsen,* Case No. 3:18-cv-01587
             Joint Notice and Request to Continue Scheduled Hearing and Other Deadlines

Dear Judge Donato:

      We write to inform the Court that Plaintiffs intend to amend their complaint in light of the Supreme Court's recent decision in *Trump v. Hawaii,* 585 U.S. ___ (2018), and will file their amended complaint by July 30, 2018. Defendants will respond to the complaint by September 5, 2018. We jointly request postponement of the scheduling conference currently set for July 26, 2018 and corresponding adjustment of all other relevant deadlines, including meet and confer and joint status report deadlines.

Respectfully,

s/ Sirine Shebaya                                 s/ Stacey I. Young
SIRINE SHEBAYA                                STACEY I. YOUNG
Senior Staff Attorney                             Senior Litigation Counsel
Muslim Advocates                              United States Department of Justice
P.O. Box 66408                                    Civil Division
Washington, D.C. 20035                   Office of Immigration Litigation
(202) 897-2622                                   District Court Section
sirine@muslimadvocates.org            P.O. Box 868, Ben Franklin Station
                                                      Washington, D.C. 20005
                                                      (202) 305-7171
                                                      Stacey.young@usdoj.gov