JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
GISELA WESTWATER
Assistant Director
P. ANGEL MARTINEZ (DCBN 499324)
Trial Attorney

STACEY I. YOUNG
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7171
Facsimile: (202) 305-7000
Email: stacey.young@usdoj.gov

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al., | Case No. 3:18-cv-01587-JD |
| Plaintiffs, | |
| v. | **STATEMENT OF RECENT DECISION UNDER LOCAL RULE 7-3** |
| DONALD J. TRUMP, et al., | Judge: Hon. James Donato |
| Defendants. | |

1

2

3          In advance of the December 13, 2018 motion-to-dismiss hearing, and Pursuant to Civil

4   Local Rule 7-3, Defendants, by and through their respective counsel, notify the Court of a

5   relevant opinion that the Western District of Washington issued today, December 12.  In its

6   Order Granting Defendants' Motion to Transfer in *Pars Equality Center, et al. v. Mike Pompeo,*

7   *et al.*, C18-1122JLR (W.D. Wash.) (ECF No. 80) ("*Pars Equality* Order"), attached as an

8   exhibit, the Western District of Washington transferred venue to the Northern District of

9   California.

          Undersigned counsel has notified Plaintiffs' counsel of the order.

10

11   Dated:  December 13, 2018                Respectfully submitted,

12

13                                           JOSEPH H. HUNT
                                             Assistant Attorney General
14                                           United States Department of Justice, Civil Division

15                                           WILLIAM C. PEACHEY
                                             Director, Office of Immigration Litigation
16

17                                           GISELA WESTWATER
                                             Assistant Director
18

19                                           P. ANGEL MARTINEZ
                                             Trial Attorney
20
                                             By: */s/ Stacey I. Young*
21                                           STACEY I. YOUNG
                                             Senior Litigation Counsel (DCBN 499324)
22                                           U.S. Department of Justice, Civil Division
                                             Office of Immigration Litigation,
23                                           District Court Section
                                             P.O. Box 868, Ben Franklin Station
24                                           Washington, DC 20044
                                             T: (202) 305-7171
25                                           F: (202) 305-7000
                                             Stacey.young@usdoj.gov
26
                                             *Attorneys for Defendants*
27

28