JOHNATHAN SMITH (*pro hac vice*)
SIRINE SHEBAYA (*pro hac vice*)
NIMRA AZMI (NY SBN 5466693)*‡
JOSEPH SAEI (CA SBN 321341)‡
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
Email: sirine@muslimadvocates.org

SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
LOTFI LEGAL, LLC
P.O. Box 64
Madison, WI 53701
Telephone: (608) 259-6226
Facsimile: (208) 977-9974

*Attorneys for Plaintiffs*
*Additional counsel listed on signature page*

*\*Pro hac vice admission application pending*
*‡ Not admitted to practice in DC; supervised by members of the DC bar*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. | Case No. 3:18-cv-01587-JD <br><br> **NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. 3:18-CV-01587-JD; UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11** <br><br> Judge: Hon. James Donato |

NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. 3:18-CV-01587-JD; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11 - 1

Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court for the Northern District of California, Plaintiffs in this action respectfully submit this Notice of Related Case, *Pars Equality Center v. Pompeo,* No. 3:18-cv-07818 (N.D. Cal.), and Unopposed Administrative Motion to Consider Whether Cases Should Be Related.

## I. APPLICABLE STANDARD UNDER CIVIL L.R. 3-12

Under Civil Local Rule 3-12, an "action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

Whenever a party knows or believes that an action may be related to an action which is or was pending in the Northern District, the party "must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b). The motion must include: "[t]he title and case number of each apparently related case" and "[a] brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)." Civil L.R. 3-12(d).

## II. *PARS EQUALITY V. POMPEO* IS RELATED TO *EMAMI V. NIELSEN*

On December 12, 2018, Judge Robart of the U.S. District Court for the Western District of Washington ordered the transfer of *Pars Equality Center v. Pompeo,* No. 3:18-cv-07818 (N.D. Cal.), to the Northern District of California because of the substantial similarity between *Pars Equality* and the instant case. *See* Exhibit A, Order Granting Defs.' Mot. to Transfer Venue, *Pars*

*Equal. Ctr. v. Pompeo*, No. 18-1122 (W.D. Wash. Dec. 12, 2018), ECF No. 80 ("Dec. 2018 Transfer Order"). Counsel for Plaintiffs was informed on January 7, 2019 that the case has arrived in the Northern District.

Like *Emami*, *Pars Equality* is a class action challenging the government's implementation of the waiver provisions of Presidential Proclamation No. 9645, "Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry into the United States by Terrorists or Other Public-Safety Threats." The two cases challenge the same policy, involve substantially the same parties and claims and arise out of the same events. *See* First Amended Complaint, ECF No. 34; Class Action Complaint, *Pars Equal. Ctr. v. Pompeo* (W.D. Wash. July 31, 2018), ECF No. 1. *See also* Ex. A, Dec. 2018 Transfer Order. As Judge Robart noted in his transfer order, "[t]wo of the three proposed subclasses in [*Pars Equality*] sweep in virtually the same individuals as the two proposed subclasses in *Emami*." *Id.* at 13. Accordingly, and consistent with the factors set forth in Local Rule 3-12(a), Judge Robart found that "transfer will obviate the risk that class members may face inconsistent rulings" and "will also promote . . . principles of efficiency and comity." *Id.* at 15. He concluded that transfer to this Court is warranted "[i]n light of the congruence of two of the three proposed subclasses in [*Pars Equality*] and in *Emami,* as well as the overlapping nature of the class members' claims." *Id.*

For the same reasons, assigning the cases to different judges in this District would be "an unduly burdensome duplication or expense" and would risk resulting in conflicting outcomes for the same plaintiff classes. Civil L.R. 3-12(a).  Plaintiffs therefore respectfully move this Court to find that the two cases are related and to allow them to proceed in a coordinated manner before this Court. Defendants do not oppose this motion.

NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. 3:18-CV-01587-JD; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11 - 3

Dated: January 8, 2019

Respectfully Submitted,

/s/Sirine Shebaya
SIRINE SHEBAYA (*pro hac vice*)
JOHNATHAN SMITH (*pro hac vice*)
NIMRA AZMI (NY SBN 5466693)*‡
JOSEPH SAEI (CA SBN 321341)‡
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
Email: sirine@muslimadvocates.org

SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
LOTFI LEGAL, LLC
P.O. Box 64
Madison, WI 53701
Telephone: (608) 259-6226
Facsimile: (208) 977-9974

LUIS CORTES ROMERO (CA SBN 310852)
ALMA DAVID (CA SBN 257676)
IMMIGRANT ADVOCACY & LITIGATION
CENTER, PLLC
19309 68th Avenue S., Suite R102
Kent, WA 89032
Telephone: (253) 872-4730
Facsimile: (253) 237-1591

NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. 3:18-CV-01587-JD; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11 - 4

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should be automatically served this day on all counsel of record in this case and on Defendants' counsel in *Pars Equality Center v. Pompeo,* No. 3:18-cv-07818 (N.D. Cal.) via transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that the foregoing document was served this day on counsel for Plaintiffs in *Pars Equality,* via email at the following addresses:

ESTHER SUNG
National Immigration Law Center
sung@nilc.org

AARON J. FICKES
Lane Powell, PC
fickesa@lanepowell.com

/s/ Sirine Shebaya
Sirine Shebaya (*pro hac vice*)
*Attorney for Plaintiffs*

SIRINE SHEBAYA (*pro hac vice*)
sirine@muslimadvocates.org
Muslim Advocates
P.O. Box 34440
Washington, D.C. 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007