UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. <br><br> *and* <br><br> PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, et al., <br><br> Defendants. | Case No. 18-cv-01587-JD <br><br><br><br><br><br><br><br> Case No. 18-cv-7818-JD <br><br><br> Hon. James Donato |

# *[PROPOSED]* **ORDER**

Based upon Defendants' motion and supporting materials, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion to Consolidate or, In the Alternative, to Stay Proceedings (Docket No. __) is **GRANTED**.

**IT IS ORDERED.**

Dated:

_____
JAMES DONATO
United States District Judge