**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Farangis Emami, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　　-against- <br><br> KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, et al., <br><br>　　　　　　　Defendants. | Civil Case No. 3:18-cv-01587 <br><br> **EXHIBITS TO SECOND AMENDED CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND FOR WRIT OF MANDAMUS** |

**EXHIBITS TO SECOND AMENDED CLASS ACTION COMPLAINT FOR INJUNCTIVIVE AND DECLARATORY RELIEF AND FOR WRIT OF MANDAMUS**

　　Attached as exhibits hereto are the Declaration of Sirine Shebaya in Support of Second Amended Class Action Complaint for Injunctive and Declaratory Relief and for Writ of Mandamus ("Second Amended Complaint") and Exhibits A-N of the Second Amended Complaint.

DATED: Feb. 26, 2019
　　　　Washington, DC

　　　　　　　　　　　　　　　　*/s/ Sirine Shebaya*
　　　　　　　　　　　　　　　　Sirine Shebaya (*pro hac vice*)
　　　　　　　　　　　　　　　　MUSLIM ADVOCATES
　　　　　　　　　　　　　　　　P.O. Box 34440
　　　　　　　　　　　　　　　　Washington, DC 20043
　　　　　　　　　　　　　　　　Telephone: (202) 897-2622
　　　　　　　　　　　　　　　　Facsimile: (202) 508-1007
　　　　　　　　　　　　　　　　sirine@muslimadvocates.org

　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*