UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Farangis Emami, et al.,

                Plaintiffs,

-against-

KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, et al.,

                Defendants.

Civil Case No. 3:18-cv-01587

**DECLARATION OF SIRINE SHEBAYA IN SUPPORT OF SECOND AMENDED CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND FOR WRIT OF MANDAMUS**

**DECLARATION OF SIRINE SHEBAYA IN SUPPORT OF SECOND AMENDED CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND FOR WRIT OF MANDAMUS**

I, Sirine Shebaya, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice law before this Court. I am an attorney at Muslim Advocates, and I represent Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Second Amended Class Action Complaint for Injunctive Relief and for Writ of Mandamus. The following facts are within my personal knowledge and, if called and sworn as a witness, I would testify competently to these facts.

2. Attached hereto as Exhibit A is a true and correct copy of Presidential Proclamation 9645, "Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry into the United States by Terrorists or Other Public-Safety Threats." Presidential Proclamation 9645, 82 Fed. Reg. 45161 (Sept. 27, 2017).

Declaration of Sirine Shebaya
Case No. 3:18-CV-01587

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a declaration submitted by former consular official Christopher Richardson, Esq. on June 1, 2018 in the case of *Alharbi v. Miller* in the U.S. District Court for the Eastern District of New York. Decl. of Christopher Richardson, Esq., *Alharbi v. Miller*, No. 1:18-cv-02435 (E.D.N.Y. filed April 25, 2018), ECF No. 24-2.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a Q&A posted on the U.S. Department of State's website on December 4, 2017, entitled "New Court Order on Presidential Proclamation." A copy can be found at: https://web.archive.org/web/2018 0112164829/https://travel.state.gov/content/travel/en/us-visas/visa-information-resources/presidential-proclamation-archive/2017-12-04-Presidential-Proclamation.html.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of a declaration submitted by Jay Gairson, Esq., the founder and managing member of Gairson Law, LLC.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of a letter from Mary K. Waters, Assistant Secretary of Legislative Affairs at U.S. Department of State, to U.S. Senator Chris Van Hollen, dated February 22, 2018. A copy of the letter can be found here: http://fingfx.thomsonreuters.com/gfx/reuterscom/1/60/60/letter.pdf.

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of revisions to Presidential Proclamation 9645 posted on the U.S. Department of State's website on April 10, 2018, entitled "Revisions to Presidential Proclamation 9645." A copy can be found at: https://web.archive.org/web/20180413110706/https://travel.state.gov/content/travel/en/News/visas-news/revisions-to-presidential-proclamation-9645.html.

Declaration of Sirine Shebaya
Case No. 3:18-CV-01587

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of an Email Attorney Shabnam Lotfi received from the U.S. Consulate General in Vancouver, Canada, on January 9, 2018.

9. Attached hereto as <u>Exhibit H</u> is a true and correct copy of Email correspondence dated July 18, 2018 and July 19, 2018 between Attorney Parastoo Zahedi and the Consular Section of the U.S. Embassy in Abu Dhabi.

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of a U.S. Embassy form letter regarding a visa applicant's eligibility for a waiver under Presidential Proclamation 9645.

11. Attached hereto as <u>Exhibit J</u> is a true and correct copy of letter from Mary K. Waters, Assistant Secretary of Legislative Affairs at U.S. Department of State, to U.S. Senator Chris Van Hollen, dated June 22, 2018.

12. Attached hereto as <u>Exhibit K</u> is a true and correct copy of U.S. District Judge Brian M. Cogan's Findings of Fact and Conclusions of Law in the case of *Alharbi v. Miller* in the U.S. District Court for the Eastern District of New York. Findings of Fact and Conclusions of Law, *Alharbi v. Miller*, No. 1:18-cv-02435 (E.D.N.Y. filed April 25, 2018), ECF No. 20.

13. Attached hereto as <u>Exhibit L</u> is a true and correct copy of an Email sent on January 4, 2018, by the U.S. Embassy in Yerevan, Armenia to Atefehossadat Motavaliabyazani.

14. Attached hereto as <u>Exhibit M</u> is a true and correct copy of an Email sent on December 17, 2017, by the U.S. Embassy in Yerevan, Armenia, to Hoda Mehrabi Mohammad Abadi.

15. Attached hereto as <u>Exhibit N</u> is a true and correct copy of an Email sent on December 27, 2018, by the U.S. Consulate General in Rio de Janeiro, Brazil, to Dr. Ehsan Heidaryan.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Declaration of Sirine Shebaya
Case No. 3:18-CV-01587

| | |
|---|---|
| DATED: Feb. 26, 2019<br>Washington, DC | */s/ Sirine Shebaya*<br>Sirine Shebaya (*pro hac vice*)<br>MUSLIM ADVOCATES<br>P.O. Box 34440<br>Washington, DC 20043<br>Telephone: (202) 897-2622<br>Facsimile: (202) 508-1007<br>sirine@muslimadvocates.org<br><br>*Attorney for Plaintiffs* |

Declaration of Sirine Shebaya
Case No. 3:18-CV-01587