# Exhibit G

3/12/2018                    Lotfi Legal LLC Mail - Request for Clarity: [redacted] ; Case Number [redacted]

# Gmail

Shabnam Lotfi <shabnam@lotfilegal.com>

**Request for Clarity:** [redacted]        **Case Number** [redacted]

**Vancouver, NIV Unit** <vancouverniv@state.gov>                  Tue, Jan 9, 2018 at 2:42 PM
To: Shabnam Lotfi <shabnam@lotfilegal.com>

Dear Shabnam Lofti,

A consular officer may issue a visa based on a listed waiver category to nationals of countries identified in the Presidential Proclamation on a case-by-case basis.

It has been determined that your client, [redacted], does not meet the definition of close family as she is over 21 years of age.

This decision cannot be appealed.

*Non-Immigrant Visa Unit*

*U.S. Consulate General Vancouver*

**From:** Shabnam Lotfi [mailto:shabnam@lotfilegal.com]
**Sent:** Wednesday, January 03, 2018 12:41 PM
**To:** Vancouver, NIV Unit
**Cc:** [redacted]
**Subject:** Request for Clarity: [redacted] Case Number [redacted]

Dear Consular Officer,
Per your communication (see attached), it appears as though my client, [redacted], has been denied the opportunity to request a waiver of the presidential proclamation.

According to the presidential proclamation itself and guidance on the State Department's website, foreign nationals who seek to enter the US to be reunited with a close family member (e.g. spouse, child, or parent) are eligible for requesting a waiver.

My client is the daughter of a United States citizen. Could you kindly explain why your office has denied my client the opportunity to request a waiver of the presidential proclamation?

Respectfully,

1/2

Attorney Shabnam Lotfi

Lotfi Legal, LLC

22 East Mifflin St Ste 302

Madison, WI 53703

(608) 259-6226

shabnam@lotfilegal.com

www.lotfilegal.com

This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments.

**Official**

**UNCLASSIFIED**