# Exhibit J

<200b>

United States Department of State

*Washington, D.C. 20520*

JUN 22 2018

The Honorable
Chris Van Hollen
United States Senate
Washington, DC 20510

Dear Senator Van Hollen:

Thank you for your letter of April 19 regarding the implementation of Presidential Proclamation 9645 (PP 9645) *Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry into the United States by Terrorists or Other Public-Safety Threats,* in which you reference the letter we sent you and Senator Jeff Flake on February 22 and seek additional information about the impact of the Proclamation on the processing of U.S. visas.

We defer to the Department of Homeland Security to address your request for reports submitted by the Secretary of Homeland Security to the White House pursuant to section 4(a) of PP 9645. We further note that PP 9645 sets out the basis for the designation of the countries listed and specifies the inadequacies in identity management protocols, information-sharing practices, and other risk factors that resulted in those countries being subject to the stated travel restrictions.

As discussed in our February 22 letter, the Department's worldwide guidance to consular officers regarding when a waiver pursuant to section 3(c) of PP 9645 may be granted is drawn directly from PP 9645 itself. That letter contains further information about how consular officers determine that the applicant has met each of the three criteria for a waiver. The Department's internal operational guidance is intended for consular officer's internal use only and is not publicly available, as well as being the subject of ongoing litigation upon which we cannot comment.

The Department does not routinely maintain the statistics you have requested in the form which you have requested. We have attached the available information which we believe is responsive to your concerns. As noted on the Department's public website, Travel.State.Gov, (https://travel.state.gov/content/travel/en/us-visas/visa-information-resources/presidential-proclamation-archive/RevisionatoPresidentialProclamation9645.html) from December 8, 2017 through May 31, 2018, more than 768 applicants were cleared for waivers after a consular officer determined the applicants satisfied all criteria and completed all required processing. (This information is updated every two weeks.) Many of those applicants received their visas. In the months since full implementation of PP 9645 began on December 8, 2017, the number of cases cleared for waivers has grown at an increasing rate. We note that the statistic provided with our February 22 letter which stated that two cases had been cleared for waivers, was as of January 8 (the attachment mistakenly indicated February 15), or only after one month of processing cases under PP 9645. The increase in the number of cleared waivers, and the decrease in the time required to clear a waiver was expected as time elapsed.

We hope this information is helpful.  Please do not hesitate to contact us further on this or any other matter.

Sincerely,

*[signature: Mary K. Waters]*

Mary K. Waters
Assistant Secretary
Legislative Affairs

Enclosure:  As stated

*This non-public information is being provided to address your request as fully as possible and is for your use in your legislative work.*
*Not for public release without prior consultation with the Department of State.*

## VISA APPLICATIONS RECEIVED AND PROCESSED FROM NATIONALS SUBJECT TO PRESIDENTIAL PROCLAMATION 9645
### (As of April 30 unless otherwise stated)

**(Note: The points below contain preliminary data which are subject to change. Any changes should not be statistically significant.)**

Number of NIV and IV applications from impacted nationalities who applied for visas in the P.P. 9645 covered categories: 33,176

Number of applicants found ineligible for reasons other than those covered in P.P. 9645(e.g. INA 214(b)) so a review for eligibility under P.P. 9645 was not required: 4,900

Number of applicants who received a visa under an exception from P.P. 9645: 1,147

Number of applicants cleared for waivers: 579 (768 as of May 31)

Number of applicants interviewed, but still awaiting a determination on a waiver: 4,157