# Exhibit L

3/12/2018



Shabnam Lotfi <shabnam@lotfilegal.com>

# Fwd: YRV2016▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮  Mon, Feb 5, 2018 at 5:46 PM
To: shabnam@lotfilegal.com

Soheil Vazehrad, RDH,
▮▮▮▮▮▮▮▮▮▮

Begin forwarded message:

> **From:** atefe motevally ▮▮▮▮▮▮▮▮▮▮
> **Date:** January 5, 2018 at 10:06:59 PM PST
> **To:** Soheil Vazehrad ▮▮▮▮▮▮▮▮▮▮
> **Subject: Fw: YRV2016**▮▮▮
> **Reply-To:** atefe motevally ▮▮▮▮▮▮▮▮▮▮

On Thursday, January 4, 2018 10:47 AM, "Yerevan, Iran IV" <IranIVYerevan@state.gov> wrote:



Consular Section of the
Embassy of the United States of America
Yerevan, Armenia

Dear Applicant:

This is to inform you that a consular officer found you ineligible for a visa under Section 212(f) of the Immigration and Nationality Act, pursuant to Presidential Proclamation 9645. Today's decision cannot be appealed.

- ■ Taking into account the provisions of the Proclamation, a waiver will not be granted in your case.

- ☐ The consular officer is reviewing your eligibility for a waiver. To approve your waiver, the consular officer must determine that denying your entry would cause undue hardship, that

3/12/2018                                             Lotfi Legal LLC Mail - Fwd: YRV2016

your entry would not pose a threat to the national security or public safety of the United States, and that your entry would be in the national interest of the United States. This can be a lengthy process, and until the consular officer can make an individualized determination on these three factors, your application will remain refused under Section 212(f). You will be contacted with a final determination on your application as soon as practicable.

Regards,

Immigrant Visa Unit

متقاضی گرامی،

به اطلاع می رسانیم افسر کنسولگری تعیین کردند که شما طبق بند 212(ف) قانون مهاجرت و تابعیت آمریکا مطابق بیانیه رییس جمهور، فاقد شرایط لازم برای اخذ ویزا هستید. تصمیم امروز غیر قابل تجدید نظر است.

■ با در نظر گرفتن مقررات این بیانیه، در پرونده شما این محدودیت چشم پوشی نخواهد شد.
☐ افسر کنسولگری صلاحیت شما جهت چشم پوشی از این بیانیه را بررسی می کند. برای تأیید این چشم پوشی، افسر کنسولگری باید تعیین کند که رد ورود شما منجر به سختی های ناخوشایند خواهد شد و ورود شما تهدیدی برای امنیت ملی یا عمومی آمریکا نخواهد بود و به نفع منافع ملی ایالات متحده آمریکا خواهد بود. این روند ممکن است طولانی باشد و تا هنگامی که افسر کنسولگری بتواند در مورد این سه عامل تصمیمی برای پرونده شما بگیرد، درخواست ویزای شما طبق بند 212(ف) رد شده باقی خواهد ماند. ما در اسرع وقت با شما درباره تصمیم نهایی پرونده تان تماس خواهیم گرفت.

با تشکر،
بخش ویزای مهاجرتی

Privacy/PII
This email is UNCLASSIFIED.







image002.jpg
4K