# Exhibit N

**mail.com**

---

### RE: Fwd: RDJ2017█████ - HEIDARYAN, EHSAN

**From:** "Immigration, Rio" <ImmigrationRio@state.gov>
**To:** "Heidaryan, Ehsan" <█████████>
**Cc:** "█████████" <█████████>
**Date:** Dec 27, 2017 2:13:57 PM

Dear Sir,

Unfortunately your immigrant visa case is refused under Presidential Proclamation 9645 and now considered closed. Do not need to fill out the questionnaire we sent by email.

Atenciosamente,
Best regards,

Immigrant Visa Unit
United States Consulate General
Rio de Janeiro - RJ –Brazil
br

**Official**
**UNCLASSIFIED**

---

**From:** Immigration, Rio
**Sent:** Wednesday, December 27, 2017 10:16 AM
**To:** 'Heidaryan, Ehsan'
**Cc:** █████████
**Subject:** RE: Fwd: RDJ2017█████ - HEIDARYAN, EHSAN

Dear Sir,

You must download cerenade extension in your computer to open the form. After fill out you may send it by mail.

Atenciosamente,
Best regards,

Immigrant Visa Unit
United States Consulate General
Rio de Janeiro - RJ –Brazil
br

**Official**
**UNCLASSIFIED**

---

**From:** Heidaryan, Ehsan [mailto:█████████]
**Sent:** Tuesday, December 26, 2017 1:09 PM
**To:** Immigration, Rio
**Cc:** █████████
**Subject:** Re: Fwd: RDJ2017█████ - HEIDARYAN, EHSAN

Dear Sir/Madam,

Many thanks for your message!

1. Due to information provided by my case officer on the day of the interview, it supposed that email would be sent to me who I am the principal applicant. But it was sent to my wife who is my dependent! By the way, it is OK and please in the future messages consider me as the primary receiver of your message and put her in the copy.

2. Your email was contained DS5535.far which is weird to me, would you please let me know how to open it?

3. Regarding returning the completed form, should I upload it to my dropbox and provide you with its link or you have a particular account for that?

Kind regards,
Ehsan Heidaryan
RDJ2017█████

**Sent:** Tuesday, December 26, 2017 at 9:58 AM
**From:** "Liliam Festi"
**To:**
**Subject:** Fwd: RDJ2017 - HEIDARYAN, EHSAN

Enviado do meu iPhone

Início da mensagem encaminhada:

**De:** "Immigration, Rio" <ImmigrationRio@state.gov>
**Data:** 26 de dezembro de 2017 09:43:18 BRST
**Para:**
**Assunto: RDJ2017 - HEIDARYAN, EHSAN

Dear Immigrant Visa Applicant,

Please find the attached document requiring review and completion by the principal applicant. Please complete the form in English. Once you have completed the form, print it and send to us by drop box or mail.

Be advised that incomplete or unclear responses will delay the processing of your case.

Atenciosamente,

Best regards,

Immigrant Visa Unit

United States Consulate General

Rio de Janeiro - RJ – Brazil

br

---

Attachments


- .jpg
- .png
- .png
- .png
- .png
- .jpg
- .jpg