JOSEPH H. HUNT
Assistant Attorney General,
United States Department of Justice, Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section
GISELA A. WESTWATER
Assistant Director
STACEY I. YOUNG
Senior Litigation Counsel
P. ANGEL MARTINEZ
Trial Attorney

   P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
   Telephone: (202) 598-8085
   Facsimile: (202) 305-7000
   Email: Angel.Martinez2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARANGIS EMAMI, et al., | Case No. 3:18-cv-01587-JD |
| Plaintiffs, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT** |
| KIRSTJEN NIELSEN, et al., | |
| Defendants. | Judge: Hon. James Donato |

Pursuant to Civil Local Rule 7-12, the parties, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, On February 4, 2019, the Court ruled on Defendants' motion to dismiss Plaintiff's First Amended Complaint, allowing Plaintiffs to amend their complaint by February 25, 2019.

WHEREAS, On February 20 2019, Defendants filed a motion to consolidate in *Pars Equality Center, et al. v. Mike Pompeo, et al.*, 18-cv-7818-JD ("*Pars*"), *see Pars*, Doc. 91.

WHEREAS, On February 23, 2019, Plaintiffs filed a Second Amended Complaint, Doc. 75, and the exhibits thereto on February 25, 2019, Doc. 77.

WHEREAS, On February 26, 2019, Defendants filed a motion to consolidate in this case, *see* Doc. 76.

NOW THEREFORE, the parties hereby agree and stipulate that:

1.      The deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is set for 21 days from the date the Court resolves the motions to consolidate, with a response to the Second Amended Complaint needed if the Court denies consolidation or orders a form of consolidation that does not require the filing of a single consolidated complaint.

*/ / /*

JOINT STIPULATION AND [PROPOSED] ORDER
FOR DEADLINE TO ANSWER OR OTHERWISE
RESPOND TO THE SECOND AMENDED COMPLAINT
18-cv-01587-JD

1

**IT IS SO STIPULATED.**

Dated: March 4, 2019                    JOSEPH H. HUNT
                                        Assistant Attorney General
                                        United States Department of Justice, Civil Division

                                        WILLIAM C. PEACHEY
                                        Director
                                        Office of Immigration Litigation, District Court Section

                                        GISELA A. WESTWATER
                                        Assistant Director

                                        STACEY I. YOUNG
                                        Senior Litigation Counsel

                                        By: */s/ P. Angel Martinez*
                                        P. ANGEL MARTINEZ
                                        Trial Attorney (NYBN 5009790)
                                        U.S. Department of Justice, Civil Division
                                        Office of Immigration Litigation,
                                        District Court Section
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        T: (202) 598-8085
                                        F: (202) 305-7000
                                        Angel.Martinez2@usdoj.gov

                                        *Attorneys for Defendants*


                                        /s/ Sirine Shebaya
                                        SIRINE SHEBAYA (*pro hac vice*)
                                        MUSLIM ADVOCATES
                                        P.O. Box 34440
                                        Washington, DC 20043
                                        Telephone: (202) 897-2622
                                        Facsimile: (202) 508-1007
                                        sirine@muslimadvocates.org

                                        *Attorney for Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER
FOR DEADLINE TO ANSWER OR OTHERWISE
RESPOND TO THE SECOND AMENDED COMPLAINT
18-cv-01587-JD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CIVIL LOCAL RULE 5-1(i)(3)</u>

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

*/s/ P. Angel Martinez*
P. Angel Martinez

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, the Court hereby **ORDERS** that the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is due 21 days from the date the Court resolves the motions to consolidate, with a response to the Second Amended Complaint needed if the Court denies consolidation or orders a form of consolidation that does not require the filing of a single consolidated complaint.

Dated: _____, 2019

_____
Hon. James Donato
United States District Judge
for the Northern District of California

JOINT STIPULATION AND [PROPOSED] ORDER
FOR DEADLINE TO ANSWER OR OTHERWISE
RESPOND TO THE SECOND AMENDED COMPLAINT
18-cv-01587-JD

3