JOSEPH H. HUNT
Assistant Attorney General,
United States Department of Justice, Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation, District Court Section
GISELA A. WESTWATER
Assistant Director
STACEY I. YOUNG
Senior Litigation Counsel
P. ANGEL MARTINEZ
Trial Attorney

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8085
Facsimile: (202) 305-7000
Email: Angel.Martinez2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARANGIS EMAMI, et al., | Case No. 18-cv-01587-JD |
| Plaintiffs, | |
| v. | **DECLARATION OF P. ANGEL MARTINEZ IN SUPPORT OF JOINT STIPULATION FOR DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT** |
| KIRSTJEN NIELSEN, et al., | |
| Defendants. | |

I, P. Angel Martinez, declare as follows:

1. I am a trial attorney with the U.S Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, and counsel of record in this action for Defendants. I submit this Declaration pursuant to Local Rule 6-2 in support of the parties Joint Stipulation for Deadline to Answer or Otherwise Respond to the Second Amended Complaint.

A. **REASONS FOR REQUESTED TIME CHANGE**

2. On February 4, 2019, the Court ruled on Defendants' motion to dismiss Plaintiff's First Amended Complaint, allowing Plaintiffs to amend their complaint by February 25, 2019. On February 20, Defendants filed a motion to consolidate in *Pars Equality Center, et al. v. Mike Pompeo, et al.*, 18-cv-7818-JD ("*Pars*"), *see* Pars, Doc. 91. On February 23, 2019, Plaintiffs filed a Second Amended Complaint, Doc. 75, and the exhibits thereto on February 25, 2019, Doc. 77. On February 26, 2019, Defendants filed a motion to consolidate in this case, *see* Doc. 76. To promote judicial economy, the parties respectfully request that the deadline for Defendants to respond to Plaintiffs' Second Amended Complaint be set to 21 days from the date the Court resolves the motions to consolidate, with a response to the Second Amended Complaint needed if the Court denies consolidation or orders a form of consolidation that does not include the filing of a single consolidated complaint. Good cause exists for it, including for the following reasons:

  A. If the Court grants the aforementioned motions to consolidate and directs the filing of a consolidated complaint, any response to Plaintiffs' Second Amended Complaint and related briefing will become moot; and

  B. Defendants require additional time to: (i) allow a sufficient opportunity to coordinate with the numerous stakeholders involved, including multiple layers of review; and (ii) to gather and review the necessary updated information, including current information on the numerous Plaintiffs and their beneficiaries in this action, located in many different countries.

DECLARATION OF P. ANGEL MARTINEZ IN
SUPPORT OF JOINT STIPULATION FOR DEADLINE
TO ANSWER OR OTHERWISE RESPOND TO THE
SECOND AMENDED COMPLAINT
18-cv-01587-JD

**B.      PREVIOUS TIME MODIFICATIONS**

3. There have been no previous modifications with respect to the deadline in question.

**C.      EFFECT OF REQUESTED TIME MODIFICATION ON CASE SCHEDULE**

4. The requested time modification will postpone the deadlines to answer or otherwise respond to the Second Amended Complaint. It will ultimately promote judicial economy and allow the parties to pursue an efficient resolution of the case through less repetitive work and more complete and updated information for the parties and the Court. The parties remain committed to moving the case forward to a speedy and efficient resolution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of March, 2019, at Washington, D.C.

/s/ P. Angel Martinez
P. Angel Martinez

DECLARATION OF P. ANGEL MARTINEZ IN
SUPPORT OF JOINT STIPULATION FOR DEADLINE
TO ANSWER OR OTHERWISE RESPOND TO THE
SECOND AMENDED COMPLAINT
18-cv-01587-JD

2