SIRINE SHEBAYA (*pro hac vice*)
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
sirine@muslimadvocates.org

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Farangis Emami, et al.,<br><br>　　　　　Plaintiffs,<br><br>-against-<br><br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, et al.,<br><br>　　　　　Defendants. | Civil Case No. 3:18-cv-01587<br><br>**NOTICE OF ERRATA TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND FOR WRIT OF MANDAMUS** |

Plaintiffs hereby respectfully notify the Court and all interested parties of the following errata:

On February 23, 2019, Plaintiffs filed their Second Amended Complaint ("SAC"). ECF No. 75. Paragraph 309 on Page 61 of the SAC begins with a sentence fragment that was marked for deletion but remained in the text of the as-filed SAC due to an inadvertent clerical error. Paragraph 309 of the SAC should have alleged as follows:

> 309. In defending their own rights, the individual Plaintiffs will defend the rights of all Class members fairly and adequately. Plaintiffs are represented by counsel with deep knowledge of immigration law and civil rights law and with extensive experience litigating complex cases and class actions. Counsel have the requisite level of expertise to adequately prosecute this case on behalf of Plaintiffs and the Class.

Plaintiffs' counsel apologizes to the Court and all parties for any confusion or inconvenience created by this error. Plaintiffs have filed as an attachment to this notice a corrected SAC that remedies this mistake and makes no other changes.

Respectfully submitted,

DATED: April 10, 2019
Washington, DC

*/s/ Sirine Shebaya*
Sirine Shebaya (*pro hac vice*)
MUSLIM ADVOCATES
P.O. Box 34440
Washington, DC 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
sirine@muslimadvocates.org

*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Sirine Shebaya*
Sirine Shebaya (*pro hac vice*)
Attorney for Plaintiffs

SIRINE SHEBAYA (*pro hac vice*)
sirine@muslimadvocates.org
Muslim Advocates
P.O. Box 34440
Washington, DC 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007