# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

---

Date: April 11, 2019　　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 16 Minutes

Case No.　　**C-18-01587-JD Emami v. Nielsen et al**
　　　　　　　**C-18-07818-JD Pars Equality Center et al v. Pompeo et al**

Attorney(s) for Plaintiff(s):　　Sirine Shebaya/Daniel B. Asimow/Babak Yousefzadeh/ Ester Sung
Attorney(s) for Defendant(s):　Stacey I. Young

Deputy Clerk: Lisa R. Clark　　　　　　　　　　　　　　　Court Reporter: JoAnn Bryce

### PROCEEDINGS

Motion to Consolidate Cases – Held
Initial Case Management Conference (*Pars*) – Held

### NOTES AND ORDERS

Following a discussion with the parties, the Court denies the government's motion to formally consolidate the two related cases. The Court also denies the request to stay the later-filed *Pars* case.

The two cases will proceed separately, but the Court orders that the parties must work together to minimize duplication for the parties and the Court. For example, there should generally be only one set of briefs for any arguments that apply to both cases. And documents should be produced and witnesses made available once only.

All parties will confer and submit a jointly proposed, global schedule for both cases by April 18, 2019.

The government will file by May 13, 2019, separate responses to the complaint in *Pars* and the amended complaint in *Emami*.