SIRINE SHEBAYA (*pro hac vice*)
NIMRA AZMI (*pro hac vice*)*
JOSEPH SAEI (CA SBN 321341)*
MUSLIM ADVOCATES
P.O. Box 34440
Washington, DC 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
sirine@muslimadvocates.org
nimra@muslimadvocates.org
yusuf@muslimadvocates.org

SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
LOTFI LEGAL, LLC
P.O. Box 64
Madison, WI 53701
Telephone: (608) 259-6226
Facsimile: (208) 977-9974
shabnam@lotfilegal.com
veronica@lotfilegal.com

*Attorneys for Plaintiffs*

*Not admitted to practice in DC; supervised by members of the DC bar

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Farangis Emami, *et al.*,<br><br>                              Plaintiffs,<br><br>                    -against-<br><br>KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of Homeland Security, *et al.*,<br><br>                         Defendants. | Civil Case No. 3:18-cv-01587<br><br>STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND [*PROPOSED*] ORDER<br><br>Judge: Hon. James Donato |

WHEREAS at oral argument on April 11, 2019, and in an April 15, 2019 order (Doc. 82), the Court instructed the parties to submit a proposed case schedule.

NOW THEREFORE, the parties hereby agree and stipulate to the following case schedule:

| Event | Event Deadline |
|---|---|
| Production of the Administrative Record | May 13, 2019 |
| Close of Class Certification Discovery | September 30, 2019 |
| Deadline for Motion for Class Certification | October 18, 2019 |
| Expert Witness Disclosure | November 13, 2019 |
| Close of Merits Discovery | January 13, 2020 |
| Dispositive Motion Deadline | February 13, 2020 |
| Trial/APA proceeding | April 6, 2020 |

The parties wish to inform the Court of their differing positions on the items included in this schedule.

Defendants maintain that, if this case is not dismissed in its entirety based on Defendants' forthcoming motion to dismiss, this action should be considered solely under the Administrative Procedure Act (APA) with review limited to the certified administrative record. Defendants therefore maintain that the Court should disallow any discovery, including discovery related to class certification or the merits of this case, that would extend beyond the certified administrative record. Likewise, given that this case strictly comprises a challenge to an agency action under the

1    APA, Defendants maintain that it is unnecessary and inappropriate to set any dates in

2    anticipation of a trial.

3          Plaintiffs maintain that their lawsuit includes class claims under both the APA and the

4    U.S. Constitution and that therefore, setting dates for discovery and trial is appropriate. In

5    addition, if the administrative record is incomplete when produced, that may also be a basis for

6    further discovery. Finally, the Court has ordered the parties to set a schedule in the case through

7    final disposition, which requires setting dates for all key stages of pretrial and trial proceedings

8    and/or final disposition of APA claims.

9    **IT IS SO STIPULATED.**

10

11

12                                    /s/ Sirine Shebaya
                                      SIRINE SHEBAYA (pro hac vice)
13                                    NIMRA AZMI (NY SBN 5466693)*‡
                                      JOSEPH SAEI (CA SBN 321341)‡
14                                    MUSLIM ADVOCATES
                                      P.O. Box 34440
15                                    Washington, DC 20043
                                      Telephone: (202) 897-2622
16                                    Facsimile: (202) 508-1007
                                      Email: sirine@muslimadvocates.org
17
                                      SHABNAM LOTFI (*pro hac vice*)
18                                    VERONICA SUSTIC (*pro hac vice*)
                                      LOTFI LEGAL, LLC
19                                    P.O. Box 64
                                      Madison, WI 53701
20                                    Telephone: (608) 259-6226
                                      Facsimile: (208) 977-9974
21

22                                    *Attorneys for Plaintiffs*

23

24

25

1

2

JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice, Civil Division

3

4

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation

5

GISELA A. WESTWATER
Assistant Director

6

7

STACEY I. YOUNG
Senior Litigation Counsel

8

9

10

11

12

13

By: */s/ P. Angel Martinez*
P. ANGEL MARTINEZ
Trial Attorney (NYBN 5009790)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
T: (202) 598-8085
F: (202) 305-7000
Angel.Martinez2@usdoj.gov

14

*Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

*/s/ Sirine Shebaya*
Sirine Shebaya

STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND [*PROPOSED*] ORDER
Case No. 3:18-CV-01587

1

[*Proposed*] ORDER

2

Pursuant to stipulation, the Court sets the following case management deadlines.

3

4

| Event | Event Deadline |
|-------|----------------|
| Production of the Administrative Record | May 13, 2019 |
| Close of Class Certification Discovery | September 30, 2019 |
| Deadline for Motion for Class Certification | October 18, 2019 |
| Expert Witness Disclosure | November 13, 2019 |
| Close of Merits Discovery | January 13, 2020 |
| Dispositive Motion Deadline | February 13, 2020 |
| Trial/APA proceeding | April 6, 2020 |

5

6

7

8

9

10

11

12

13

14

15

16

DATED:

17

18

_____

THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25