JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
GISELA A. WESTWATER
Assistant Director
STACEY I. YOUNG
Senior Litigation Counsel
P. ANGEL MARTINEZ (NYBN 5009790)
Trial Attorney
Office of Immigration Litigation
District Court Section
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8085
Facsimile: (202) 305-7000
Email: Angel.Martinez2@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KEVIN K. MCALEENAN, In His Official Capacity As Acting Director of the Department of Homeland Security, [1] et al.,<br><br>　　　　Defendants. | Case No. 3:18-cv-01587-JD<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. James Donato |

---

[1] Under Fed. R. Civ. P. 25(d), Acting Director Kevin K. McAleenan, in his official capacity, is substituted for his predecessor, Kirstjen M. Nielsen.

STIPULATED REQUEST TO EXTEND TIME TO FILE
RESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 18-CV-01587-JD

Pursuant to Civil L.R. 6-2, Defendants respectfully request that the Court extend the date by which Defendants must file a response to Plaintiffs' Second Amended Complaint by fourteen days, or until Tuesday, May 28, 2019. This request is made in good faith and not for the purpose of delay. Plaintiffs stipulate to this request.

1. On April 11, 2019, at the hearing on Defendants' motion to consolidate, this Court ordered Defendants to file a response to Plaintiffs' Second Amended Complaint by May 13, 2019.

2. On April 12, 2019, Plaintiffs served a request for production of documents on Defendants. In this discovery request, Plaintiffs state that they seek the "full and complete Administrative Record" in this case. This production is also due by May 13, 2019.

3. Counsel for Defendants have been working diligently with the relevant agency to create a certified administrative record and intend to produce this record by May 13, 2019. Additional time, however, will be required for counsel to review the administrative record carefully, once it has been compiled, and to ensure that the response to the Second Amended Complaint fully accounts for its contents.

4. Further, on May 2, 2019, the United States District Court for the District of Maryland issued a decision on the Government's motion to dismiss in *International Refugee Assistance Project v. Trump*, No. 8:17-cv-361-TDC (D. Md. Oct. 5, 2017); *Iranian Alliances Across Borders v. Trump*, No. 8:17-cv-2921-TDC (D. Md. Oct. 12, 2017); and *Zakzok v. Trump*, No. 8:17-cv-2969-TDC (D. Md. Oct. 6, 2017). In those cases, the plaintiffs challenged Presidential Proclamation No. 9645, alleging that it violates several provisions of the United States Constitution. Plaintiffs there also allege that the agencies implementing the Proclamation have not complied with the Administrative Procedure Act. Given that those cases implicate matters also at issue here, Defendants request additional time to determine carefully how that decision will affect briefing in the instant matter.

5. This stipulated request, which is in the interest of justice and will not legally prejudice any party, is made in good faith and not for the purpose of delay.

6. The undersigned has conferred with Sirine Shebaya, counsel for Plaintiffs, and is authorized to represent that Plaintiffs stipulate to the instant request.

STIPULATED REQUEST TO EXTEND TIME TO FILE
RESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 18-CV-01587-JD

Defendants therefore request that this Court extend the deadline for their response to Plaintiffs' Second Amended Complaint so that the response would be due by May 28, 2019.

Dated: May 7, 2019

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>GISELA A. WESTWATER<br>Assistant Director<br><br>STACEY I. YOUNG<br>Senior Litigation Counsel | By: */s/ P. Angel Martinez*<br>P. ANGEL MARTINEZ<br>Trial Attorney (NYBN 5009790)<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868<br>Ben Franklin Station<br>Washington, DC 20044<br>T: (202) 598-8085<br>F: (202) 305-7000<br>Angel.Martinez2@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>/s/ Sirine Shebaya<br>SIRINE SHEBAYA (*pro hac vice*)<br>MUSLIM ADVOCATES<br>P.O. Box 34440<br>Washington, DC 20043<br>Telephone: (202) 897-2622<br>Facsimile: (202) 508-1007<br>sirine@muslimadvocates.org<br><br>*Attorney for Plaintiffs* |

STIPULATED REQUEST TO EXTEND TIME TO FILE
RESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 18-CV-01587-JD

## CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

*/s/ P. Angel Martinez*
P. Angel Martinez

## [PROPOSED] ORDER

Pursuant to stipulated request and for good cause shown, it is hereby **ORDERED** that the deadline for Defendants' response to Plaintiffs' Second Amended Complaint be extended to May 28, 2019.

DATED:

Hon. James Donato
United States District Judge

STIPULATED REQUEST TO EXTEND TIME TO FILE
RESPONSE TO SECOND AMENDED COMPLAINT
CASE NO. 18-CV-01587-JD