JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
GISELA A. WESTWATER
Assistant Director
STACEY I. YOUNG
Senior Litigation Counsel
P. ANGEL MARTINEZ (NYBN 5009790)
Trial Attorney
Office of Immigration Litigation
District Court Section
United States Department of Justice

   P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
   Telephone: (202) 598-8085
   Facsimile: (202) 305-7000
   Email: Angel.Martinez2@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>KEVIN K. MCALEENAN, In His Official Capacity As Acting Director of the Department of Homeland Security, [1] et al.,<br><br>          Defendants. | Case No. 3:18-cv-01587-JD<br><br>**DECLARATION IN SUPPORT OF STIPULATED REQUEST TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. James Donato |

---

[1] Under Fed. R. Civ. P. 25(d), Acting Director Kevin K. McAleenan, in his official capacity, is substituted for his predecessor, Kirstjen M. Nielsen.

I, P. Angel Martinez, declare as follows:

1.  I am a trial attorney with the U.S Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, and counsel of record in this action for Defendants. I submit this Declaration pursuant to Local Rule 6-2 in support of the parties' Stipulated Request to Extend Time to File Response to Second Amended Complaint. I have personal knowledge of the facts contained in this Declaration. If called upon to do so, I could and would testify competently thereto.

### A.   REASONS FOR REQUESTED TIME CHANGE

2.  On April 11, 2019, at the hearing on Defendants' motion to consolidate, this Court ordered Defendants to file a response to Plaintiffs' Second Amended Complaint by May 13, 2019. On April 12, 2019, Plaintiffs served a request for production of documents on Defendants. In this discovery request, Plaintiffs state that they seek the "full and complete Administrative Record" in this case. This production is also due by May 13, 2019. Counsel for Defendants have been working diligently with the relevant agency to create a certified administrative record and intend to produce this record by May 13, 2019. Additional time, however, will be required for counsel to review the administrative record carefully, once it has been compiled, and to ensure that the response to the Second Amended Complaint fully accounts for its contents.

3.  Further, on May 2, 2019, the United States District Court for the District of Maryland issued a decision on the Government's motion to dismiss in three related cases also involving the implementation of Presidential Proclamation No. 9645. Given that those cases implicate matters also at issue here, counsel for Defendants request additional time to review the Maryland court's May 2, 2019 decision and confer with their counterparts in those cases to determine how that decision might affect briefing in the instant matter.

4.  Accordingly, Defendants seek an extension to complete necessary review of the pending administrative record and related litigation in a court of concurrent jurisdiction.

### B.   ALL PREVIOUS TIME MODIFICATIONS IN THE CASE

5.  There has been no modification with respect to the Court's deadline to answer or

DECLARATION IN SUPPORT OF STIPULATED REQUEST TO EXTEND TIME
TO FILE RESPONSE TO SECOND AMENDED COMPLAINT             No. 3:18-cv-01587-JD

otherwise respond to the Second Amended Complaint.

### C.  EFFECT OF REQUESTED TIME MODIFICATION ON CASE SCHEDULE

6. The requested time modification will postpone the deadline to answer or otherwise respond to the Second Amended Complaint. It is made in good faith and not for the purpose of delay, and it will ultimately allow the parties to pursue an efficient resolution of the case. The parties are committed to moving the case forward to a speedy and efficient resolution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of May, 2019, at Washington, D.C.

_____/s/ P. Angel Martinez_____
P. Angel Martinez

DECLARATION IN SUPPORT OF STIPULATED REQUEST TO EXTEND TIME
TO FILE RESPONSE TO SECOND AMENDED COMPLAINT            No. 3:18-cv-01587-JD