JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
GISELA A. WESTWATER
Assistant Director
STACEY I. YOUNG
Senior Litigation Counsel
NICOLE GRANT
P. ANGEL MARTINEZ
DAVID KIM
Trial Attorneys

    Ben Franklin Station, P.O. Box 878
    Washington, D.C. 20044
    Telephone: (202) 598-8085
    Email: Angel.Martinez2@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, et al., <br><br> Defendants. <br><br> *and* <br><br> FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. | CASE Nos. 18-cv-7818-JD <br>            18-cv-1587-JD <br><br> **UNOPPOSED MOTION TO EXTEND TIME TO PRODUCE ADMINISTRATIVE RECORD AND [PROPOSED] ORDER** |

UNOPPOSED MOTION TO EXTEND TIME TO PRODUCE
ADMINISTRATIVE RECORD AND [PROPOSED] ORDER - 1
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

Pursuant to Civil L.R. 6-2, Defendants respectfully request that the Court extend the date by which Defendants must serve on Plaintiffs the Administrative Record in this case by two days, or until Wednesday, May 15, 2019. This motion is made in good faith and not for the purpose of delay. Plaintiffs have advised that they are unopposed to this motion.

1. On April 12, 2019, Plaintiffs served a request for production of documents on Defendants. In this discovery request, Plaintiffs stated that they seek the "full and complete Administrative Record" in this case by May 13, 2019.

2. On April 18, 2019, the Parties filed a Stipulation Regarding Case Management Schedule. *See* Dkt. No. 83 in Case No. 18-1587 & Dkt. No. 102 in Case No. 18-7818. In the stipulation, the parties agreed that production of the Administrative Record would occur on May 13, 2019. *See id.* at 2.

3. Counsel for Defendants have been working diligently with the client agency to create a certified Administrative Record and intended to produce this record by May 13, 2019. However, despite undersigned counsel and the client agency's best efforts, additional time is required to complete the record production. Agency are making every effort possible to identify, compile, and organize documents consistent with the scope of the claims. Having conferred with the client agency, undersigned counsel finds that a short extension is necessary to allow the government sufficient time to receive all relevant documents, and then review, collate, and finalize the full Administrative Record for production.

4. This unopposed motion, which is in the interest of justice and will not legally prejudice any party, is made in good faith and not for the purpose of delay.

5. Undersigned counsel has conferred with Esther Sung and Sirine Shebaya, respective counsel for Plaintiffs in *Pars* and *Emami*, who represented that Plaintiffs in both cases do not oppose the instant motion.

UNOPPOSED MOTION TO EXTEND TIME TO PRODUCE
ADMINISTRATIVE RECORD AND [PROPOSED] ORDER - 2
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

Defendants therefore request that this Court extend the deadline by which Defendants must produce the Administrative Record from May 13, 2019 to May 15.

DATED: May 13, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

AUGUST F. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

GISELA A. WESTWATER
Assistant Director

STACEY I. YOUNG
Senior Litigation Counsel

/s/ *P. Angel Martinez*
DAVID KIM
P. ANGEL MARTINEZ
NICOLE GRANT
Trial Attorneys
Office of Immigration Litigation

*Attorneys for Federal Defendants*

UNOPPOSED MOTION TO EXTEND TIME TO PRODUCE
ADMINISTRATIVE RECORD AND [PROPOSED] ORDER - 3
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

## [PROPOSED] ORDER

It is hereby **ORDERED** that the deadline for by which Defendants must produce the Administrative Record be extended to May 15, 2019.

DATED:

                                                                           _____
The Honorable James Donato
United States District Judge