JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
GISELA A. WESTWATER
Assistant Director
STACEY I. YOUNG
Senior Litigation Counsel
NICOLE GRANT
P. ANGEL MARTINEZ
DAVID KIM
Trial Attorneys

    Ben Franklin Station, P.O. Box 878
    Washington, D.C. 20044
    Telephone:  (202) 598-8085
    Email:  Angel.Martinez2@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PARS EQUALITY CENTER, et al., <br><br>    Plaintiffs, <br><br>  v. <br><br>MIKE POMPEO, et al., <br><br>    Defendants. <br><br>    *and* <br><br>FARANGIS EMAMI, et al., <br><br>    Plaintiffs, <br><br>  v. <br><br>KIRSTJEN NIELSEN, et al., <br><br>    Defendants. | CASE Nos.  18-cv-7818-JD <br>                 18-cv-1587-JD <br><br>**DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO PRODUCE ADMINISTRATIVE RECORD** |

DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO
EXTEND TIME TO PRODUCE ADMINISTRATIVE RECORD - 1
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

I, P. Angel Martinez, declare as follows:

1. I am employed as trial attorney with the Department of Justice, Civil Division, Office of Immigration Litigation.

2. I make this declaration based on my own personal knowledge of the facts of this matter. If called upon to do so, I could and would testify to the following.

3. I am a trial attorney assigned to this case.

4. Defendants' production of the Administrative Record is currently due May 13, 2019.

5. Defendants respectfully request that this Court to extend the deadline to produce the Administrative Record so that the production is due May 15, 2019.

6. On May 13, 2019, I received electronic mail messages from Plaintiffs' counsel, Esther Sung for *Pars* Plaintiffs and Sirine Shebaya for *Emami* Plaintffs. Counsel advised that Plaintiffs do not oppose this extension.

7. Counsel for Defendants have been working diligently with the client agency to create a certified Administrative Record and intended to produce this record by May 13, 2019. However, despite undersigned counsel and the client agency's best efforts, additional time is required to complete the record production. Agency are making every effort possible to identify, compile, and organize documents consistent with the scope of the claims. Having conferred with the client agency, undersigned counsel finds that a short extension is necessary to allow the government sufficient time to receive all relevant documents, and then review, collate, and finalize the full Administrative Record for production.

8. Accordingly, Defendants seek an extension to complete the compilation of the Administrative Record.

9. This request is made in accordance with Civil L.R. 6-2 because the Defendants have shown diligence and substantial need.

10. Defendants have not sought any prior extension on the production of the Administrative Record in this case.

11. The request is made in good faith and not for the purpose of delay. Granting this motion is in the interest of justice and will not legally prejudice any party.

DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO
EXTEND TIME TO PRODUCE ADMINISTRATIVE RECORD - 2
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

1  I declare that the foregoing is true and correct under penalty of perjury.

3  Executed on May 13, 2019, in Washington, D.C.

4            /s/ P. Angel Martinez
               P. ANGEL MARTINEZ
5                Trial Attorney

28  DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO PRODUCE ADMINISTRATIVE RECORD - 3
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD