JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
GISELA A. WESTWATER
Assistant Director, Office of Immigration Litigation
District Court Section
NICOLE GRANT
P. ANGEL MARTINEZ
DAVID KIM
Trial Attorneys, Office of Immigration Litigation
STACEY I. YOUNG
Senior Litigation Counsel, Office of Immigration Litigation
District Court Section

    Ben Franklin Station, P.O. Box 878
    Washington, D.C. 20044
    Telephone: (202) 305-7171
    Email: stacey.young@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, et al., <br><br> Defendants. <br><br> *and* <br><br> FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. | CASE Nos. 18-cv-7818-JD <br> 18-cv-1587-JD <br><br> **OPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER** |

---

OPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER - 1
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

Pursuant to Civil L.R. 6-3, Defendants respectfully request that the Court extend the date by which Defendants must file a response to the operative complaints in these cases by 21 days, or until Tuesday, June 18, 2019. This motion is made in good faith and not for the purpose of delay. Plaintiffs have advised that they oppose this motion.

1. On May 7, 2019, Defendants filed an unopposed motion to extend the time by which they must respond to the complaints by two weeks until May 28, 2019. *See Emami v. Nielsen*, No. 18-cv-1587-JD, Dkt. No. 85; *Pars Equality Center v. Pompeo*, No. 18-cv-7818-JD, Dkt. No 104. This extension was requested to allow Defendants and the agency time to create a full and complete Administrative Record and provide counsel additional time to thoroughly review the Administrative Record internally and to determine the most sound arguments to make in Defendants' response to the complaints. The Court granted this unopposed motion on May 9, 2019.

2. Since the production of the Administrative Record, Counsel for Defendants have been in close consultation with the client agency to craft a fulsome response to the complaints in these cases. The State Department has been working diligently to issue a report to Congress that will include information that is highly relevant to this ongoing litigation, including a detailed statistical presentation of the number of waiver applications that have been considered under the Proclamation, the number of applications that have been cleared, and the number of applications that are currently in progress. This report is set to be issued pursuant to the Consolidated Appropriations Act, 2019 (Pub. L. 116-6). Defendants believe that the information in this report is critical to addressing the central issues in Plaintiffs' complaints, and as such will be of exceeding interest to this Court. *See Emami*, Dkt. No. 74, at 12:6-13 ("The gravamen of the complaint is that the government has flouted its own guidelines and statements about case-by-case determinations of waiver applications in favor of a policy of blanket denials.").

3. Despite the State Department's best efforts to issue the report before the May 28, 2019, filing deadline, Department officials have noted that they require additional time to confirm the statistics largely comprising the report. Because these officials are making every effort possible to complete the internal process for the report's forthcoming public release, Defendants' counsel find that a short extension is necessary to allow the State Department to complete the internal process required for the report's

release, and to allow the government sufficient time to incorporate that relevant information in its responsive filing to the Court.

4. Should the court not grant this motion, substantial harm will occur as the Court will not have before it the most recent relevant statistics and information regarding waiver adjudications. Further, Defendants will be prejudiced because they will be unable to include all relevant information in their responsive pleading.

5. This opposed motion, which is in the interest of justice and will not legally prejudice Plaintiffs, is made in good faith and not for the purpose of delay.

6. Defendants' counsel have conferred with Esther Sung and Sirine Shebaya, respective counsel for Plaintiffs in *Pars* and *Emami*, who represented that Plaintiffs in both cases oppose the instant motion.

7. This requested time modification should have little, if any, negative effect on the schedules of these cases.

Defendants therefore request that this Court extend the date by which Defendants must file a response to the complaints by 21 days, or until Tuesday, June 18, 2019.

DATED: May 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

AUGUST F. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

GISELA A. WESTWATER
Assistant Director
Office of Immigration Litigation
District Court Section

DAVID KIM
P. ANGEL MARTINEZ
NICOLE GRANT
Trial Attorneys
Office of Immigration Litigation

OPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER - 3
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

/s/ *Stacey I. Young*
STACEY I. YOUNG
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

***Attorneys for Federal Defendants***

**[PROPOSED] ORDER**

It is hereby **ORDERED** that the date by which Defendants must file a response to the complaints in these cases be extended by 21 days, or until Tuesday, June 18, 2019.

DATED:

                                                             The Honorable James Donato
                                                             United States District Judge