JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
GISELA A. WESTWATER
Assistant Director, Office of Immigration Litigation
District Court Section
NICOLE GRANT
P. ANGEL MARTINEZ
DAVID KIM
Trial Attorneys, Office of Immigration Litigation
STACEY I. YOUNG
Senior Litigation Counsel, Office of Immigration Litigation
District Court Section

    Ben Franklin Station, P.O. Box 878
    Washington, D.C. 20044
    Telephone: (202) 305-7171
    Email: stacey.young@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, et al., <br><br> Defendants. <br><br> *and* <br><br> FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. | CASE Nos. 18-cv-7818-JD <br>            18-cv-1587-JD <br><br> **DECLARATION OF STACEY YOUNG IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

DECLARATION OF STACEY YOUNG IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT - 1
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

I, Stacey Young, declare as follows:

1. I am employed as a Senior Litigation Counsel with the Department of Justice, Civil Division, Office of Immigration Litigation.

2. I make this declaration based on my own personal knowledge of the facts of this matter. If called upon to do so, I could and would testify to the following:

3. I am a senior litigation counsel assigned to this case.

4. Defendants' responsive filings to the complaints in these cases are currently due by May 28, 2019.

5. Defendants respectfully request that this Court extend the deadline to respond to the complaints so that the responses would be due by June 18, 2019.

6. On May 28, 2019, I received an electronic mail message from Plaintiffs' counsel, Sirine Shebaya. Counsel advised that Plaintiffs oppose this extension.

7. Since the production of the Administrative Record, Counsel for Defendants have been in close consultation with the client agency to craft a fulsome response to the complaints in these cases. The State Department recently informed Defendants' counsel that it has been working diligently to issue a report to Congress that will include information that is highly relevant to this ongoing litigation, including a detailed statistical presentation of the number of waiver applications that have been considered under the Proclamation, the number of applications that have been cleared, and the number of applications that are currently in progress. Defendants believe that the information in this report is critical to addressing the central issues in Plaintiffs' complaints, and as such will be of exceeding interest to this Court. *See Emami*, Dkt. No. 74, at 12:6-13 ("The gravamen of the complaint is that the government has flouted its own guidelines and statements about case-by-case determinations of waiver applications in favor of a policy of blanket denials.").

8. Despite the State Department's best efforts to issue the report before the May 28, 2019, filing deadline, Department officials have noted that they require additional time to confirm the statistics largely comprising the report. Because these officials are making every effort possible to complete the internal process for the report's forthcoming public release, Defendants' counsel find that a short extension

1 is necessary to allow the report to be finalized, and to allow the government sufficient time to incorporate 2 that relevant information in its responsive filing to the Court.

3     9.    Accordingly, Defendants seek an extension to the deadline to file the responses to the 4 complaints in these cases so that the Court may have all the requisite information to render a complete 5 decision on the issues in these cases.

6     10.    This request is made in accordance with Civil L.R. 6-3, where the Defendants have shown 7 diligence and substantial need.

8     11.    Defendants have sought one prior extension on the response deadline in these cases. 9 Plaintiffs will not be prejudiced by a three-week extension of Defendants' responsive pleading, and the 10 case schedules should not be negatively affected.

11     12.    This request is made in good faith and not for the purpose of delay. Granting this motion 12 is in the interest of justice.

13 I declare that the foregoing is true and correct under penalty of perjury.

14     13.    Executed on May 28, 2019, in Washington, D.C.

/s/ Stacey Young
STACEY YOUNG
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation