# Exhibit A

SIRINE SHEBAYA (*pro hac vice*)
NIMRA AZMI (*pro hac vice*)*
JOSEPH SAEI (CA SBN 321341)*
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
sirine@muslimadvocates.org
nimra@muslimadvocates.org
yusuf@muslimadvocates.org

SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
LOTFI LEGAL, LLC
P.O. Box 64
Madison, WI 53701
Telephone: (608) 259-6226
Facsimile: (208) 977-9974
shabnam@lotfilegal.com
veronica@lotfilegal.com

*Attorneys for Plaintiffs*

*Not admitted to practice in D.C.; practice limited to federal courts and agencies.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. | Case No. 3:18-cv-01587-JD <br><br> **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** <br><br> Judge: Hon. James Donato |

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
CASE NO.: 3:18-CV-01587 -  1

## PLAINTIFFS' REQUESTS FOR PRODUCTION

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Rule 34 of the Local Rules of Civil Procedure of the United States District Court for the Northern District of California, Plaintiffs Farangis Emami, et al., by their counsel, request that Defendants Kirstjen Nielsen, the U.S. Department of Homeland Security, Michael R. Pompeo, the U.S. Department of State, Kevin K. McAleenan, the U.S. Customs and Border Protection, L. Francis Cissna, and the U.S. Citizenship and Immigration Services (collectively "Defendants") produce the documents requested herein (the "First Request") for inspection and copying at the offices of Muslim Advocates:

Muslim Advocates
ATTN: Sirine Shebaya
P.O. Box 34440
Washington, DC 20043

Per the Federal Rules of Civil Procedure, Rule 34(b)(2)(A) and the Court's oral order of April 11, 2019, Defendants shall have until May 13, 2019 to respond. The requested documents shall be produced and provided in accordance with the definitions and instructions set forth below, or according to such other arrangements as may be made by counsel for all parties. All responses to the First Requests shall be supplemented as required by the Federal Rules of Civil Procedure.

## DEFINITIONS

1.  *Communication*. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

2.  *Document*. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Rule 34(a)(1)(A) of the Federal Rules of Civil Procedure. A draft or non-identical copy is a separate document within the meaning of this term.

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
CASE NO.: 3:18-CV-01587 -  2

3.      *Defendants*, *You*, and *Your*. The terms "defendants," "you," and "your" mean Defendants Kirstjen Nielsen, the U.S. Department of Homeland Security, Michael R. Pompeo, the U.S. Department of State, Kevin K. McAleenan, the U.S. Customs and Border Protection, L. Francis Cissna, and the U.S. Citizenship and Immigration Services, as well as their subsidiaries, divisions, affiliates, assigns, present and former officers, employees, attorneys, related corporations, agents, accountants, consultants, and any other person or entity acting on Defendants' behalf or subject to Defendants' control.

4.      *Person*. The term "person" is defined as any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

1.      *Concerning*, *Relate to*, *Related To*, *Relating To*, *Refer*, *Refer To*, *Regard*, and *Regarding*. The terms "Concerning," "relate to," "related to," "relating to," "refer," "refer to," "regard" and "regarding" mean comprising, mentioning or describing, containing, enumerating, involving or in any way concerning, pertaining or referring to, being connected with, reflecting upon or resulting from, in whole or in part, directly or indirectly, the stated subject matter.

5.      *All/Any/Each*. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

6.      *And/Or*. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

7.      *Number*. The use of the singular form of any word includes the plural and vice versa.

8.      *Presidential Proclamation No. 9645*. A Presidential Proclamation "Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry Into the United States by Terrorists or Other Public-Safety Threats" issued on September 24, 2017.

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
CASE NO.: 3:18-CV-01587 -  3

## INSTRUCTIONS

1. The First Requests call for all documents that are in each Defendants' possession, custody, or control, including all information in the possession, custody or control of Defendants' advisors, agents, representatives or any entity controlled by Defendants.

2. Any documents produced shall be produced as they are kept in the usual course of business or in any other manner mutually agreed upon by the parties.

