JOSEPH H. HUNT
Assistant Attorney General
DAVID KIM
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
450 5th Street NW
Washington, DC 20001
Tel: (202) 532-4094

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARANGIS EMAMI, ET AL., *Plaintiffs*, v. KIRSTJEN NIELSEN, ET AL. *Defendants*. | HON. JAMES DONATO *Civil Action No.* 2:18-cv-01587-JD NOTICE OF APPEARANCE |

    This is to notice the appearance of David Kim, Trial Attorney, as attorney of record for all Defendants in the above-captioned case.

    Service of all notices in this case should be made upon:

> David Kim
> Trial Attorney
> 450 5th Street NW
> Washington, DC 20001
> Tel: (202) 532-4094
> david.kim4@usdoj.gov

Dated: Washington, DC
         May 29, 2019

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division | GISELA A. WESTWATER<br>Assistant Director<br>Office of Immigration Litigation |
| | By: *s/ David Kim*<br>     DAVID KIM<br>     Trial Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. I further certify that service upon plaintiffs' counsel was effected through the ECF System.

Dated: Washington, D.C.
       My 29, 2019

                                                By:   *s/ David Kim*
                                                       DAVID KIM
                                                       Trial Attorney