JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
GISELA A. WESTWATER
Assistant Director, Office of Immigration Litigation
District Court Section
STACEY I. YOUNG
Senior Litigation Counsel, Office of Immigration Litigation
District Court Section
NICOLE GRANT
P. ANGEL MARTINEZ
DAVID KIM
Trial Attorneys, Office of Immigration Litigation

    Ben Franklin Station, P.O. Box 878
    Washington, D.C. 20044
    Telephone: (202) 532-4094
    Email: david.kim4@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, *et al.*, <br><br> Defendants. <br><br> *and* <br><br> FARANGIS EMAMI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, *et al.*, <br><br> Defendants. | CASE Nos. 18-cv-7818-JD <br> 18-cv-1587-JD <br><br> **DEFENDANTS' NOTICE OF PUBLIC RELEASE OF STATE DEPARTMENT REPORT ON WAIVER STATISTICS** |

NOTICE OF PUBLIC RELEASE OF STATE DEPARTMENT REPORT ON WAIVER STATISTICS - 1
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

1  On June 6, 2019, the statistical report to Congress referenced in Defendants' May 28, 2019 motion for an extension of time (*Emami v. Nielsen*, No. 18-cv-1587-JD, Dkt. No. 89, *Pars Equality Center v. Pompeo*, No. 18-cv-7818-JD, Dkt. No. 110) was published on the State Department web site. *See* Department of State Report: Implementation of Presidential Proclamation 9645 December 8, 2017 to March 31, 2019, *available at* https://travel.state.gov/content/dam/visas/presidentialproclamation/Combined%20%20Report%20on%20Implementation%20of%20PP%209645%20December%2007%20 2017%20to%20March%2031%202019.pdf. In light of the public release of this report, Defendants file this notice to notify the Court of their intention to file, in good faith, their responsive pleadings before the June 18, 2019 deadline set by this Court. Defendants will make every effort to file the responsive pleadings by June 12, 2019.

DATED: June 7, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

AUGUST F. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

GISELA A. WESTWATER
Assistant Director
Office of Immigration Litigation
District Court Section

STACEY I. YOUNG
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

DAVID KIM
P. ANGEL MARTINEZ
NICOLE GRANT
Trial Attorneys
Office of Immigration Litigation

/s/ *David Kim*

***Attorneys for Federal Defendants***

NOTICE OF PUBLIC RELEASE OF STATE DEPARTMENT REPORT ON WAIVER STATISTICS - 2
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD