# Exhibit 3

| | |
|---|---|
| **From:** | (b)(6) |
| **To:** | (b)(6) |
| **Subject:** | RE: PRESIDENTIAL PROCLAMATION: ENHANCING VETTING CAPABILITIES AND PROCESSES FOR DETECTING ATTEMPTED ENTRY INTO THE UNITED STATES BY TERRORISTS OR OTHER PUBLIC-SAFETY THREATS - GUIDANCE TO VISA-ISSUING POSTS |
| **Date:** | 2017/09/25 10:00:59 |
| **Priority:** | Normal |
| **Type:** | Note |

Thanks just wanted to make sure on the attachments

(b)(6)
DHS Regional Attache
Central America

(b)(6)

---

**From:** (b)(6)
**Sent:** Monday, September 25, 2017 8:39 AM
**To:** (b)(6)
**Subject:** RE: PRESIDENTIAL PROCLAMATION: ENHANCING VETTING CAPABILITIES AND PROCESSES FOR DETECTING ATTEMPTED ENTRY INTO THE UNITED STATES BY TERRORISTS OR OTHER PUBLIC-SAFETY THREATS - GUIDANCE TO VISA-ISSUING POSTS

I say go ahead. State was on the original WH distribution for these mats.

(b)(6)
Latin America and the Caribbean
DHS Office of Policy
(b)(6)

---

**From:** (b)(6)
**Sent:** Monday, September 25, 2017 9:23:19 AM
**To:** (b)(6)
**Subject:** RE: PRESIDENTIAL PROCLAMATION: ENHANCING VETTING CAPABILITIES AND PROCESSES FOR DETECTING ATTEMPTED ENTRY INTO THE UNITED STATES BY TERRORISTS OR OTHER PUBLIC-SAFETY THREATS - GUIDANCE TO VISA-ISSUING POSTS

Are we sharing this with the embassy front offices?

(b)(6)
DHS Regional Attache
Central America
(b)(6)

**From:** (b)(6)
**Sent:** Monday, September 25, 2017 7:42 AM
**To:** (b)(6)
(b)(6)
**Cc:** (b)(6)
(b)(6)
**Subject:** FW: PRESIDENTIAL PROCLAMATION: ENHANCING VETTING CAPABILITIES AND PROCESSES FOR DETECTING ATTEMPTED ENTRY INTO THE UNITED STATES BY TERRORISTS OR OTHER PUBLIC-SAFETY THREATS - GUIDANCE TO VISA-ISSUING POSTS

Good morning,

For messaging, attached is the White House Press Release and Fact Sheet, FAQ's, and Response to Queries. The Fact sheet and FAQ are PUBLIC and are posted online. The RTQ is **INTERNAL** and is meant to help folks answer questions they may get, but **should not be distributed**. Waiting on the official TPs --- will forward as soon as I get them.

**FOR PUBLIC DISTRIBUTION:**
Here are the **public links** if you need something to provide to foreign/other partners:

https://www.whitehouse.gov/the-press-office/2017/09/24/enhancing-vetting-capabilities-and-processes-detecting-attempted-entry

https://www.whitehouse.gov/the-press-office/2017/09/24/faq-proclamation-enhancing-vetting-capabilities-and-processes-detecting

https://www.dhs.gov/news/2017/09/24/president-s-proclamation-enhancing-vetting-capabilities-and-processes-detecting


Best,

(b)(6)


(b)(6)
Deputy Director
Latin America and the Caribbean
Office of Policy – Americas Policy
U.S. Department of Homeland Security