# Exhibit 4

| From: | Warrick, Thomas (b)(6) |
| --- | --- |
| | (b)(6) |
| To: | (b)(6) |
| Subject: | RE: Presidential Proclamation TPs |
| Date: | 2017/09/25 09:38:09 |
| Priority: | Normal |
| Type: | Note |

Attached as PDF's.

Best regards,

Tom

**From:** (b)(6)
**Sent:** Monday, September 25, 2017 9:08 AM
**To:** CT Staff (b)(6)
**Subject:** FW: Presidential Proclamation TPs
**Importance:** High

**From:** Kosinski, Doc
**Sent:** Monday, September 25, 2017 9:01 AM
**Cc:** Kosinski, Doc (b)(6)
**Subject:** Presidential Proclamation TPs
**Importance:** High

IGB Colleagues- Please see attached - to be disseminated to ALL DHS Attachés overseas at S1 direction. PLCY/OIE and Americas are standing by to answer any specific questions, but we assume that although DOS/Posts are on the hook to answer inquiries, several questions will flow to DHS at Post.

Below are web-links to the final, public docs:

Proclamation: https://www.whitehouse.gov/the-press-office/2017/09/24/enhancing-vetting-capabilities-and-processes-detecting-attempted-entry
FAQ: https://www.whitehouse.gov/the-press-office/2017/09/24/faq-proclamation-enhancing-vetting-capabilities-and-processes-detecting
Fact Sheet: https://www.whitehouse.gov/the-press-office/2017/09/24/fact-sheet-proclamation-enhancing-vetting-capabilities-and-processes
Press Release: https://www.whitehouse.gov/the-press-office/2017/09/24/president-donald-j-trump-announces-enhanced-national-security-measures

Matthew H. King
Deputy Assistant Secretary
Office of International Engagement
U.S. Department of Homeland Security
(b)(6)

| | |
|---|---|
| **Sender:** | Warrick, Thomas (b)(6) |
| **Recipient:** | (b)(6) |
| **Sent Date:** | 2017/09/25 09:38:09 |

DHS-001-1546-000604