Exhibit 5

Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528



*Privileged and Confidential*
*Attorney-Client Communication*

December 7, 2017

MEMORANDUM FOR THE SECRETARY

(b)(5)

December 7, 2017
*Privileged and Confidential*
*Attorney-Client Communication*
Page 2

(b)(5)

December 7, 2017
*Privileged and Confidential*
*Attorney-Client Communication*
Page 3

(b)(5)