# Exhibit 6

| | |
|---:|:---|
| From: | Lester-Saura, Victoria (b)(6) <br> (b)(6) |
| To: | |
| CC: | "Sobel, Ted -(b)(6) <br> (b)(6) |
| Subject: | FW: Operational Planning Team (OPT) Review and Comment on DRAFT Executive Order Implementation Plan (EO IPLAN) |
| Date: | 2017/11/21 09:40:06 |
| Importance: | High |
| Priority: | Urgent |
| Type: | Note |

Per discussion, please review the IPLAN and supplement the matrix I started w/ PLCY tasks for EO13780 and related directives. (b)(5)
☐ EO TF has requested comments by noon today, if possible.
Thank you.
Vls

From: (b)(6)
Sent: Monday, November 20, 2017 2:53 PM
To: (b)(6)

(b)(6)

(b)(6)

**Subject:** Operational Planning Team (OPT) Review and Comment on DRAFT Executive Order Implementation Plan (EO IPLAN)
**Importance:** High

<u>**To:**</u>
-

DHS Executive Order Implementation Plan (DHS EO IPLAN) Operational Planning Team (OPT) members.

## Purpose:

Request OPT member review and comment on the draft DHS EO IPLAN.

## Instructions:

- Please review the draft DHS EO IPLAN and provide your comments on the adjudication matrix provided.

- When filling out the adjudication matrix, please provide all requested information.

- Request comments be provided NLT NOON, Tuesday, November 28, 2017.

- When transmitting your comment matrix:

    - Please use this email address:
      (b)(6)

    - Provide your **Component's Name** and the phrase **"DHS EO IPLAN Adjudication Matrix"** in the subject line of your email.

## Documents:

The three (3) attached files are as follows:

1) Draft DHS EO IPLAN: This file contains the current DRAFT of the DHS EO IPLAN and its annexes.

2) DHS EO IPLAN Adjudication Matrix: This file contains the form to be used for noting comments related to the Draft DHS EO IPLAN document cited in item one above.

3) DHS EO IPLAN OPT Membership: This file contains a list of the DHS EO IPLAN Operational Planning Team (OPT) members. These individuals were nominated by the Components at the beginning of the planning process to serve on the OPT.

## Upcoming DHS EO IPLAN OPT Adjudication Meeting:

- The EO Task Force and SPAR/Plans will host an adjudication meeting for OPT members to review and decide upon comments on **Friday, December 1, 2017 from 9:00 am to 2:00 pm, at the National Highway Institute, 1310 N. Courthouse Rd., Suite 300, Arlington, VA 22201.** A meeting invite will follow.
    - NOTE: There is **NO** meeting on Tuesday, November 28.

If you have any questions, please contact us at
(b)(6)

Thank you for your assistance and continued support of this very important project. We look forward to seeing you in December.

Best wishes for a safe and happy Thanksgiving!!

Regards,

(b)(6)

(b)(6)
Executive Order Task Force
U.S. Department of Homeland Security
(b)(6)

| | |
|---|---|
| **Sender:** | Lester-Saura, Victoria (b)(6)<br>(b)(6) |
| **Recipient:** | (b)(6)<br>"Sobel, Ted (b)(6)<br>(b)(6) |
| **Sent Date:** | 2017/11/21 09:40:05 |
| **Delivered Date:** | 2017/11/21 09:40:06 |