Exhibit 9

| | |
|---|---|
| **From:** | Nuebel Kovarik, Kathy |
| **Sent:** | Wednesday, January 03, 2018 7:37 PM |
| **To:** | Stoddard, Kaitlin V; Cissna, Francis; Ries, Lora L; Symons, Craig M |
| **Subject:** | FW: forms/vetting |
| **Attachments:** | EO 13780 Draft Questions updated November 2017.docx |

This is an update on the enhanced screening questions we're asking of applicants, pursuant to the EO.

****                                    (b)(5)

Please let me know if you have any questions.