# Exhibit 11

| | |
|---|---|
| **From:** | Countries-of-concern-inquiries <Countries-of-concern-inquiries@state.gov> |
| **Sent:** | Monday, December 11, 2017 11:00 AM |
| **To:** | Neilan, Linda A <NeilanLA@state.gov> |
| **Subject:** | Automatic reply: B1/B2-F2 Proxy Marriage |

**RELEASE IN PART B7E**

Dear Colleagues,

As of opening of business local time on Friday, December 8, posts must fully implement the P.P. per the guidance contained in 17 STATE 120862.

If your email contains general questions about the P.P., please make sure to review the posted materials on the Presidential Proclamation page on CAWeb. VO has posted updated operational guidance (including Q&A's), the relevant ALDACs, press guidance, an adjudicator flowchart, and an adjudicator reference guide to assist you in implementing the P.P.

If you are sending this email because your applicant does not fit under one of the undue hardship and national interest waiver examples in paragraph 24 of 17 STATE 97682, but the interviewing consular officer and consular manager believe that the applicant meets the undue hardship and national interest requirements for the waiver for other reasons, please be sure to include the case-specific information that supports post's determination. In urgent cases, a response from the Visa Office can be provided within one business day, provided that the Visa Office has all the information needed. If additional information is needed from post or if a case requires further discussion with other offices and agencies, the response may take longer and could take a week or more.

If the Visa Office concurs that a waiver may be justified, then post should determine if the national security/public safety requirement is met per 17 STATE 56801 [       ] B7(E).

As always, thank you for all of your hard work, dedication, and professionalism.

Sincerely,
The Visa Office

Any information in this transmission pertaining to the issuance or refusal of visas or permits to enter the United States shall be considered confidential under Section 222(f) of the Immigration and Nationality Act (INA) [8 U.S.C. 1202]. Access to and use of such information must be solely for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States under 222(f) and as specified in FAM guidance. If you have received such information in error, do not review, retransmit, disclose disseminate, use or take any action in reliance upon this information, and contact the sender as soon as possible.

*This email is Sensitive but Unclassified based on the definitions provided in 12 FAM 540.*