Exhibit 12



RELEASE IN PART B5,B7(E)



# Monthly Report on Implementation of Waiver Procedure Under Presidential Proclamation 9645
12 January 2018

C06654303   U.S. Department of State   Case No. F-2018-00749   Doc No. C06654303   Date: 03/25/2019

# Key Findings

Based on data from December 8, 2017 – January 8, 2018, very few applicants were issued visas under the waiver procedure in Presidential Proclamation 9645.

**❶** During the first 32 days the Proclamation was in effect across all eight nationalities, **6,282 visa applicants, or 96% of those considered for waivers, were <u>refused visas</u> because they failed to meet the undue hardship or national interest requirements.***

❷

❸

❹

B7(E)

**Background:**

The Department began fully implementing Presidential Proclamation 9645 on December 8, 2017, following the Supreme Court decision lifting lower court injunctions. The Proclamation places restrictions on the issuance of specific visa types for nationals from eight countries: Chad, Iran, Libya, North Korea, Somalia, Syria, Venezuela, and Yemen. Applicants subject to the Proclamation may nevertheless receive a visa two ways: exception and waiver. This report focuses on applicants for whom the waiver procedure is the sole route to obtaining a visa, i.e., those who do not qualify for an exception. For ease of reference, we call this the "waiver pool," although this is not a phrase used by the Department. Venezuela has been excluded from this study, as the PP restrictions only covers those working for select government agencies.

B7(E)

* The number of applicants not issued waivers because they failed to surpass the undue hardship/national interest requirement is a derived figure. This is because the visa systems at posts do not document whether the applicant failed to meet these requirements in a standard way. Thus, the figure is equal to the number of applicants refused under EO17 (the Presidential Proclamation refusal code) minus [        ] and the number of applicants issued a visa under the waiver process [    ]

B7(E)

Copyright © 2017 Deloitte Development LLC. All rights reserved.

2

# Outcomes for Applicants Subject to the Waiver Process (1 of 2)

Of the 8,406 applicants during the period covered by this report, 1,851 were found inadmissible on grounds unrelated to the PP or were exempt from the PP. 6,555 applicants were determined not to be exempt and were considered for a waiver under the procedure outlined in the Proclamation.

CDP W1

B7(E)

Q1. How many applicants were denied waivers for failure to prove Undue Hardship and/or National Interest?

**Applicant Outcomes**



B7(E)

**6,282**
# of Waiver Pool Applicants Not Issued Visas Due to Failure to Prove Undue Hardship and National Interest

**96%**
% of Waiver Pool Applicants Not Issued Visas Due to Failure to Prove Undue Hardship and National Interest

▓ Not Issued

B7(E)

| Country | # Not Issued (%) |
|---|---|
| Iran | 4,769 (98%) |
| Libya | 67 (94%) |
| Yemen | 850 (91%) |
| Syria | 428 (89%) |
| Chad | 23 (82%) |
| Somalia | 145 (79%) |
| Venezuela | 0 (N/A) |
| North Korea | 0 (N/A) |

| Country | |
|---|---|
| Iran | |
| Libya | |
| Yemen | |
| Syria | |
| Chad | |
| Somalia | |
| Venezuela | |
| North Korea | |

B7(E)

B7(E)

*
**

Copyright © 2017 Deloitte Development LLC. All rights reserved.

3

C06654303  U.S. Department of State  Case No. F-2018-00749  Doc No. C06654303  Date: 03/25/2019

B5

# Outcomes for Applicants Subject to the Waiver Process (2 of 2)

B7(E)

| Country | Not Issued | Issued |
|---|---|---|
| Chad | 0 | 0 |
| Iran | 1 | 0 |
| Libya | 0 | 0 |
| North Korea | 0 | 0 |
| Somalia | 0 | 0 |
| Syria | 1 | 0 |
| Venezuela | 0 | 0 |
| Yemen | 0 | 0 |

B7(E)

4

C06654303   U.S. Department of State   Case No. F-2018-00749   Doc No. C06654303   Date: 03/25/2019

# Visas Issued Pursuant to Waiver Process

B7(E)
B7(E)

| Country / Visa Type | Issued | Not Issued |
|---|---|---|
| **Iran** | | |
| B-1/B-2 | 0 | 1 |
| **Syria** | | |
| I5 | 0 | 1 |
| **TOTAL** | **0** | **2** |



B7(E)

B7(E)

Copyright © 2017 Deloitte Development LLC. All rights reserved.

