JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
WILLIAM C. SILVIS
Assistant Director, Office of Immigration Litigation
NICOLE GRANT
DAVID KIM
P. ANGEL MARTINEZ
Trial Attorneys, Office of Immigration Litigation

    Ben Franklin Station, P.O. Box 878
    Washington, D.C. 20044
    Telephone:  (202) 598-8085
    Email:  Angel.Martinez2@usdoj.gov
            David. Kim4@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PARS EQUALITY CENTER, et al., | ) |
| | ) CASE Nos. 18-cv-7818-JD |
| Plaintiffs, | )              18-cv-1587-JD |
| | ) |
| v. | ) |
| | ) **DECLARATION IN SUPPORT OF OPPOSED** |
| MIKE POMPEO, et al., | ) **MOTION TO EXTEND TIME TO FILE** |
| | ) **REPLIES IN SUPPORT OF DEFENDANTS'** |
| Defendants. | ) **MOTIONS TO DISMISS OR FOR SUMMARY** |
| | ) **JUDGMENT AND [PROPOSED] ORDER** |
| *and* | ) |
| FARANGIS EMAMI, et al., | |
| Plaintiffs, | |
| v. | |
| KIRSTJEN NIELSEN, et al., | |
| Defendants. | |

DECLARATION IN SUPPORT OF OPPOSED MOTION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF
DEFENDANTS' MOTIONS TO DISMISS OR FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER - 1
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

I, P. Angel Martinez, declare as follows:

1. I am employed as a Trial Attorney with the Department of Justice, Civil Division, Office of Immigration Litigation.

2. I make this declaration based on my own personal knowledge of the facts of this matter. If called upon to do so, I could and would testify to the following:

3. I am a trial attorney assigned to this case.

4. On May 28, 2019, Defendants filed a motion to extend the time to respond to the operative complaints in these cases until June 18, 2019, pending the State Department's issuance of a report comprising highly consequential information for this case. *Emami*, Dkt. 89; *Pars* Dkt. 110. The Court granted both motions, and ordered that Defendants respond to the operative complaints by June 18, 2019. *Emami*, Dkt. 93; *Pars* Dkt. 113. Following the issuance of the aforementioned report and seeking to prevent unnecessary delay, Defendants promptly filed motions to dismiss or for summary judgment on June 13, 2019, five days before the time allowed by the Court. *Emami*, Dkt. 98; *Pars,* Dkt. 120.

5. On June 27, 2019, Plaintiffs filed their oppositions to Defendants' motions to dismiss or for summary judgment. *Emami*, Dkt. 104; *Pars* Dkt. 125. Replies are currently due on July 5, 2019.

6. Since the filing of Plaintiffs' oppositions, Defendants have been working diligently to address the extensive arguments Plaintiffs raised in order to provide the Court with fulsome briefing that will assist it in making determinations of the issues presented. This entails extensive collaboration among several government offices. Given the Fourth of July celebration and the holiday week, many interested parties and support staff are unavailable because of pre-arranged travel and commitments. Therefore, despite their best efforts, Defendants cannot fully gather the necessary input to support their motions, respond to Plaintiff's arguments, and provide the Court with information that will be helpful for its decisions.

7. A 7 day extension to file replies would allow Defendants sufficient time for the coordination and fulsome briefing mentioned above.

8. Accordingly, Defendants respectfully request that this Court extend the date by which Defendants may file replies in support of their motions to dismiss or for summary judgment by 7 days, or until Thursday, July 11, 2019.

9. This request is made in accordance with Civil L.R. 6-3, where Defendants have shown diligence and substantial need.

10. This is the first motion that Defendants have filed requesting additional time to file a reply for their motions to dismiss or summary judgment.

11. No prejudice would result from this extension, as Defendants seek to maintain the currently scheduled, July 25, 2019 hearing, which would occur two weeks after the motions become fully briefed, if this extension request is granted. Therefore, the requested modification would have little, if any, effect on the schedules of these cases.

12. Counsel for Defendants has conferred with counsel for Plaintiffs in *Pars* and *Emami*, who represented that Plaintiffs in both cases oppose this extension.

13. This request, which is in the interest of justice and will not legally prejudice any party, is made in good faith and not for the purpose of delay. As mentioned above, Defendants have shown due diligence in complying with deadlines (including filing their motions to dismiss or for summary judgment early), and are committed to pursuing a timely resolution of these matters.

Executed on July 2, 2019, in Washington, D.C.

/s/ *P. Angel Martinez*
P. ANGEL MARTINEZ