| | |
|---|---|
| SIRINE SHEBAYA (*pro hac vice*) <br> NIMRA AZMI (*pro hac vice*)† <br> JOSEPH SAEI (CA SBN 321341)† <br> **MUSLIM ADVOCATES** <br> P.O. Box 34440 <br> Washington, DC  20043 <br> Telephone:   (202) 897-2622 <br> Facsimile:   (202) 508-1007 <br> sirine@muslimadvocates.org <br> nimra@muslimadvocates.org <br> yusuf@muslimadvocates.org <br><br> SHABNAM LOTFI (*pro hac vice*) <br> VERONICA SUSTIC (*pro hac vice*) <br> **LOTFI LEGAL, LLC** <br> P.O. Box 64 <br> Madison, WI  53701 <br> Telephone:   (608) 259-6226 <br> Facsimile:   (208) 977-9974 <br> shabnam@lotfilegal.com <br> veronica@lotfilegal.com <br><br> †*Not admitted to practice in DC; practice limited to federal courts and agencies* <br><br> **ATTORNEYS FOR EMAMI PLAINTIFFS** | **NATIONAL IMMIGRATION LAW CENTER** <br> ESTHER H. SUNG (SBN 255962) <br> JOSHUA T. STEHLIK (SBN 220241) <br> 3450 Wilshire Blvd. #108-62 <br> Los Angeles, CA  90010 <br> Telephone:   (213) 639-3900 <br> sung@nilc.org <br> stehlik@nilc.org <br><br> **ARNOLD & PORTER KAYE SCHOLER LLP** <br> JOHN A. FREEDMAN (*pro hac vice*) <br> 601 Massachusetts Ave., NW <br> Washington, DC  20001-3743 <br> Telephone:   (202) 942-5000 <br> Facsimile:   (202) 942-5999 <br> john.freedman@arnoldporter.com <br><br> **ARNOLD & PORTER KAYE SCHOLER LLP** <br> DANIEL B. ASIMOW (SBN 165661) <br> Three Embarcadero Center, 10th Floor <br> San Francisco, CA  94111 <br> Telephone:   (415) 471-3100 <br> Facsimile:   (415) 471-3400 <br> daniel.asimow@arnoldporter.com <br><br> [additional counsel listed on signature page] <br><br> **ATTORNEYS FOR PARS PLAINTIFFS** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. | Case No. 3:18-cv-01587-JD <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS OR FOR SUMMARY JUDGMENT** <br><br> Judge: Hon. James Donato |
| PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, et al., <br><br> Defendants. | Case No. 3:18-cv-07818-JD |

In yet another continuance request, Defendants move this Court to grant them seven additional days to file a reply to Plaintiffs' opposition to Defendants' motion to dismiss or, in the alternative, for summary judgment—after having already sought and received an extension on this briefing schedule, and on every preceding briefing schedule or deadline in this case. Plaintiffs in these cases include individuals who are separated from their families and prevented from traveling; any delay is inherently prejudicial. By compressing the time the Court will have to prepare for the hearing, Defendants' motion threatens further delay. Plaintiffs therefore respectfully request that this Court deny Defendants' motion for yet another continuance.

Although Defendants claim that such an extension is necessary because "pre-arranged travel and commitments" interfere with their ability to file their reply during this holiday week, this scheduling problem is one of their own making. By this Court's leave, Defendants requested and received two significant extensions on the deadline to file their responsive pleading, which was originally due on May 13. Meanwhile, nearly a year after filing their complaint, *Pars* Plaintiffs have not even had a hearing on the first round of challenges to their pleading, and *Emami* Plaintiffs have been awaiting a response to their Second Amended Complaint—which ordinarily would have been due 14 days after filing—for several months.

For these reasons, Plaintiffs respectfully request that the Court deny Defendants' motion for further delay in this case. If this Court chooses to grant a continuance, Plaintiffs respectfully request that the Court allow the hearings already calendared in this matter to remain scheduled for July 25, 2019, so that Defendants' latest extension request does not further delay this case.

DATED: July 2, 2019.                    Respectfully submitted,

| /s/ *Sirine Shebaya* | /s/ *John A. Freedman* |
|---|---|
| SIRINE SHEBAYA | JOHN A. FREEDMAN |
| SIRINE SHEBAYA (*pro hac vice*) | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| NIMRA AZMI (*pro hac vice*)† | |
| JOSEPH SAEI (CA SBN 321341)† | JOHN A. FREEDMAN (*pro hac vice*) |
| **MUSLIM ADVOCATES** | 601 Massachusetts Ave., NW |
| P.O. Box 34440 | Washington, DC  20001-3743 |
| Washington, DC  20043 | DANIEL B. ASIMOW (SBN 165661) |
| | Three Embarcadero Center, 10th Floor |
| SHABNAM LOTFI (*pro hac vice*) | San Francisco, CA  94111 |
| VERONICA SUSTIC (*pro hac vice*) | |
| **LOTFI LEGAL, LLC** | **NATIONAL IMMIGRATION LAW** |
| P.O. Box 64 | **CENTER** |

- 1 -

| | |
|---|---|
| Madison, WI 53701<br><br>†*Not admitted to practice in DC; practice limited to federal courts and agencies*<br><br>**ATTORNEYS FOR EMAMI PLAINTIFFS** | ESTHER H. SUNG (SBN 255962)<br>JOSHUA T. STEHLIK (SBN 220241)<br>3450 Wilshire Blvd. #108-62<br>Los Angeles, CA 90010<br>Telephone:     (213) 639-3900<br>Facsimile:      (213) 639-3911<br>MAX S. WOLSON (*pro hac vice*)<br>P.O. Box 34573<br>Washington, D.C. 20043<br>Telephone:     (202) 216-0261<br>Facsimile:      (202) 216-0266<br>sung@nilc.org<br>stehlk@nilc.org<br>wolson@nilc.org<br><br>**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**<br>ZAHRA A. BILLOO (SBN 267634)<br>BRITTNEY REZAEI (SBN 309567)<br>3160 De La Cruz Blvd., Suite 110<br>Santa Clara, CA 95054<br>Telephone:     (408) 986-9874<br>Facsimile:      (408) 986-9875<br>zbilloo@cair.com<br>brezaei@cair.com<br><br>**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**<br>ELICA S. VAFAIE (SBN 284186)<br>55 Columbus Ave.<br>San Francisco, CA 94111<br>Telephone:     (415) 848-7711<br>elicav@advancingjustice-alc.org<br><br>**LANE POWELL, PC**<br>DARIN SANDS (CA SBN 257363)<br>JESSICA WALDER*<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111-9402<br>Telephone:     (206) 223-7000<br>Facsimile:      (206) 223-7107<br>sandsd@lanepowell.com<br>walderj@lanepowell.com<br>NICHOLAS T. STONE*<br>601 S.W. Second Avenue, Suite 2100<br>Portland, OR 97204<br>Telephone:     503.778.2100<br>Facsimile:      503.778.2200<br>stonen@lanepowell.com<br><br>**IRANIAN AMERICAN BAR ASSOCIATION**<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624 |

|   |   |
|---|---|
| 1 | |
| 2 | Washington, DC  20016<br>Telephone:     (415) 774-3191<br>president@iaba.us |
| 3 | *Pro Hac Vice* motion forthcoming |
| 4 | **ATTORNEYS FOR PARS PLAINTIFFS** |

Washington, DC  20016
Telephone:     (415) 774-3191
president@iaba.us

*Pro Hac Vice* motion forthcoming

***ATTORNEYS FOR PARS PLAINTIFFS***