JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
GISELA A. WESTWATER
Assistant Director
NICOLE GRANT
DAVID KIM
P. ANGEL MARTINEZ
Trial Attorneys

   Ben Franklin Station, P.O. Box 878
   Washington, DC 20044
   Telephone:  (202) 598-8085 / (202) 532-4094
   Email:  Angel.Martinez2@usdoj.gov
           David.Kim4@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, et al., <br><br> Defendants. <br><br> *and* <br><br> FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. | CASE Nos. 18-cv-7818-JD <br>           18-cv-1587-JD <br><br> **DEFENDANTS' WITHDRAWAL OF OPPOSED MOTION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS OR FOR SUMMARY JUDGMENT** |

Defendants, through undersigned counsel, hereby respectfully withdraw their previously filed motions to extend the time to file replies in support of their motions to dismiss or for summary judgment. *Emami*, Doc. 105; *Pars*, Doc. 126. In support of this withdrawal, Defendants state the following:

1. Defendants' replies in support of their motions to dismiss or for summary judgment were due by July 5, 2019.

2. On July 2, 2019, Defendants contacted Plaintiffs, who indicated they opposed an extension to Defendants' replies. The same day, Defendants filed their extension motions, and Plaintiffs filed oppositions. *Emami*, Doc.105, 106; *Pars*, Doc. 126, 127.

3. On July 5, 2019, as the extension motions were pending, Defendants filed their replies. *Emami*, Doc. 107; *Pars*, Doc. 128.

4. Accordingly, Defendants' extension motions are moot, and Defendants' counsel hereby respectfully withdraws them.

DATED: July 8, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

AUGUST F. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

GISELA A. WESTWATER
Assistant Director

By: */s/ P. Angel Martinez*
P. ANGEL MARTINEZ
DAVID KIM
NICOLE GRANT
Trial Attorneys

*Attorneys for Defendants*

DEFENDANTS' WITHDRAWAL OF OPPOSED MOTION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS OR FOR SUMMARY JUDGMENT - 2
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD