**MUSLIM ADVOCATES**
SIRINE SHEBAYA (*pro hac vice*)
NIMRA AZMI (*pro hac vice*)†
P.O. Box 34440
Washington, DC  20043
Telephone:    (202) 897-2622
Facsimile:    (202) 508-1007
sirine@muslimadvocates.org
nimra@muslimadvocates.org
yusuf@muslimadvocates.org

**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI  53701
Telephone:    (608) 259-6226
Facsimile:    (208) 977-9974
shabnam@lotfilegal.com
veronica@lotfilegal.com

†*Not admitted to practice in DC; practice limited to federal courts and agencies*

*ATTORNEYS FOR EMAMI PLAINTIFFS*

**NATIONAL IMMIGRATION LAW CENTER**
ESTHER H. SUNG (SBN 255962)
JOSHUA T. STEHLIK (SBN 220241)
3450 Wilshire Blvd. #108-62
Los Angeles, CA  90010
Telephone:    (213) 639-3900
sung@nilc.org
stehlik@nilc.org

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone:    (202) 942-5000
Facsimile:    (202) 942-5999
john.freedman@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400
daniel.asimow@arnoldporter.com

[additional counsel listed on signature page]

*ATTORNEYS FOR PARS PLAINTIFFS*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, et al., <br><br> Defendants. | Case No. 3:18-cv-01587-JD <br><br> Judge:  Hon. James Donato <br><br> **PLAINTIFFS' STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION OF CASES** |
| PARS EQUALITY CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, et al., <br><br> Defendants. | Case No. 3:18-cv-07818-JD |

On July 25, 2019, the Court directed the plaintiffs in *Emami v. Nielsen*, No. 3:18-cv-01587-JD (N.D. Cal.), and *Pars v. Pompeo*, No. 3:18-cv-07818-JD (N.D. Cal.), to provide a statement to the Court regarding consolidation of the two cases.

The two cases assert some common claims and some unique claims.

Claims common to both cases include:

- An Administrative Procedure Act ("APA") arbitrary-and-capricious claim under 5 U.S.C. § 706(2)(A),[1]
- A constitutional due process claim[2]
- An *Accardi* claim

Claims unique to the *Emami* case are:

- An equal protection claim[3]
- A mandamus claim on behalf of certain of their individual plaintiffs[4]

Claims unique to the *Pars* case are:

- An APA *ultra vires* claim under 5 U.S.C. § 706(2)(C)[5]
- An APA notice-and-comment claim under 5 U.S.C. § 706(2)(D)[6]

Notwithstanding the differences in multiple claims, Plaintiffs recognize that there are significant efficiencies to proceeding on a consolidated basis if consolidation does not delay proceedings by requiring Plaintiffs to engage in unnecessary efforts, such as the filing of a consolidated complaint, nor deprive each lawsuit of its independent character. As such, the plaintiffs have met and conferred and stipulate to the following:

1. Plaintiffs do not oppose consolidation of the cases for further proceedings, provided that:

    (1) A consolidated complaint merging the cases is unnecessary, and will lead to

---

[1] *Emami* Compl. ¶ 313; *Pars* Compl. ¶ 285.

[2] *Emami* Compl. ¶¶ 319-26; *Pars* Compl. ¶¶ 295-306.

[3] *Emami* Compl. ¶¶ 327-32.

[4] *Id.* ¶¶ 333-39.

[5] *Pars* Compl. ¶ 287.

[6] *Id.* ¶¶ 69, 287.

- 1 -

additional months-long delay of the proceedings;

(2) The actions retain their separate character;

(3) Parties to one action will not be designated as parties to the other;

(4) In motions practice, plaintiffs will file consolidated briefing in the designated matter, but may also file up to 5 pages of supplemental briefing relating to claims or issues unique to their respective cases;

(5) Consolidation will not otherwise affect the page limits to which the parties are entitled under the Local Rules, except as provided in this stipulation or by subsequent Court order; and

(6) Plaintiffs will coordinate and serve joint discovery on Defendants, and will accept a consolidated response and a single production of documents in connection with the same.

