# Exhibit A

**MUSLIM ADVOCATES**
NIMRA AZMI (*pro hac vice*)
P.O. Box 34440
Washington, DC  20043
Telephone:     (202) 897-2622
Facsimile:     (202) 508-1007
nimra@muslimadvocates.org

**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI  53701
Telephone:     (608) 259-6226
Facsimile:     (208) 977-9974
shabnam@lotfilegal.com
veronica@lotfilegal.com

**MAYER BROWN LLP**
ERIC B. EVANS
3000 El Camino Real
Two Palo Alto Square Ste 300
Palo Alto CA 94306
Telephone: (650) 331-2063
Facsimile: (650) 331-4563
eevans@mayerbrown.com
*Attorneys for Emami Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
AUGUST E. FLENTJE
Director, Office of Immigration Litigation
District Court Section
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
GISELA A. WESTWATER
Assistant Director, Office of Immigration
Litigation, District Court Section
NICOLE GRANT
DAVID KIM
P. ANGEL MARTINEZ
Trial Attorneys, Office of Immigration Litigation

   Ben Franklin Station, P.O. Box 878
   Washington, DC  20044
   Telephone: (202) 598-8085
   Facsimile:  (202) 532-4094
   Email: Angel.Martinez2@doj.gov
          David.Kim4@doj.gov

   *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al., | Case No. 3:18-cv-01587-JD |
| Plaintiffs, | Judge:  Hon. James Donato |
| v. | |
| KEVIN K. McALLENAN, et al., | **PLAINTIFFS SOHEIL VAZEHRAD AND ATEFEHOSSADAT MOTAYALIABYAZANI'S NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

1

**PLAINTIFFS SOHEIL VAZEHRAD AND ATEFEHOSSADAT MOTAYALIABYAZANI'S NOTICE OF VOLUNTARY DISMISSAL**

2

3

Through stipulation of all parties who have appeared, pursuant to Fed. R. Civ. P.

4

41(a)(1)(A)(ii), Plaintiffs Soheil Vazehrad and Atefehossadat Motavaliabyazani, by and through

5

counsel, hereby voluntarily dismiss, without prejudice, their claims in the Second Amended

6

Complaint against Defendants U.S. Department of Homeland Security, U.S. Customs and Border

7

Protection, U.S. Department of State, U.S. Citizenship and Naturalization Services, Kevin K.

8

McAleenan, Michael R. Pompeo, and L. Francis Cissna,.

9

This dismissal relates exclusively to Plaintiffs Soheil Vazehrad and Atefehossadat

10

Motavaliabyazani's claims and does not affect or impact the claims of the other plaintiffs in this

matter.

11

Dated: September 30, 2019

12

13

/s/ *Shabnam Lotfi*
SHABNAM LOTFI

14

VERONICA SUSTIC (pro hac vice)

15

**LOTFI LEGAL, LLC**
P.O. Box 64

16

Madison, WI 53701
Telephone: (608) 259-6226

17

Facsimile: (208) 977-9974
shabnam@lotfilegal.com

18

veronica@lotfilegal.com

19

20

21

22

23

24

25

26

27

2

28

PLAINTIFFS SOHEIL VAZEHRAD AND                                                    No. 3:18-cv-01587-JD
ATEFEHOSSADAT MOTAYALIABYAZANI'S
NOTICE OF VOLUNTARY DISMISSAL

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that on the 30th day of September, 2019, I electronically filed **PLAINTIFFS**

4

**SOHEIL VAZEHRAD AND ATEFEHOSSADAT MOTAYALIABYAZANI'S NOTICE OF**

5

**VOLUNTARY DISMISSAL** with the Clerk of the Court using CM/ECF.  I also certify that the

6

foregoing document should automatically be served this day on all counsel of record via

7

transmission of Notices of Electronic Filing generated by CM/ECF.

8

9

*/s/ Shabnam Lotfi*
SHABNAM LOFTI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3