# Exhibit B



Nimra Azmi <nimra@muslimadvocates.org>

## Withdrawal

**Flentje, August (CIV)** <August.Flentje@usdoj.gov>   Thu, Oct 3, 2019 at 10:30 AM
To: Shabnam Lotfi <shabnam@lotfilegal.com>
Cc: "Kim, David (CIV)" <David.Kim4@usdoj.gov>, "Martinez, Angel (CIV)" <Angel.Martinez2@usdoj.gov>, Nimra Azmi <nimra@muslimadvocates.org>, "Evans, Eric" <EEvans@mayerbrown.com>, Veronica Sustic <veronica@lotfilegal.com>, "Grant, Nicole P. (CIV)" <Nicole.P.Grant@usdoj.gov>, "Go, Samuel (CIV)" <Samuel.Go@usdoj.gov>

We do not agree to stipulate to dismissal.  If you move for dismissal, we will respond.

**From:** Shabnam Lotfi <shabnam@lotfilegal.com>
**Sent:** Thursday, October 03, 2019 10:14 AM
**To:** Flentje, August (CIV) <AFlentje@CIV.USDOJ.GOV>
**Cc:** Kim, David (CIV) <davkim@CIV.USDOJ.GOV>; Martinez, Angel (CIV) <amartine@CIV.USDOJ.GOV>; Nimra Azmi <nimra@muslimadvocates.org>; Evans, Eric <EEvans@mayerbrown.com>; Veronica Sustic <veronica@lotfilegal.com>; Grant, Nicole P. (CIV) <ngrant@CIV.USDOJ.GOV>; Go, Samuel (CIV) <SGo@civ.usdoj.gov>
**Subject:** Re: Withdrawal

To avoid mischaracterizing your position, can you confirm your agreement or disagreement with the stipulation as written in the attached document?

Attorney Shabnam Lotfi
Lotfi Legal LLC
14 W Mifflin St, Ste 300
Madison, WI 53703
(608) 259-6226
shabnam@lotfilegal.com
www.lotfilegal.com

This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments.

On Thu, Oct 3, 2019 at 8:39 AM Flentje, August (CIV) <August.Flentje@usdoj.gov> wrote:

> I think you will need to file a motion so we have a chance to respond.  Thanks.
>
> Auggie
>
> **From:** Shabnam Lotfi <shabnam@lotfilegal.com>
> **Sent:** Wednesday, October 02, 2019 5:05 PM
> **To:** Flentje, August (CIV) <AFlentje@CIV.USDOJ.GOV>
> **Cc:** Kim, David (CIV) <davkim@CIV.USDOJ.GOV>; Martinez, Angel (CIV) <amartine@CIV.USDOJ.GOV>; Nimra Azmi <nimra@muslimadvocates.org>; Evans, Eric <EEvans@mayerbrown.com>; Veronica Sustic <veronica@lotfilegal.com>; Grant, Nicole P. (CIV) <ngrant@CIV.USDOJ.GOV>; Go, Samuel (CIV) <SGo@civ.usdoj.gov>
> **Subject:** Re: Withdrawal
>
> Auggie,

Thank you for your response. We do not seek to withdraw Mr. Vazehrad and Ms. Motavaliabyazani in order to file new litigation on their behalf. They wish to no longer be a part of the *Emami* suit. Once the clients are withdrawn from the case, we do not plan to represent them in any further actions and we are unaware of any intention on their part to engage any *Emami* counsel to file any new action on their behalf that would raise claims identical or substantially similar to those in *Emami*. We note that Cal. Bar Rule of Professional Conduct 5.6 prohibits offering or making any agreement restricting any attorney's right to practice, including, for example, an agreement not to represent the client in the future. Further, as of this date, the district court has not dismissed any of our claims with prejudice and in light of that, we would not bind our clients to a dismissal *with* prejudice, especially since that is not required by the Federal Rules.

If the government stipulates to their withdrawal, I will file the notice this evening.

Best,

Shabnam


Attorney Shabnam Lotfi
Lotfi Legal LLC
14 W Mifflin St, Ste 300
Madison, WI 53703
(608) 259-6226
shabnam@lotfilegal.com
www.lotfilegal.com

This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments.

On Wed, Oct 2, 2019 at 2:43 PM Flentje, August (CIV) <August.Flentje@usdoj.gov> wrote:

> Shabnam -- Are you seeking dismissal in order to file new litigation on behalf of your client raising similar claims?   I don't want to presume anything, but if that happens to be the case, we have some concerns to dismissal without prejudice if the goal is to refile a similar suit.  I think we can stipulate to dismissal if you stipulate to be bound by the district court's rulings in future litigation in a federal district court.   Given that the district court has partially dismissed your claims, we do not think it would be appropriate for you to dismiss without prejudice, file a new suit, and then seek to assert claims or discovery that have been rejected by the district court.
>
>
> Thanks
>
> Auggie
>
>
>
> **From:** Shabnam Lotfi <shabnam@lotfilegal.com>
> **Sent:** Wednesday, October 02, 2019 10:35 AM
> **To:** Flentje, August (CIV) <AFlentje@CIV.USDOJ.GOV>
> **Cc:** Kim, David (CIV) <davkim@CIV.USDOJ.GOV>; Young, Stacey (CIV) <styoung@CIV.USDOJ.GOV>; Martinez, Angel (CIV) <amartine@CIV.USDOJ.GOV>; Nimra Azmi <nimra@muslimadvocates.org>; Evans, Eric <EEvans@mayerbrown.com>; Veronica Sustic <veronica@lotfilegal.com>
> **Subject:** Re: Withdrawal
>
>
>
> Mr. Flentje,
>
> I'm resending this request and I kindly ask for a response by COB today.
>
> Best,

Attorney Shabnam Lotfi
Lotfi Legal LLC
14 W Mifflin St, Ste 300
Madison, WI 53703
(608) 259-6226
shabnam@lotfilegal.com
www.lotfilegal.com

This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments.

On Mon, Sep 30, 2019 at 4:14 PM Shabnam Lotfi <shabnam@lotfilegal.com> wrote:

> Dear Mr. Flentje,
>
> Plaintiffs Soheil Vazehrad and his fiancee Atefehossadat Motavaliabyazani seek to withdraw from the Emami suit. Per Fed. R. Civ. P. 41(a)(1)(A)(ii), I am asking for your position on this matter. If the government stipulates to their withdrawal, I will file the attached notice today.
>
> Best,
>
> Attorney Shabnam Lotfi
> Lotfi Legal LLC
> 14 W Mifflin St, Ste 300
> Madison, WI 53703
> (608) 259-6226
> shabnam@lotfilegal.com
> www.lotfilegal.com
>
> This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, is prohibited. If you have received this e-mail in error, please notify the sender immediately and permanently delete the original e-mail and destroy any copies or printouts of this e-mail as well as any attachments.