| | |
|---|---|
| **MAYER BROWN LLP**<br>ERIC B. EVANS (SBN 232476)<br>3000 El Camino Real<br>Two Palo Alto Square, Suite 3000<br>Palo Alto, CA  94306<br>Telephone:     (650) 331-2063<br>Facsimile:      (650) 331-4563<br>eevans@mayerbrown.com<br><br>**MUSLIM ADVOCATES**<br>NIMRA AZMI (*pro hac vice*)<br>P.O. Box 34440<br>Washington, DC  20043<br>Telephone:     (202) 897-2622<br>Facsimile:      (202) 508-1007<br>nimra@muslimadvocates.org<br><br>**LOTFI LEGAL, LLC**<br>SHABNAM LOTFI (*pro hac vice*)<br>VERONICA SUSTIC (*pro hac vice*)<br>P.O. Box 64<br>Madison, WI  53701<br>Telephone:     (608) 259-6226<br>Facsimile:      (208) 977-9974<br>shabnam@lotfilegal.com<br>veronica@lotfilegal.com<br><br>***ATTORNEYS FOR EMAMI PLAINTIFFS*** | **NATIONAL IMMIGRATION LAW CENTER**<br>JOSHUA T. STEHLIK (SBN 220241)<br>3450 Wilshire Blvd. #108-62<br>Los Angeles, CA  90010<br>Telephone:     (213) 639-3900<br>Facsimile:      (213) 639-3911<br>stehlik@nilc.org<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>JOHN A. FREEDMAN (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC  20001-3743<br>Telephone:     (202) 942-5000<br>Facsimile:      (202) 942-5999<br>john.freedman@arnoldporter.com<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111<br>Telephone:     (415) 471-3100<br>Facsimile:      (415) 471-3400<br>daniel.asimow@arnoldporter.com<br><br>**[additional counsel listed on signature page]**<br><br>***ATTORNEYS FOR PARS PLAINTIFFS*** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>KEVIN K. McALEENAN, et al.,<br><br>          Defendants. | Case No. 3:18-cv-01587-JD<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| PARS EQUALITY CENTER, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>MIKE POMPEO, et al.,<br><br>          Defendants. | Case No. 3:18-cv-07818-JD |

1  Defendants' Notice of Supplemental Authority materially misstates the significance of *Yavari v. Pompeo*, No. 2:19-cv-02524-SVW-JC (C.D. Cal. Oct. 10, 2019).  (*Emami* ECF 128-1.) Principally, Defendants omit that ***Yavari* expressly distinguished that case from this Court's decision** on Defendants' first motion to dismiss. In fact, the *Yavari* court explicitly stated that it assessed claims substantially different from those presented in the above-captioned matter:

> Plaintiffs in *Emami* pled substantially broader factual allegations and chose to contest the entirety of the government's waiver program rather than any individual decision or indecision.  Plaintiffs in *Emami* have advanced claims regarding a policy of blanket denials by Defendants rather than any individually unreasonable delays . . . .

(*Id.* at 13.)

*Yavari*'s plain language contradicts Defendants' claim that the case "analyzed the issue that the government also raised here: whether the waiver process under the Proclamation constitutes a reviewable 'agency action' under the APA." (*Emami* ECF 128 at 2.)  Instead, *Yavari* concerns a mother and child's individual challenge to Defendants' "failure to issue a final decision" on only their visa applications and waiver requests.[1]  *Yavari* is thus not comparable and unpersuasive to the above-captioned litigation.

DATED: October 29, 2019.           Respectfully submitted,

/s/ *Eric B. Evans*  
ERIC B. EVANS

**MAYER BROWN LLP**  
ERIC B. EVANS  
3000 El Camino Real  
Two Palo Alto Square, Suite 3000  
Palo Alto, CA  94306

**MUSLIM ADVOCATES**  
NIMRA AZMI (*pro hac vice*)†  
P.O. Box 34440  
Washington, DC  20043

**LOTFI LEGAL, LLC**  
SHABNAM LOTFI (*pro hac vice*)

/s/ *John A. Freedman*  
JOHN A. FREEDMAN

**ARNOLD & PORTER KAYE SCHOLER LLP**  
JOHN A. FREEDMAN (*pro hac vice*)  
601 Massachusetts Ave., NW  
Washington, DC  20001-3743

DANIEL B. ASIMOW (SBN 165661)  
Three Embarcadero Center, 10th Floor  
San Francisco, CA  94111

**NATIONAL IMMIGRATION LAW CENTER**  
JOSHUA T. STEHLIK (SBN 220241)  
3450 Wilshire Blvd. #108-62  
Los Angeles, CA  90010

---

[1] *Compare Yavari*, ECF 128-1 at 1, *with Emami v. Nielsen*, 365 F. Supp. 1009, 1018-19 (noting that Complaint "leaves no doubt that plaintiffs are challenging systemic practices with respect to the waiver program, and not individualized determinations for any specific person").

- 1 -

| | | |
|---|---|---|
| 1 | VERONICA SUSTIC (*pro hac vice*)<br>P.O. Box 64<br>Madison, WI  53701<br><br>***ATTORNEYS FOR EMAMI PLAINTIFFS*** | MAX S. WOLSON (*pro hac vice*)<br>P.O. Box 34573<br>Washington, D.C.  20043<br>Telephone:     (202) 216-0261<br>Facsimile:      (202) 216-0266<br>stehlk@nilc.org<br>wolson@nilc.org<br><br>**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**<br>ZAHRA A. BILLOO (SBN 267634)<br>BRITTNEY REZAEI (SBN 309567)<br>3160 De La Cruz Blvd., Suite 110<br>Santa Clara, CA  95054<br>Telephone:     (408) 986-9874<br>Facsimile:      (408) 986-9875<br>zbilloo@cair.com<br>brezaei@cair.com<br><br>**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**<br>ELICA S. VAFAIE (SBN 284186)<br>55 Columbus Ave.<br>San Francisco, CA  94111<br>Telephone:     (415) 848-7711<br>elicav@advancingjustice-alc.org<br><br>**LANE POWELL, PC**<br>DARIN SANDS (CA SBN 257363)<br>JESSICA WALDER*<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA  98111-9402<br>Telephone:     (206) 223-7000<br>Facsimile:      (206) 223-7107<br>sandsd@lanepowell.com<br>walderj@lanepowell.com<br><br>NICHOLAS T. STONE*<br>601 S.W. Second Avenue, Suite 2100<br>Portland, OR  97204<br>Telephone:     503.778.2100<br>Facsimile:      503.778.2200<br>stonen@lanepowell.com<br><br>**IRANIAN AMERICAN BAR ASSOCIATION**<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC  20016<br>Telephone:     (415) 774-3191<br>president@iaba.us<br><br>**Pro Hac Vice* motion forthcoming<br><br>***ATTORNEYS FOR PARS PLAINTIFFS*** |

- 2 -

| | |
|---|---|
| PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE<br>OF SUPPLEMENTAL AUTHORITY | No. 3:18-cv-01587-JD<br>No. 3:18-cv-07818-JD |

1

**ATTESTATION OF CONCURRENCE IN THE FILING**

2

Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from all

3

counsel to file this document with the Court.

4

/s/ *John A. Freedman*
JOHN A. FREEDMAN

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28