**MUSLIM ADVOCATES**
NIMRA AZMI (*pro hac vice*)
P.O. Box 34440
Washington, DC  20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
nimra@muslimadvocates.org

**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI  53701
Telephone: (608) 259-6226
Facsimile: (208) 977-9974
shabnam@lotfilegal.com
veronica@lotfilegal.com

**MAYER BROWN LLP**
ERIC B. EVANS
3000 El Camino Real
Two Palo Alto Square, Ste. 300
Palo Alto, CA 94306
Telephone: (650) 331-2063
Facsimile: (650) 331-4563
eevans@mayerbrown.com

*Attorneys for Emami Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
AUGUST E. FLENTJE
Director, Office of Immigration Litigation
District Court Section
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL GO
Senior Litigation Counsel, Office of Immigration
Litigation, District Court Section
NICOLE GRANT
DAVID KIM
P. ANGEL MARTINEZ
Trial Attorneys, Office of Immigration Litigation

Ben Franklin Station, P.O. Box 878
Washington, DC  20044
Telephone: (202) 532-4094
Email: David.Kim4@doj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN K. McALLENAN, et al., <br><br> Defendants. | CASE NO. 18-cv-1587-JD <br><br> **PLAINTIFFS SOHEIL VAZEHRAD AND ATEFEHOSSADAT MOTAVALIABYAZANI'S NOTICE OF VOLUNTARY DISMISSAL** |

PLAINTIFFS SOHEIL VAZEHRAD AND ATEFEHOSSADAT MOTAYALIABYAZANI'S NOTICE OF VOLUNTARY DISMISSAL - 1
CASE NO. 18-CV-1587 JD

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by stipulation of all parties who have appeared in this action, Plaintiffs Soheil Vazehrad and Atefehossadat Motavaliabyazani hereby voluntarily dismiss their individual claims against all Defendants. This dismissal is without prejudice, except as specifically stated below.

Following this voluntary dismissal, Plaintiffs Vazehrad and Motavaliabyazani agree that if they bring new litigation in federal district court asserting claims brought in the above-captioned litigation, they will be bound in those proceedings by this Court's rulings with respect to this Court's partial grant of dismissal without prejudice to *Emami* Plaintiffs' constitutional claims, the Court's denial of the motion to dismiss as to Plaintiffs' *Accardi* claims under the Administrative Procedure Act, and the Court's order with respect to discovery outside of the administrative record. *See* ECF No. 122. This agreement is meant to minimize duplicative litigation in a newly filed case, not to preclude review of any claim or argument. This stipulation does not preclude either party from seeking to raise any issue on appeal in new litigation. Nor does this stipulation preclude any argument in a motion for reconsideration that satisfies the appropriate standard.

In addition, nothing in this stipulation limits Plaintiffs Vazehrad and Motavaliabyazani's right to bring a claim for mandamus relief on grounds related to their visa adjudications under Presidential Proclamation 9645. The Government retains its defenses to any such claim, including jurisdictional defenses.

The undersigned has conferred with counsel for Defendants and is authorized to represent that Defendants stipulate to this notice.

DATED: October 30, 2019
       Washington, D.C.

Respectfully submitted,

/s/ Nimra H. Azmi
Nimra H. Azmi
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
Telephone: (202) 897-2564
Facsimile: (202) 508-1007
nimra@muslimadvocates.org

PLAINTIFFS SOHEIL VAZEHRAD AND ATEFEHOSSADAT MOTAYALIABYAZANI'S NOTICE OF VOLUNTARY DISMISSAL - 2
CASE NO. 18-CV-1587 JD

*Attorney for Emami Plaintiffs*

PLAINTIFFS SOHEIL VAZEHRAD AND ATEFEHOSSADAT MOTAYALIABYAZANI'S NOTICE OF VOLUNTARY DISMISSAL - 3
CASE NO. 18-CV-1587 JD