JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SAMUEL P. GO
Assistant Director, Office of Immigration Litigation
District Court Section
NICOLE GRANT
P. ANGEL MARTINEZ
DAVID KIM
Trial Attorneys, Office of Immigration Litigation

    Ben Franklin Station, P.O. Box 878
    Washington, D.C. 20044
    Telephone: (202) 532-4094
    Email: david.kim4@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br>    Plaintiffs,<br><br>   v.<br><br>MIKE POMPEO, *et al.*,<br><br>    Defendants.<br><br>    and<br><br>FARANGIS EMAMI, *et al.*,<br><br>    Plaintiffs,<br><br>   v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>    Defendants. | CASE Nos. 18-cv-7818-JD<br>              18-cv-1587-JD<br><br>**NOTICE OF EX PARTE, IN CAMERA FILING** |

NOTICE OF EX PARTE, IN CAMERA FILING - 1
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD

On January 14, 2020, this Court held a telephonic hearing to address the outstanding discovery disputes in these cases. At the culmination of the hearing, this Court ordered Defendants to submit, for *in camera* review, unredacted versions of the administrative records and supplemental records previously filed in these cases. *See Emami*, Dkt. No. 98-1, Certified Administrative Record; *Pars Equality Center*, Dkt. No. 120-1, Certified Administrative Record; *see also Emami*, Dkt. No. 119; *Pars Equality Center*, Dkt. No. 139. Defendants hereby provide notice that they have submitted those documents for the Court's *in camera* review. The documents were mailed to the Court on January 16, 2020, via FedEx.

DATED: January 16, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

AUGUST F. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director
Office of Immigration Litigation
District Court Section

DAVID KIM
P. ANGEL MARTINEZ
NICOLE GRANT
Trial Attorneys
Office of Immigration Litigation

/s/ *David Kim*

***Attorneys for Federal Defendants***

NOTICE OF EX PARTE, IN CAMERA FILING - 2
CASE NOS. 18-CV-7818 JD & 18-CV-1587-JD