

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

40-11-114 & 40-82-103

_____

*Washington, D.C. 20530*

**VIA CM/ECF**                                            March 18, 2020

Hon. James Donato
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:   *Emami v. Nielsen*, No. 18-cv-1587-JD, and *Pars Equality Center v. Pompeo*,
> No. 18-cv-7818-JD
> _____

Dear Judge Donato:

Defendants respectfully submit this letter to provide the Court with a status update on the named Plaintiffs' waiver applications.

For the named Plaintiffs in these cases, a consular officer either has found the visa applicant eligible for a waiver and issued a visa; has requested updated documentation and reappearance before a consular officer at an embassy or consulate; is awaiting a response from interagency partners as to whether the visa applicant poses no national security or public safety threat to the United States; has denied a waiver for failure to meet the eligibility requirements; or has denied the visa application on grounds not related to the Proclamation.

Since the last update in January 2020, *see Emami* Doc. 145, altogether in *Emami* and *Pars*, 5 more visa applicants have been found eligible for waivers and issued visas. These applicants are identified below in bold. Altogether in both cases, there are 22 visa applicants who have been found eligible for a waiver and issued a visa. There remain only 4 visa applicants for whom the consular officer is awaiting a response regarding national security and public safety vetting. There are 5 visa applicants whose waivers are pending action by the visa applicants, and 17 visa applicant whose waivers were denied for failure to meet the personal hardship/national interest requirements of the Proclamation and who have not subsequently submitted additional information or reapplied for a visa.

Specifically, in *Emami*, there are 10 visa applicants who have been found eligible for a waiver and issued a visa:

- Mona Nasri, for whom Najib Adi filed a family-based immigrant visa petition, *see Emami*, Dkt. No. 98-1, Certified Administrative Record ("*Emami* A.R.") at 348, ¶ 7;

- Hend Ali Mohammed Musleh Al Lahabi, for whom Ismail Alghazali filed a family based immigrant visa petition, *id.* at 349, ¶ 8;
  - On September 19, 2019, the government represented to the Court that the State Department had contacted this applicant to submit updated documents and reappear at their respective embassy or consulate. *See Emami*, Doc. 123.
- Anwaar Yahya Ahmed Alfakeh, for whom Khalil Ali Nagi filed a family-based immigrant visa petition, *Emami* A.R. at 350, ¶ 10;
  - On September 19, 2019, the government represented to the Court that the State Department would contact this applicant to submit updated documents and reappear at their respective embassy or consulate. *See Emami*, Doc. 123.
- Jameeleh Kasem Munassar Ali, for whom Hezam Alarqaban filed a family-based immigrant visa petition, *Emami* A.R. at 350, ¶ 11;
  - On September 19, 2019, the government represented to the Court that the State Department had contacted this applicant to submit updated documents and reappear at their respective embassy or consulate. *See Emami*, Doc. 123.
- Marwa Mohamed B Ali, for whom Abdurraouf Gseaa filed a family-based immigrant visa petition, *Emami* A.R. at 351, ¶ 12;
- Atefehossadat Motavaliabyazani, for whom Soheil Vazehrad filed a family-based immigrant visa petition, *id.* at 356, ¶ 22;
- **Hoda Mehrabi Mohammadabadi**, who filed an immigrant visa self-petition (alien investor), *id.* at 353, ¶ 16;
  - On January 16, 2020, the government represented to the Court that this applicant's waiver application was pending action by the applicant. *See Emami*, Doc. 145.
- **Mahdi Afshar Arjmand**, who filed an immigrant visa self-petition (alien of extraordinary ability), *Emami* A.R. at 354, ¶ 17;
  - On January 16, 2020, the government represented to the Court that this applicant's waiver application was pending action by the applicant. *See Emami*, Doc. 145.
- **Afshan Alamshahzadeh**, for whom Afrooz Kharazmi filed a family-based immigrant visa petition, *Emami* A.R. at 347, ¶ 4; and
  - On January 16, 2020, the government represented to the Court that this applicant's waiver application was pending action by the applicant . *See Emami*, Doc. 145.
- **Bashir Tahlil Roble**, for whom Sudi Wardere filed a family-based immigrant visa petition, *Emami* A.R. at 351, ¶ 13;
  - On January 16, 2020, the government represented to the Court that the State Department was awaiting a response from national security interagency partners regarding this applicant. *See Emami*, Doc. 145.

