| | |
|---|---|
| **LOTFI LEGAL, LLC**<br>SHABNAM LOTFI (*pro hac vice*)<br>VERONICA SUSTIC (*pro hac vice*)<br>P.O. Box 64<br>Madison, WI  53701<br>Telephone:     (608) 259-6226<br>Facsimile:      (208) 977-9974<br>shabnam@lotfilegal.com<br>veronica@lotfilegal.com<br><br>**ATTORNEYS FOR EMAMI PLAINTIFFS**<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation<br>District Court Section<br><br>SAMUEL P. GO<br>Assistant Director<br><br>NICOLE GRANT<br>P. ANGEL MARTINEZ<br>Senior Litigation Counsel<br><br>DAVID KIM<br>Trial Attorney<br><br>Ben Franklin Station, P.O. Box 878<br>Washington, DC 20044<br>Telephone: (202) 532-4094<br>Email: David.Kim4@usdoj.gov<br><br>**ATTORNEYS FOR DEFENDANTS** | **NATIONAL IMMIGRATION LAW CENTER**<br>MAX S. WOLSON (*pro hac vice*)<br>P.O. Box 34573<br>Washington, DC  20043<br>Telephone:     (202) 216-0261<br>Facsimile:      (202) 216-0266<br>wolson@nilc.org<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>JOHN A. FREEDMAN (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC  20001-3743<br>Telephone:     (202) 942-5000<br>Facsimile:      (202) 942-5999<br>john.freedman@arnoldporter.com<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111<br>Telephone:     (415) 471-3100<br>Facsimile:      (415) 471-3400<br>daniel.asimow@arnoldporter.com<br><br>**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**<br>HAMMAD ALAM  (SBN 303812)<br>55 Columbus Ave.<br>San Francisco, CA  94111<br>Telephone:     (415) 848-7711<br>hammada@advancingjustice-alc.org<br><br>**IRANIAN AMERICAN BAR ASSOCIATION**<br>ELICA S. VAFAIE (CA SBN 284186)<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC  20016<br>Telephone:     (415) 774-3191<br>evafaie@lccrsf.org<br>byousefzadeh@sheppardmullin.com<br><br>**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**<br>ZAHRA A. BILLOO (SBN 267634)<br>BRITTNEY REZAEI (SBN 309567)<br>3160 De La Cruz Blvd., Suite 110<br>Santa Clara, CA  95054<br>Telephone:     (408) 986-9874<br>Facsimile:      (408) 986-9875<br>zbilloo@cair.com<br>brezaei@cair.com<br><br>**ATTORNEYS FOR PARS PLAINTIFFS** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM BURNS, *et al.*,<br><br>　　　　Defendants. | Case No. 3:18-cv-01587-JD<br>Case No. 3:18-cv-07818-JD<br><br>**JOINT SUBMISSION OF CHART ESTABLISHING PARTIES' STANCES REGARDING WHICH PLAINTIFFS' CLAIMS REMAIN LIVE** |
| PARS EQUALITY CENTER, et al.,<br><br>　　*and*<br><br>FARANGIS EMAMI, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS *et al.*,<br><br>　　　　Defendants. | |

Pursuant to this Court's September 2, 2021 Minute Order (ECF No. 188 in *Emani* and ECF No. 167 in *Pars*), the Parties respectfully submit the attached Exhibit A. Exhibit A consists of a chart, as ordered by the Court, identifying the parties' positions regarding which, if any, visa applicants' circumstances support live claims.

DATED: October 4, 2021

/s/ *Shabnam Lotfi*
SHABNAM LOTFI
**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI 53701

**ATTORNEYS FOR EMAMI PLAINTIFFS**

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director

NICOLE GRANT
P. ANGEL MARTINEZ
Senior Litigation Counsel

DAVID KIM
Trial Attorney

Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Telephone: (202) 532-4094
Email: David.Kim4@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**

Respectfully submitted,

/s/ *John A. Freedman*
JOHN A. FREEDMAN
**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743

DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

**NATIONAL IMMIGRATION LAW CENTER**
MAX S. WOLSON (*pro hac vice*)
P.O. Box 34573
Washington, D.C. 20043

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**
ZAHRA A. BILLOO (SBN 267634)
BRITTNEY REZAEI (SBN 309567)
3160 De La Cruz Blvd., Suite 110
Santa Clara, CA 95054

**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
HAMMAD ALAM (SBN 303812)
55 Columbus Ave.
San Francisco, CA 94111

**IRANIAN AMERICAN BAR ASSOCIATION**
ELICA S. VAFAIE (CA SBN 284186)
BABAK G. YOUSEFZADEH
5185 MacArthur Blvd. NW, Suite 624
Washington, DC 20016

**ATTORNEYS FOR PARS PLAINTIFFS**

## ATTESTATION OF CONCURRENCE IN THE FILING

Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from all counsel to file this document with the Court.

/s/ *John A. Freedman*
JOHN A. FREEDMAN
