**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI  53701
Telephone:    (608) 259-6226
Facsimile:    (208) 977-9974
shabnam@lotfilegal.com
veronica@lotfilegal.com

**[additional counsel listed on signature page]**

*ATTORNEYS FOR EMAMI PLAINTIFFS*

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone:    (202) 942-5000
Facsimile:    (202) 942-5999
john.freedman@arnoldporter.com

**[additional counsel listed on signature page]**

*ATTORNEYS FOR PARS PLAINTIFFS*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARANGIS EMAMI, et al., | Case No. 3:18-cv-01587-JD |
| Plaintiffs, | Judge:  Hon. James Donato |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
| KIRSTJEN NIELSEN, et al., | |
| Defendants. | |
| PARS EQUALITY CENTER, et al., | Case No. 3:18-cv-07818-JD |
| Plaintiffs, | |
| v. | |
| MIKE POMPEO, et al., | |
| Defendants. | |

1   On March 15, 2022, the Court lifted the stay of these related cases and directed the parties to

2   meet and confer on a briefing schedule for Plaintiffs' motion for summary judgment.  *Emami* ECF

3   No. 192.  The Court directed that the parties must avoid duplicative briefing.  After conferring, the

4   Parties jointly agreed to the following proposed briefing schedule:

5   - Plaintiffs will file their Motion for Summary Judgment on April 7, 2022

6   - Defendants' Opposition Brief will be due on May 5, 2022;

7   - Plaintiffs' Reply Brief will be due on May 19, 2022;

8   - Plaintiffs will notice this hearing for a June 9, 2022 hearing.

9   So stipulated and presented by:

10  DATED: March 31, 2022.

11  /s/ Shabnam Lotfi                          /s/ Max S. Wolson

12

13  **MUSLIM ADVOCATES**
    CHRISTOPHER GODSHALL (*pro hac vice pending*)
14  P.O. Box 34440
    Washington, DC  20043
15  Telephone:    (202) 873-1550
    Facsimile:    (202) 508-1007
16  christopher@muslimadvocates.org

17  **LOTFI LEGAL, LLC**
    SHABNAM LOTFI (*pro hac vice*)
18  VERONICA SUSTIC (*pro hac vice*)
    P.O. Box 64
19  Madison, WI  53701

20
    **PERKINS COIE LLP**
21  ERIC EVANS (SBN 232476)
    3150 Porter Drive
22  Palo Alto, CA 94304-1212
    T. (650) 838-4334
23  F. (650) 838-4350
    EEvans@perkinscoie.com
24

25
    ***ATTORNEYS FOR EMAMI PLAINTIFFS***
26

27

28

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC  20001-3743

DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111

**NATIONAL IMMIGRATION LAW CENTER**
JOSHUA T. STEHLIK (SBN 220241)
3450 Wilshire Blvd. #108-62
Los Angeles, CA  90010
Telephone:    (213) 639-3900
Facsimile:    (213) 639-3911

MAX S. WOLSON (*pro hac vice*)
P.O. Box 34573
Washington, D.C.  20043
Telephone:    (202) 216-0261
Facsimile:    (202) 216-0266
sung@nilc.org
stehlk@nilc.org
wolson@nilc.org

**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
HAMMAD A. ALAM (SBN 303812)
55 Columbus Ave.
San Francisco, CA  94111
Telephone:    (415) 848-7711

- 1 -

1

hammada@advancingjustice-alc.org

2

**IRANIAN AMERICAN BAR ASSOCIATION**
BABAK G. YOUSEFZADEH (CA SBN 235974)
5185 MacArthur Blvd. NW, Suite 624
Washington, DC  20016
Telephone:     (415) 774-3191
president@iaba.us

3

4

5

6

*ATTORNEYS FOR PARS PLAINTIFFS*

7

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

8

9

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

10

11

12

SAMUEL P. GO
Assistant Director

13

NICOLE GRANT
P. ANGEL MARTINEZ
Senior Litigation Counsel

14

15

16

DAVID KIM
Trial Attorney

17

Ben Franklin Station, P.O. Box 878
Washington, DC 20044
Telephone: (202) 532-4094
Email:  David.Kim4@usdoj.gov

18

19

20

21

*ATTORNEYS FOR DEFENDANTS*

22

**ATTESTATION OF CONCURRENCE IN THE FILING**

23

24

Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from all

25

counsel to file this document with the Court.

26

*/s/ Max S. Wolson*_____

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Upon consideration of the above stipulation and the record in this matter, the Court approves the stipulation and all deadlines therein.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2022.

_____
HON. JAMES DONATO
United States District Judge