December 5, 2022

The Honorable James Donato
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA 91402

**VIA CM/ECF**

Re:   *Emami v. Nielsen, et al.*, 3:18-cv-01587-JD;
      *Pars Equality Center, et al. v. Pompeo, et al.*, 3:18-cv-07818-JD

Dear Judge Donato:

These related class action cases concern continuing harms caused to thousands of people by Defendants' unlawful implementation of the Muslim Ban nearly five years ago. Plaintiffs and class members remain improperly separated from family, friends, and opportunities.

On August 1, 2022, this Court granted Plaintiffs' motion for summary judgment. ECF No. 208. The Court stated that Plaintiffs should "obtain the totality of the relief they are still seeking in this case . . . ." *Id.* at 4. The Court then directed Defendants to file an action plan for implementing a remedy and gave Plaintiffs the opportunity to respond. ECF No. 209.

On August 30, 2022, Defendants filed their proposed remedy with the Court. ECF No. 211. Defendants' very narrow proposal offered no relief at all to the broader class, certain named plaintiffs, or organizational plaintiffs. Defendants' proposal did not mention that Plaintiffs had, several weeks prior, proposed to Defendants a reasonable remedy.

On September 7, 2022, Plaintiffs filed their opposition to Defendants' proposal. ECF No. 212. Plaintiffs suggested the reasonable remedies they had already proposed to Defendants, which addressed the harms to the named plaintiffs, the organizational plaintiffs, and the broader class. Plaintiffs requested that the Court either "adopt Plaintiffs' proposed contours of relief or order expedited class certification briefing limited to the record at hand." *Id.* at 4.

As Plaintiffs have emphasized throughout this matter, and as the Court agreed in rejecting Defendants' claim that this case is moot, many persons continue to be harmed by the policies the Court found unlawful in its August 1, 2022 order.

To speed resolution of this matter and to identify the Court's preferred next steps to effectuate the Court's ruling by bringing relief to visa applicants with uncured injuries, Plaintiffs respectfully request that a Case Management Conference be set in this matter at the Court's earliest convenience. Plaintiffs sought Defendants' position and Defendants took no position.

Respectfully submitted,

/s/ *Shabnam Lotfi*              /s/ *Max S. Wolson*

| Counsel for *Emami* Plaintiffs | Counsel for *Pars* Plaintiffs |
|---|---|
| **LOTFI LEGAL, LLC**<br>SHABNAM LOTFI (*pro hac vice*)<br>VERONICA SUSTIC (*pro hac vice*)<br>P.O. Box 64<br>Madison, WI  53701<br><br>**MUSLIM ADVOCATES**<br>CHRISTOPHER GODSHALL (*pro hac vice*)<br>P.O. Box 34440<br>Washington, DC  20043<br>Telephone:     (202) 873-1550<br>Facsimile:      (202) 508-1007<br>christopher@muslimadvocates.org<br><br><br>**PERKINS COIE LLP**<br>ERIC EVANS (SBN 232476)<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>T. (650) 838-4334<br>F. (650) 838-4350<br>EEvans@perkinscoie.com<br><br><br>***ATTORNEYS FOR EMAMI PLAINTIFFS*** | **NATIONAL IMMIGRATION LAW CENTER**<br>MAX S. WOLSON (*pro hac vice*)<br>P.O. Box 34573<br>Washington, D.C. 20043<br>Telephone:     (202) 216-0261<br>Facsimile: (202) 216-0266<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>JOHN A. FREEDMAN (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC  20001-3743<br><br>DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111<br><br>**NATIONAL IMMIGRATION LAW CENTER**<br>JOSHUA T. STEHLIK (SBN 220241)<br>3450 Wilshire Blvd. #108-62<br>Los Angeles, CA  90010<br>Telephone:     (213) 639-3900<br>Facsimile:      (213) 639-3911<br>stehlik@nilc.org<br><br>**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**<br>HAMMAD A. ALAM (SBN 303812)<br>55 Columbus Ave.<br>San Francisco, CA  94111<br>Telephone:     (415) 848-7711<br>hammada@advancingjustice-alc.org<br><br>**IRANIAN AMERICAN BAR ASSOCIATION**<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC  20016<br>Telephone:     (415) 774-3191<br>president@iaba.us<br><br>***ATTORNEYS FOR PARS PLAINTIFFS*** |