**MUSLIM ADVOCATES**
CHRIS GODSHALL-BENNETT (*pro hac vice*)
P.O. Box 34440
Washington, DC 20043
Telephone: (202) 897-1892
Facsimile: (202) 508-1007
christopher@muslimadvocates.org

**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI 53701
Telephone: (608) 259-6226
Facsimile: (608) 646-4654
shabnam@lotfilegal.com
veronica@lotfilegal.com

**PERKINS COIE LLP**
ERIC B. EVANS (SBN 232476)
EEvans@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

**Attorneys for Emami Plaintiffs**

**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
GLENN KATON (SBN 281841)
HAMMAD A. ALAM (SBN 303812)
55 Columbus Ave.
San Francisco, CA 94111
Telephone:   (415) 848-7711
glennk@advancingjustice-alc.org
hammada@glennk@advancingjustice-alc.org

**NATIONAL IMMIGRATION LAW CENTER**
MAX S. WOLSON (*pro hac vice*)
P.O. Box 34573
Washington, DC 20043
Telephone: (202) 216-0261
Facsimile: (202) 216-0266
wolson@nilc.org

**NATIONAL IMMIGRATION LAW CENTER**
JOSHUA STEHLIK (*pro hac vice*)
P.O. Box 32358
Washington, D.C. 20043

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5316
Facsimile: (202-942-5999
john.freedman@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
daniel.asimow@arnoldporter.com

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**
ZAHRA A. BILLOO (SBN 267634)
BRITTNEY REZAEI (SBN 309567)
3160 De La Cruz Blvd., Suite 110
Santa Clara, CA 95054
Telephone:   (408) 986-9874
zbilloo@cair.com
brezaei@cair.com

**IRANIAN AMERICAN BAR ASSOCIATION**
BABAK G. YOUSEFZADEH (CA SBN 235974)
5185 MacArthur Blvd. NW, Suite 624
Washington, DC 20016
Telephone:   (415) 774-3191
president@iaba.us

**Attorneys for Pars Plaintiffs**

CASE NO. 3:18-CV-1587-JD
DECLARATION OF ERIC B. EVANS ISO MOTION FOR CLASS CERTIFICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>   Defendants.<br><br>PARS EQUALITY CENTER, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br><br>   Defendants. | Case No. 3:18-cv-1587-JD<br>3:18-cv-7818-JD<br><br>**DECLARATION OF ERIC B. EVANS ISO MOTION FOR CLASS CERTIFICATION** |

I, Eric B. Evans, declare as follows:

1. I am a Partner with the law firm of Perkins Coie LLP, which is counsel for Plaintiffs and the Proposed Class in *Farangis Emami v. Kirstjen Nielsen*, N.D. Cal. Case No. 18-cv-1587-JD. I am an attorney at law duly licensed to practice before all courts of the State of California and am admitted to the Bar of this Court. I submit this declaration in support of Plaintiffs' Motion for Class Certification, filed concurrently. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. Perkins Coie is a leading international Amlaw 100 law firm with more than 1,200 attorneys. A true and correct copy of an overview of Perkins Coie's extensive service offerings and wide recognition, available at https://www.perkinscoie.com/en/about-us/firm/firm-overview/overview.html, is attached as Exhibit 1.

3. Perkins Coie and I are qualified to serve as Class Counsel in this action.

4. Perkins Coie has extensive class action experience. It has defended class action

complaints in "hundreds of cases during the past several years." A true and correct copy of a description of Perkins Coie's Class Action Defense offerings, available at https://www.perkinscoie.com/en/practices/litigation/class-action-defense/index.html, is attached as Exhibit 2.

5. A true and correct copy of a list of examples of class action complaints Perkins Coie has defended, available at https://www.perkinscoie.com/en/practices/litigation/class-action-defense/experience.html, is attached as Exhibit 3.

6. I am a 2004 graduate of the University of Michigan Law School, *magna cum laude* and Order of the Coif. I have more than eighteen years of practice in the United States District Court for the Northern District of California and other federal and California courts. I have extensive experience with class actions in this district, having appeared for defendants in:

    a. *In re Google Referrer Header Privacy Litigation*, Case No. 10-CV-4809 EJD

    b. *Woods v. Google LLC*, Case No. 11-CV-1263 EJD

    c. *In re: High-Tech Employment Litigation*, Case No. 11-CV-2509 LHK

7. In this action, I and other Perkins Coie attorneys have helped defeat Defendants' motion to dismiss and motion for summary judgment. Dkt. 152. We secured summary judgment against Defendants. Dkt. 208. We also participated in drafting and filing of this class certification motion. We are prepared to continue to zealously represent Plaintiffs and the Proposed Class through final determination of this action.

8. Proposed Class members are unlikely to dispute Perkins Coie's adequacy as their representative. I am aware of no conflicts of interest between Perkins Coie and any individual Plaintiff or any member of the Proposed Class.

9. Perkins Coie is representing Plaintiffs pro bono. It has received no payment of any kind from individual Plaintiffs or Proposed Class members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2023 in Palo Alto, CA.

                                      /s/ *Eric B. Evans*
                                     **ERIC B. EVANS**