# EXHIBIT 1



# Firm Overview

Perkins Coie is a leading international law firm that is known for providing high-value, strategic solutions and extraordinary client service on matters vital to our clients' success. With more than 1,200 lawyers in offices across the United States and Asia, we provide a full array of corporate, commercial litigation, intellectual property and regulatory legal advice to a broad range of clients, including many of the world's most innovative companies and industry leaders as well as public and not-for-profit organizations.

Perkins Coie is frequently recognized for its leadership in the legal profession:

**FIRM ACCOLADES**

- Named among the "100 Best Companies to Work For" for 21 consecutive years by *Fortune*, 2003 – 2023
- Ranked #1 U.S. employer among the 2021 "Best Workplaces in Consulting & Professional Services" by Great Place to Work®
- Named one of 2021's Best Workplaces for Parents™ by *Fortune*
- Recognized as an Am Law 50 firm on *The American Lawyer 100* list, 2013 – 2022
- Ranked 16th largest law firm in the United States by attorney headcount by *Law360*, 2022
- *Chambers USA* recognized 194 lawyers, with 55 lawyers ranked Band 1, 2023
- *Best Lawyers*® recognized 403 attorneys, with 31 lawyers named "Lawyer of the Year," 2023
- Named a 2022 Top Workplace by *The Washington Post*

**PRACTICE AND INDUSTRY SECTOR ACCOLADES**

- Perkins Coie and three partners ranked in *Chambers FinTech 2022 Guide*
- Perkins Coie and individual partners ranked in *Chambers High Net Worth 2022 Guide*
- Named "Law Firm of the Year" in Mining by *S. News – Best Lawyers®,* 2022
- Named "Law Firm of the Year" in Natural Resources Law by *U.S. News – Best Lawyers®,* 2021
- Nine intellectual property lawyers recognized in *Intellectual Asset Management (IAM) Global Leaders 2023 Guide*
- Intellectual Property practice recognized by *China Business Law Journal* awards, 2022
- Recognized as a leading patent litigation and post-grant firm by Lex Machina's *Patent Litigation Report*, 2023
- Perkins Coie and 13 lawyers recognized as leading trademark professionals by the *World Trademark Review* (*WTR*), 2023
- Perkins Coie and 49 lawyers recognized by *IAM Patent 1000* as patent leaders in United States and China, 2022
- American College of Trial Lawyers named 15 lawyers as fellows of the association

**DIVERSITY & INCLUSION RECOGNITIONS AND RANKINGS**

- Recipient of the Minority Corporate Counsel Association's (MCCA) Thomas L. Sager Award, 2021
- Awarded Mansfield 5.0 Certification Plus for Firm Leadership Inclusion from Diversity Lab, 2022
- Named among the 2022 Best Workplaces for Millennials by Great Place to Work® and *Fortune*
- Named the #1 Best Law Firm for Women and Diversity by Seramount, 2023
- Named a 2022 Inclusion Blueprint Champion by Diversity Lab
- Recipient of Weyerhaeuser's inaugural Law Department Diversity, Equity, and Inclusion Award, 2022
- Received top rating in Human Rights Campaign's Corporate Equality Index, 2009 – 2022
- Ranked one of the "Best Workplaces for Diversity™" by Great Place to Work® and *Fortune*, 2019

- Recognized by Intel Corporation as its Most Diverse Outside Legal Team
- Named among the 50 "Best Law Firms for Women" by Seramount, 2011 – 2022

**PRO BONO AWARDS AND RECOGNITIONS**

- Named among the "Top 50 Companies That Care" by *PEOPLE*, 2021
- ACLU of Washington's 2021 Kathleen Taylor Civil Libertarian Award for the Black Lives Matter Seattle litigation team
- Recognized in the pro bono category in the 2021 *China Business Law Journal* awards
- Named to Public Interest Law Initiative's Pro Bono Recognition Roster, 2015-2016, 2019 – 2022
- Recognized by the Washington Lawyers Committee in 2020 for work with Compassionate Release Clearinghouse
- Honored by the Florence Immigrant & Refugee Rights Project with the 2020 Special Partnership Pro Bono Award
- Justice & Diversity Center of the Bar Association of San Francisco's 2020 Outstanding Law Firm in Public Service Crystal Award for the Bay Area offices
- Received the Idaho State Bar's 6.1 Challenge Award in the Large Firm category for Pro Bono service, 2017 – 2021
- Awarded USPTO 2020 Patent Pro Bono Achievement Certificate
- Financial Times Most Innovative North American Law Firms Award named Perkins Coie a "Standout" for Oregon Center of Excellence Project