# EXHIBIT 2



# Class Action Defense

Perkins Coie defends the world's most innovative companies and industry leaders in reputation-threatening class actions. We have represented companies in opposing class action complaints in hundreds of cases during the past several years. Additionally, we have actually taken class actions to trial—and prevailed.

Class actions present companies with both business and legal risk. Working closely with our clients, we develop a deep understanding of their business needs, leveraging that knowledge to prevent litigation from derailing legitimate business goals and practices.

Our attorneys litigate dozens of class actions every year in both state and federal courts spanning the country, primarily in the following areas:

## Antitrust

Antitrust class actions are often industry challenges and frequently arise from a government investigation. The stakes can be enormous, with the potential results leading to costly fundamental business changes or even incarceration. Our antitrust team is experienced in multiple areas, from managing consumer protection litigation and counseling, including unfair competition claims involving price-fixing, monopolization, market allocation and false advertising. Our antitrust attorneys represent technology companies, manufacturers, retailers, distributors, and research and development companies across the market spectrum. We have the necessary background and experience to craft strategies and approaches that are targeted, cost effective and highly attuned to each client's strategic business needs. View Experience

## Consumer Protection

Consumer class actions are on the rise throughout the United States. All companies that advertise and market directly to the buying public are at risk in this high-stakes area. Our attorneys have experience dealing with challenges arising from all of the major consumer protection laws, including in California, where consumer class action suits are prolific. Working across disciplines to leverage the strength and experience of attorneys, we protect consumer product company clients by deploying decisive measures that reduce their liability and, when feasible, shut down class-action litigation early and cost-effectively. View Experience

## Employment

In employment class action litigation, meritless complaints can be just as costly as legitimate ones. When a company is hit with, for instance, a wage-and-hour or discrimination class action complaint, it can consume legal resources, tarnish a company's reputation and undermine investor confidence. In addition, the monetary value of employment class cases can be staggering.

We leverage our experience and substantive knowledge to come up with creative strategies to, in some cases, quickly dispose of a putative class action before it gets off the ground. Our team has a proven track record of defeating the certification of complex putative class actions. And, although class action trials are rare, our employment class action team has the unique qualification of having tried—and prevailed—in employment class cases. View Experience

## Privacy

We help clients respond to regulatory inquiries from the FTC, FCC and state attorneys general, and we defend clients in private-party class action litigation, including claims based on privacy policy statements, consumer protection laws prohibiting deceptive or unfair practices, collection and disclosure of user information, Telephone Consumer Protection Act (TCPA), Electronic

Communications Privacy Act (ECPA), Stored Communications Act (SCA), California Invasion of Privacy Act (CIPA) call recording claims and California Song-Beverly Act claims, among others. We have specific experience coordinating the defense of both regulatory and class action litigation stemming from the same occurrence, which requires careful navigation of different timelines and different discovery requirements. View Experience

## Securities

Securities class actions can put companies at tremendous risk and disrupt business. Mergers and acquisitions, regulatory changes, adverse business events, initial public offerings and government investigations are a few common events that may result in a securities class action, a derivative lawsuit or some other corporate governance litigation against the company or its officers and directors.

Perkins Coie has extensive experience litigating high-stakes cases for securities issuers and their officers and directors. We use our mastery of the applicable federal and state case law and our understanding of clients' businesses and industries to achieve excellent outcomes that mitigate the impact of the litigation on our clients' businesses. View Experience

In addition to substantive experience, we have in-depth industry knowledge in areas most susceptible to class actions, including food and beverage, life sciences, manufacturing, retail, technology and transportation.

In large and small class actions, we emphasize lean and strategic staffing. Our national practice structure enables us to draw on the valuable experience of attorneys firmwide and provides the flexibility and capacity to quickly assemble a large litigation team when necessary.

Working from inception to conclusion, our lead attorneys engage in all critical aspects of the case and take a lead role in all material tactical issues and processes. Our lead trial counsel work with clients at the outset to map out a proactive strategy, take the initiative and provide the best defense of the matter. Businesses need not only the best litigators but also experienced counsel to navigate management of large-scale, high-stakes litigation. We partner with our clients at every step and stick with clients after the resolution of a class case to implement any changes needed to help stave off future litigation.



### Food & Consumer Packaged Goods Litigation

Serving up legal insights on the food and consumer packaged goods industry.

READ MORE

## Contacts



**Chelsea Dwyer Petersen**
Partner
Seattle
D +1.206.359.3993

## Related Services

PRACTICES
- Antitrust & Unfair Competition Litigation
- Biometric Law
- Business Litigation
- Consumer Finance Law

- Consumer Products & Services Litigation
- Consumer Protection
- Employment Litigation
- Financial Services Litigation & Investigations
- Privacy & Security Law
- Product Liability Law
- Securities Litigation
- Wage & Hour

INDUSTRIES

- Arts & Entertainment
- Communications
- Fintech
- Food Litigation
- Retail & Consumer Products
- Technology & Communications

# News & Insights



### Be Kind, Don't Rewind: The VPPA's Reemergence in Privacy Class-Action Litigation

After years out of circulation,...



### Time To Update Arbitration Agreements—Mandatory Arbitration Is Again Permissible in California

California employers with employees...



Every Scan You Make: The Illinois Supreme Court Rules BIPA Claims Accrue With Each Biometric Data Collection or Disclosure



New Legislation Affects Antitrust Venue and Foreign Subsidy Disclosures

President Biden signed into law H.R. 2617, the Consolidated Appropriations Act, 2023 on December 29, 2022.



The Ninth Circuit Addresses Website Design for Enforceable Terms of Service

Many companies use browsewrap or related sign-in agreements to present their terms of service for consumer...



The Purpose, A Purpose? Because of Litigation Concerns? Ninth Circuit Adopts Stringent Test for Dual-Purpose...



Supreme Court: "Generic Nature" of Misstatements in Securities Action May Help Defendants Defeat Class Certification



Eleventh Circuit FDCPA Decision Could Dramatically Affect Mortgage Servicers' Operations

The U.S. Court of Appeals for the...



Panel Upends the Rules of FLSA Collective Actions in the Fifth Circuit

The U.S. Court of Appeals for the Fifth Circuit in *Swales v. KLLM Transport Services, LLC* , ordered courts to...