| | |
|---|---|
| **NATIONAL IMMIGRATION LAW CENTER**<br>MAX S. WOLSON (*pro hac vice*)<br>JOSHUA STEHLIK (*pro hac vice*)<br>P.O. Box 34573<br>Washington, DC  20043<br>Telephone:    (202) 216-0261<br>Facsimile:    (202) 216-0266<br>wolson@nilc.org | **ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**<br>GLENN KATON (SBN 281841) HAMMAD ALAM  (SBN 284186)<br>55 Columbus Ave.<br>San Francisco, CA  94111<br>Telephone:    (415) 848-7711<br>glennk@advancingjustice-alc.org<br>hammada@advancingjustice-alc.org |
| **ARNOLD & PORTER KAYE SCHOLER LLP**<br>JOHN A. FREEDMAN (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC  20001-3743<br>Telephone:    (202) 942-5000<br>Facsimile:    (202) 942-5999<br>john.freedman@arnoldporter.com | **IRANIAN AMERICAN BAR ASSOCIATION**<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC  20016<br>Telephone:    (415) 774-3191<br>byousefzadeh@sheppardmullin.com |
| **ARNOLD & PORTER KAYE SCHOLER LLP**<br>DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111<br>Telephone:    (415) 471-3100<br>Facsimile:    (415) 471-3400<br>daniel.asimow@arnoldporter.com | **COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**<br>ZAHRA A. BILLOO (SBN 267634)<br>BRITTNEY REZAEI (SBN 309567)<br>3160 De La Cruz Blvd., Suite 110<br>Santa Clara, CA  95054<br>Telephone:    (408) 986-9874<br>Facsimile:    (408) 986-9875<br>zbilloo@cair.com<br>brezaei@cair.com |

*Attorneys For Pars Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FARANGIS EMAMI, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>       Defendants. | Case No. 3:18-cv-01587-JD<br>Case No. 3:18-cv-07818-JD<br><br>**DECLARATION OF JOHN A. FREEDMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

| | |
|---|---|
| 1 | PARS EQUALITY CENTER, et al., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | ANTONY BLINKEN, *et al.*, |
| 6 | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, John A. Freedman, state as follows:

1. I am over the age of 18. I make this declaration based on my own personal knowledge, and, if called to testify, could and would testify as stated herein..

2. I am the Senior Pro Bono Counsel at Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), and supervise the Arnold & Porter team on this matter. Arnold & Porter is co-counsel of record for Plaintiffs and the Proposed Class in this matter.

3. This Declaration is submitted in support of Plaintiffs' Motion for Class Certification.

4. Arnold & Porter is an Am Law 100 firm with nearly 1,000 lawyers working fourteen offices in the United States, Europe, and Asia. In the last five years, Arnold & Porter has litigated over 100 class actions and other cases involving aggregate claims.

5. I have worked at Arnold & Porter since 1996, and prior to assuming my current role in 2020, was a partner in our litigation department starting in 2002.

6. Throughout my career, I have specialized in class action and other complex litigation involving a wide variety of commercial and civil rights issues. In the last several years, I have served as counsel for putative or certified classes in *Little v. WMATA,* D.D.C. No. 1:14-cv-01289 (D.D.C.), *S.A. v. Trump*, N.D. Cal. 3:18-cv-3539, *Costa v. Barzon*, D.D.C. 1:19-cv-3185, *Black Lives Matter D.C. v. Trump*, No. 1:20-cv-1469; and *V.C. v. District of Columbia*, D.D.C. No, 1:23-cv-1139.

7. I am a 1995 graduate of the Harvard Law School, and received my Bachelor's degree from Williams College in 1991. I am currently admitted to practice before many federal trial and appellate courts.

8. Daniel Asimow is a partner in Arnold & Porter's San Francisco office and is also co-counsel for Plaintiffs and the Proposed Class in this matter. It is my understanding that Mr. Asimow received his J.D. from the University of California, Berkeley in 1992, and his undergraduate degree from Harvard College in 1998, and is admitted to the California bar, the bar of this Court, and a number of other federal courts. Mr. Asimow has extensive experience representing clients in complex litigation, including class actions.

9. Because of the years of experience in handling immigration and civil rights class actions and individual cases, the attorneys handling this case have knowledge of the applicable laws in this area and are qualified, experienced, and generally able to conduct the litigation of this case.

10. Arnold & Porter attorneys participated in investigating the facts that gave rise to this litigation and in drafting pleadings and the Motion for Class Certification. Arnold & Porter attorneys are familiar with the issues and are in a position to devote substantial resources to this litigation going forward. Arnold & Porter is representing the class *pro bono* and is not receiving reimbursement from the individual plaintiffs or class members in this case.

11. I do not anticipate any reason that class members would dispute the adequacy of Arnold & Porter's representation, and I am aware of no conflicts of interest between Arnold & Porter and any members of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of June 2023.

_____
JOHN A. FREEDMAN