3. If any document that is the subject of these requests was at one time in existence, but subsequently was lost, discarded or destroyed, identify such document as completely as possible, including the following information: (a) type of document, (b) date of document, (c) date when the document became lost, destroyed or discarded, and (d) identity of all persons having knowledge of the contents of the document.

4. If you object to producing any document requested, state the grounds for your objection with specificity in accordance with the Federal Rules of Civil Procedure, or the objection shall be deemed waived.

5. If you withhold any document based on an assertion that it is subject to the attorney-client privilege or any other protection from disclosure, provide a privilege log pursuant to Rule 26(b) of the Federal Rules of Civil Procedure. When a claim of privilege or work product protection is asserted in response to a discovery request for documents or electronically stored information, the party asserting the privilege or protection shall serve on all parties a privilege log containing the following information:

- The type of document or electronically stored information;
- The general subject matter of the document or electronically stored information;
- The date of the document or electronically stored information;
- The author of the document or electronically stored information; and
- Each recipient of the document or electronically stored information.

If the information called for by one or more of the foregoing categories is itself privileged, it need not be disclosed. However, the existence of the document and any non-privileged information

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
CASE NO.: 3:18-CV-01587 -   4

called for by the other categories must be disclosed. A privilege log must be prepared with respect to all documents withheld on the basis of a claim of privilege or work product protection except the following: written or electronic communications between a party and its trial counsel after commencement of the action and the work product material created after commencement of the action.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**DOCUMENT REQUEST NO. 1**

The full and complete Administrative Record, consisting of any and all materials relied upon or considered by the Defendant agencies (the U.S. Department of State, the U.S. Department of Homeland Security, and the U.S. Customs and Border Patrol) in promulgating and implementing the waiver provisions of Presidential Proclamation No. 9645, including the adoption, implementation, and dissemination of any "guidance" adopted as called for in the Proclamation. This should include any and all documents and communications considered or created by the Defendant agencies as part of the process to adopt and implement the initial guidance, as well as any modifications to the guidance made or considered. This request also includes, but is not limited to, documents and communications within the Defendant agencies, between the Defendant agencies, and communications between the Defendant agencies and: any official at the White House or any other Executive Branch agency, members of the public, members of Congress and congressional staff members, and state government officials and their staff members. The documents and communications include, but are not limited to, any and all notices, minutes, agendas, list(s) of attendees, notes, memoranda, or other communications from meetings relating to the promulgation of the guidance or any actual or contemplated modifications of the guidance. This request also includes any and all documents and communications, including, but not limited to, internal guidance, documents, policies, FAQs, or directives—including those distributed to Defendant agency personnel to implement the guidance.

DATED: April 12, 2019.

/s/Sirine Shebaya
SIRINE SHEBAYA (*pro hac vice*)
NIMRA AZMI (*pro hac vice*)*
JOSEPH SAEI (CA SBN 321341)*
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
Email: sirine@muslimadvocates.org

SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
LOTFI LEGAL, LLC
P.O. Box 64
Madison, WI 53701
Telephone: (608) 259-6226
Facsimile: (208) 977-9974

*Attorneys for Plaintiffs*

**Not admitted to practice in D.C.; practice limited to federal courts and agencies.*

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
CASE NO.: 3:18-CV-01587 -  6

# CERTIFICATE OF SERVICE

I, Sirine Shebaya, hereby certify that on April 12, 2019, the foregoing **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** was electronically served on the following attorneys of record:

GISELA A. WESTWATER
Gisela.Westwater@usdoj.gov
Assistant Director
**Office of Immigration Litigation**
District Court Section

STACEY I. YOUNG
Stacey.Young@usdoj.gov
Senior Litigation Counsel
**Office of Immigration Litigation**
District Court Section

P. ANGEL MARTINEZ
Angel.Martinez2@usdoj.gov
Trial Attorney
**Office of Immigration Litigation**
District Court Section

Ben Franklin Station
P.O. Box 868
Washington, D.C. 20044
Telephone: (202) 598-8085
Facsimile: (202) 305-7000

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of April 2019, at Washington, D.C.

/s/Sirine Shebaya
Sirine Shebaya