5

C06654303 U.S. Department of State Case No. F-2018-00749 Doc No. C06654303 Date: 03/25/2019

# Appendix

UNCLASSIFIED U.S. Department of State Case No. F-2018-00749 Doc No. C06654303 Date: 03/25/2019

# Review of Data Sets Used

NIV, IV and [        ] was received on January 10th, 2018 from the Ad Hoc team and was segmented for  B7(E)
cases adjudicated from December 8th, 2017 – January 8th, 2017. Several assumptions were made by the VO Analytics Team as the data was being analyzed to answer the Assistant Secretary's questions.

| Data Set | Assumptions Made | Potential Impact |
|---|---|---|
| Non-Immigrant Visa | 1. [B7(E)]<br>2. In order to identify a unique number of applicants we merged the data based on the concatenation of "VISA_CONTROL_NUM", "NIV_APPLICANT_ID" and "SITE_CD" fields.<br>3. Existing data fields do not include the information necessary to identify Venezuelan individuals affected by the Presidential Proclamation. | 1. Individuals may appear in one category in a given month but updated into another in subsequent reports [B7(E)]<br>2. None<br>3. Venezuela is excluded from the NIV calculations |
| Immigrant Visa | 1. [B7(E)]<br>2. Duplicate records are present in the data received. In order to properly calculate the number of applicants we de-duplicated the data based on the "SYSTEM_KEY" field.<br>3. Unique records were obtained from duplicate system keys through manual filtering. | 1. Individuals may appear in one category in a given month but updated into another in subsequent reports [B7(E)]<br>2. None<br>3. Manual review will slow the process of generating future reports |
| [B7(E)] | | |

Copyright © 2017 Deloitte Development LLC. All rights reserved.

7

# Overview of Change in Visa Issuances Under the Proclamation

Visa issuances for nationalities* and non-immigrant visa (NIV) types** covered by the Proclamation were down 96% from the same period 12 months ago even though applications were down only 2%.



**Visa Applicants and Issuances Year-over-year**
**(for nationalities and visa types under P.P. 9645)****
NIV ONLY *

For 12/8/2017 – 1/8/2018 all visas were issued subjected to exceptions under Section 3 of the Presidential Proclamation.

*Venezuela is not included in totals as the visa restrictions apply only to government officials from select ministries, a subset not obtainable with existing data fields.
**Currently only complete historical NIV data is available by nationality. IV issuance data is available, but IV refusal and applicant totals by nationality are currently unavailable.
Copyright © 2017 Deloitte Development LLC. All rights reserved.

8

# Exceptions Resulting in Issuances

Many of the exceptions delineated in P.P. 9645 clarify special circumstances and do not apply directly to the issuance of visas, leading to only a small percentage of issuances resulting from exceptions



**Issuance of NIVs Subject to P.P. 9645 Restrictions**
- 106 Issued as exceptions
- 0 Issued under waiver process

▓ Exception Issuance  ▓ Waiver Issuance

**Issuance of IVs Subject to P.P. 9645 Restrictions**
- 22 Issued as exceptions
- 10 Issued under waiver process

▓ Exception Issuance  ▓ Waiver Issuance

## Exceptions to P.P. 9645 Restrictions

- **(a)** Any national who was in the United States on the applicable effective date described in Section 7 of the Proclamation for that national, regardless of immigration status
- **(b)** Any national who had a valid visa on the applicable effective date in Section 7 of the Proclamation for that national
- **(c)** Any national who qualifies for a visa or other valid travel document under section 6(d) of the Proclamation
- **(d)** Any lawful permanent resident (LPR) of the United States
- **(e)** Any national who is admitted to or paroled into the United States on or after the applicable effective date in Section 7 of the Proclamation for that national
- **(f)** Any applicant who has a document other than a visa, valid on the applicable effective date in Section 7 of the Proclamation for that applicant or issued on any date thereafter, that permits him or her to travel to the United States and seek entry or admission, such as advance parole
- **(g)** Any dual national of a country designated under the Proclamation when traveling on a passport issued by a non-designated country
- **(h)** Any applicant traveling on a diplomatic (A-1 or A-2) or diplomatic-type visa (any classification), NATO-1 -6 visas, C-2 visa for travel to the United Nations, or G-1, G-2, G-3, or G-4 visa; except certain Venezuelan government officials and their family members traveling on a diplomatic-type B-1, B-2, or B1/B2 visas
- **(j)** Any applicant who has been granted asylum; admitted to the United States as a refugee; or has been granted withholding of removal, advance parole, or protection under the Convention Against Torture

Copyright © 2017 Deloitte Development LLC. All rights reserved.

9

C06654303   U.S. Department of State   Case No. F-2018-00749   Doc No. C06654303   Date: 03/25/2019



Official Professional Services Sponsor

Professional Services means audit, tax, consulting and advisory.

**About Deloitte**
Deloitte refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), its network of member firms, and their related entities. DTTL and each of its member firms are legally separate and independent entities. DTTL (also referred to as "Deloitte Global") does not provide services to clients. In the United States, Deloitte refers to one or more of the US member firms of DTTL, their related entities that operate using the "Deloitte" name in the United States and their respective affiliates. Certain services may not be available to attest clients under the rules and regulations of public accounting. Please see www.deloitte.com/about to learn more about our global network of member firms.

Copyright © 2017 Deloitte Development LLC. All rights reserved.
36 USC 220506

UNCLASSIFIED   U.S. Department of State   Case No. F-2018-00749   Doc No. C06654303   Date: 03/25/2019