2. Plaintiffs believe that the foregoing arrangement will achieve efficiencies for the parties and the Court by consolidating many aspects of the two cases to reflect the relevant overlap, while maintaining the two cases' separate character and permitting the respective Plaintiffs to pursue their unique claims and issues through their chosen counsel and under their own theories, where appropriate.

3. Because *Emami* was filed first, it shall be the lead case for all future filings. All future filings will contain a double caption for both cases and will be filed solely on the *Emami* docket.

So stipulated and presented by:

DATED: July 30, 2019.

/s/ *Sirine Shebaya*
SIRINE SHEBAYA

**MUSLIM ADVOCATES**
SIRINE SHEBAYA (*pro hac vice*)
NIMRA AZMI (*pro hac vice*)†
P.O. Box 34440
Washington, DC  20043

**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI  53701

/s/ *Daniel B. Asimow*
DANIEL B. ASIMOW

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC  20001-3743

DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111

**NATIONAL IMMIGRATION LAW CENTER**
ESTHER H. SUNG (SBN 255962)

| | | |
|---|---|---|
| 1 | †*Not admitted to practice in DC; practice limited to federal courts and agencies* | JOSHUA T. STEHLIK (SBN 220241) 3450 Wilshire Blvd. #108-62 |
| 2 | | Los Angeles, CA  90010 |
| 3 | **ATTORNEYS FOR EMAMI PLAINTIFFS** | Telephone:      (213) 639-3900 Facsimile:       (213) 639-3911 |

†*Not admitted to practice in DC; practice limited to federal courts and agencies*

**ATTORNEYS FOR EMAMI PLAINTIFFS**

JOSHUA T. STEHLIK (SBN 220241)
3450 Wilshire Blvd. #108-62
Los Angeles, CA  90010
Telephone:      (213) 639-3900
Facsimile:       (213) 639-3911

MAX S. WOLSON (*pro hac vice*)
P.O. Box 34573
Washington, D.C.  20043
Telephone:      (202) 216-0261
Facsimile:       (202) 216-0266
sung@nilc.org
stehlk@nilc.org
wolson@nilc.org

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**
ZAHRA A. BILLOO (SBN 267634)
BRITTNEY REZAEI (SBN 309567)
3160 De La Cruz Blvd., Suite 110
Santa Clara, CA  95054
Telephone:      (408) 986-9874
Facsimile:       (408) 986-9875
zbilloo@cair.com
brezaei@cair.com

**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
ELICA S. VAFAIE (SBN 284186)
55 Columbus Ave.
San Francisco, CA  94111
Telephone:     (415) 848-7711
elicav@advancingjustice-alc.org

**LANE POWELL, PC**
DARIN SANDS (CA SBN 257363)
JESSICA WALDER*
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone:      (206) 223-7000
Facsimile:       (206) 223-7107
sandsd@lanepowell.com
walderj@lanepowell.com

NICHOLAS T. STONE*
601 S.W. Second Avenue, Suite 2100
Portland, OR  97204
Telephone:     503.778.2100
Facsimile:      503.778.2200
stonen@lanepowell.com

**IRANIAN AMERICAN BAR ASSOCIATION**
BABAK G. YOUSEFZADEH (CA SBN 235974)
5185 MacArthur Blvd. NW, Suite 624

Washington, DC  20016
Telephone:     (415) 774-3191
president@iaba.us

*Pro Hac Vice* motion forthcoming

***ATTORNEYS FOR PARS PLAINTIFFS***

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from all counsel to file this document with the Court.

/s/ *Daniel B. Asimow*
DANIEL B. ASIMOW

# [PROPOSED] ORDER

Upon consideration of the above stipulation and the record in this matter, the Court approves the stipulation and all page limits and requirements specified therein.

**IT IS SO ORDERED.**

DATED this \_\_\_\_ day of _____, 2019.

_____
HON. JAMES DONATO
United States District Judge