There are 2 visa applicants whose waiver applications are pending action by the applicant:

- Abdirashid Ahmed Jama, for whom Khadija Aden filed a family-based immigrant visa petition, *Emami* A.R. at 352, ¶ 14; and
- Najmeh Maharlouei, who filed an immigrant visa self-petition (alien of extraordinary ability), *id.* at 355, ¶ 19.

- On September 19, 2019, the government represented to the Court that the State Department would contact this applicant to submit updated documents and reappear at their respective embassy or consulate. *See Emami*, Doc. 123.
- On January 16, 2020, the government represented to the Court that the State Department was awaiting a response from national security interagency partners regarding this applicant. *See Emami*, Doc. 145.

There are 2 visa applicants whose waiver applications are awaiting response from interagency partners:

- Shaima Al Mathil, for whom Malik Al Mathil filed a family-based immigrant visa petition, *Emami* A.R. at 349, ¶ 9; and
  - On September 19, 2019, the government represented to the Court that the State Department would contact this applicant to submit updated documents and reappear at their respective embassy or consulate. *See Emami*, Doc. 123.
- Behnam Babalou, who filed an immigrant visa self-petition (alien investor), *Emami* A.R. at 352, ¶ 15.

There are 11 visa applicants whose visa were denied for failure to meet the undue hardship and national interest eligibility requirements of the Proclamation and who have not subsequently submitted any additional information or reapplied:

- Fathollah Tolou Beydokhti, for whom Tanaz Toloubeydokhti filed a family-based immigrant visa petition, *Emami* A.R. at 348, ¶ 5;
- Behnaz Malekghaeini, for whom Tanaz Toloubeydokhti filed a family-based immigrant visa petition, *id.* at 348, ¶ 6;
- Roghayeh Azizikoutenaei, who filed a nonimmigrant B tourist visa, *id.* at 357, ¶ 23;
- Hojjatollah Azizikoutenaei, who filed a nonimmigrant B tourist visa, *id.* at 357, ¶ 24;
- Farajollah Farnoudian, who filed a nonimmigrant B tourist visa, *id.* at 357, ¶ 25;
- Farangis Emami, who filed a nonimmigrant B tourist visa, *id.* at 358, ¶ 26;
- Zahra Rouzbehani, who filed a nonimmigrant B tourist visa, *id.* at 358, ¶ 27;
- Bahram Charkhtab Tabrizi, who filed a nonimmigrant B tourist visa, *id.* at 358, ¶ 28;
- Mohammad Mehdi Mozaffary, who filed two nonimmigrant B tourist visas, *id.* at 359, ¶ 29;
- Ehsan Heidaryan, who filed an immigrant visa self-petition (alien of extraordinary ability), *id.* at 354, ¶ 18; and
- Nastaran Haji Heydari, who filed an immigrant visa self-petition (alien of extraordinary ability), *id.* at 355, ¶ 20.

Lastly, there is 1 visa applicant whose application was denied on grounds other than Presidential Proclamation 9645:

- Mohamad Hamami, who filed an immigrant visa self-petition (alien of extraordinary ability), *id.* at 355, ¶ 21.

- 4 -

In *Pars*, there are 12 visa applicants who have been found eligible for a waiver and issued a visa:

- Amina Barre Ali and Sumayo Barre Ali, for whom Zeinab Mohmed Hassan filed a family-based immigrant visa petition, *see Pars* Dkt. No. 120-1, Certified Administrative Record ("*Pars* A.R.") at 348, ¶¶ 5, 6;
  - On September 19, 2019, the government represented to the Court that the State Department would contact these applicants to submit updated documents and reappear at their respective embassy or consulate. *See Emami*, Doc. 123.
- Abdullah Saddam Ahmed Saddam, for whom Malayeen Abdullah Ahmed filed a family-based immigrant visa petition, *Pars* A.R. at 348, ¶ 7;
  - On September 19, 2019, the government represented to the Court that the State Department had contacted this applicant to submit updated documents and reappear at their respective embassy or consulate. *See Emami*, Doc. 123.
- Hood Yahya Abdulqader Hael Ghaleb, for whom Yahya Abdulqader Ghaleb filed a family-based immigrant visa petition, *Pars* A.R. at 349, ¶ 8;
- Mitra Hannani, for whom Tayyebeh Kooladian filed a family-based immigrant visa petition, *id.* at 349, ¶ 9;
  - Ms. Hannani's child was also found eligible for a waiver and issued a visa. Her husband's waiver application is awaiting a response from interagency partners. *Id.*
- Sanaz Mehrfar, for whom Azizian Mahdi filed a family-based immigrant visa petition, *id.* at 350, ¶ 10;
- John Doe # 2, for whom John Doe # 2[1] filed a family-based immigrant visa petition, *id.* at 352, ¶ 14;
- Mahdieh Alaei, for whom Mahmoud Minabian filed a family-based immigrant visa petition, *id.* at 354, ¶ 17;
- Minoo Mostaan, for whom Niyousha Pourzand filed a family-based immigrant visa petition, *id.* at 355, ¶ 18;
- Hoda Safaei, for whom Ahmad Sharif Tabrizi filed a family-based immigrant visa petition, *id.* at 355, ¶ 19;
  - On September 19, 2019, the government represented to the Court that the State Department would contact this applicant to submit updated documents and reappear at their respective embassy or consulate. *See Emami*, Doc. 123.
- Mahsa Sadat Kashani, for whom Majid Sodagar filed a family-based immigrant visa petition, *Pars* A.R. at 356, ¶ 21; and
- **Aliakbar Khadiri**, for whom Zohreh Gahrahmat filed a family-based immigrant visa petition, *id.* at 350, ¶ 11;
  - On January 16, 2020, the government represented to the Court that this applicant's waiver application was pending action by the applicant. *See Emami*, Doc. 145.

---

[1] For those Plaintiffs proceeding in this litigation pseudonymously, the same appellation, "John Doe," is used to refer to both the applicant and beneficiary.

There are 3 visa applicants whose waiver applications are pending action by the applicant:

- Nafiso Hassan Ibrahim, for whom Siraji Etha Siraji filed a family-based immigrant visa petition, *Pars* A.R. at 356, ¶ 22;
- Hamid Ebadat, for whom Zaman Ebadat filed a family-based immigrant visa petition, *id.* at 351, ¶ 12; and
- Ebrahim Farajzadeh Deroee, for whom Ramina Farajzadeh Deroee filed a family-based immigrant visa petition, *id.* at 355, ¶ 20.

There are 2 visa applicants whose waiver applications are awaiting response from interagency partners:

- Abbas Ebadat, for whom Zaman Ebadat filed a family-based immigrant visa petition, *id.* at 352, ¶ 13; and
- Seyed Ali Motahari, for whom Soussan Khoshdel filed a family-based immigrant visa petition, *id.* at 353, ¶ 15.

There are 6 visa applicants whose visa were denied for failure to meet the undue hardship and national interest eligibility requirements of the Proclamation, and for whom the applicant has not subsequently submitted additional information or reapplied:

- Afsaneh Fatoorehchi, who filed a nonimmigrant B tourist visa, *id.* at 359, ¶ 26;
- Seyed Mostafa Azimi, who filed a nonimmigrant B tourist visa, *id.* at 359, ¶ 27;
- Alireza Dehghanzadeh, who filed a nonimmigrant B tourist visa, *id.* at 359, ¶ 28;
- Nasrin Shahebrahimi, who filed a nonimmigrant B tourist visa, *id.* at 359, ¶ 29;
- John Doe # 1, for whom John Doe # 1 filed a family-based immigrant visa petition, *id.* at 357, ¶ 23;
- John Doe # 1, for whom John Doe # 1 filed a family-based immigrant visa petition, *id.* at 358, ¶ 24.

There is 1 visa applicant whose waiver was denied for failure to establish that their entry would not pose a threat to public safety, based on admitted criminal history:

- Afshin Raghebi, for whom Pamela Kirk Raghebi filed a family-based immigrant visa petition, *id.* at 347, ¶ 4.

Lastly, there is 1 visa applicant whose application was denied on grounds other than Presidential Proclamation 9645:

- Seyed Armin Shahebrahimi who filed a nonimmigrant B tourist visa, *id.* at 360, ¶ 30.

/ / /

These developments, along with the detailed information provided in the administrative records, further demonstrate that the Proclamation waiver process continues to be regularly administered.


Dated: March 18, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director

*/s/ P. Angel Martinez*
P. ANGEL MARTINEZ
NICOLE GRANT
DAVID KIM
Trial Attorneys

*Counsel for Defendants*