| | | |
|---|---|---|
| 1 | **MUSLIM ADVOCATES** | **NATIONAL IMMIGRATION LAW CENTER** |
| 2 | CHRIS GODSHALL-BENNETT (*pro hac vice*) | JOSHUA STEHLIK (*pro hac vice*) |
| 3 | P.O. Box 34440<br>Washington, DC 20043 | P.O. Box 32358<br>Washington, D.C. 20043 |
| 4 | Telephone: (202) 897-1892<br>Facsimile:  (202) 508-1007 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 5 | christopher@muslimadvocates.org | JOHN A. FREEDMAN (*pro hac vice*) |
| 6 | **LOTFI LEGAL, LLC**<br>SHABNAM LOTFI (*pro hac vice*) | 601 Massachusetts Ave., NW<br>Washington, DC 20001-3743 |
| 7 | VERONICA SUSTIC (*pro hac vice*)<br>P.O. Box 64 | Telephone:  (202) 942-5316<br>Facsimile:  (202-942-5999 |
| 8 | Madison, WI 53701<br>Telephone: (608) 259-6226 | john.freedman@arnoldporter.com |
| 9 | Facsimile:  (608) 646-4654<br>shabnam@lotfilegal.com | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 10 | veronica@lotfilegal.com | DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor |
| 11 | **PERKINS COIE LLP**<br>ERIC B. EVANS (SBN 232476) | San Francisco, CA 94111<br>Telephone:  (415) 471-3100 |
| 12 | EEvans@perkinscoie.com<br>3150 Porter Drive | Facsimile:  (415) 471-3400<br>daniel.asimow@arnoldporter.com |
| 13 | Palo Alto, California 94304-1212<br>Telephone: +1.650.838.4300 | **COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA** |
| 14 | Facsimile:  +1.650.838.4350 | ZAHRA A. BILLOO (SBN 267634) |
| 15 | **Attorneys for Emami Plaintiffs** | BRITTNEY REZAEI (SBN 309567)<br>3160 De La Cruz Blvd., Suite 110 |
| 16 | **ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS** | Santa Clara, CA 95054<br>Telephone:    (408) 986-9874 |
| 17 | GLENN KATON (SBN 281841)<br>HAMMAD A. ALAM (SBN 303812) | zbilloo@cair.com<br>brezaei@cair.com |
| 18 | 55 Columbus Ave.<br>San Francisco, CA 94111 | **IRANIAN AMERICAN BAR ASSOCIATION** |
| 19 | Telephone:    (415) 848-7711<br>glennk@advancingjustice-alc.org | BABAK G. YOUSEFZADEH (CA SBN 235974) |
| 20 | hammada@glennk@advancingjustice-alc.org | 5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC 20016 |
| 21 | **NATIONAL IMMIGRATION LAW CENTER** | Telephone:    (415) 774-3191<br>president@iaba.us |
| 22 | MAX S. WOLSON (*pro hac vice*)<br>P.O. Box 34573 | **Attorneys for Pars Plaintiffs** |
| 23 | Washington, DC 20043<br>Telephone: (202) 216-0261 | |
| 24 | Facsimile:  (202) 216-0266<br>wolson@nilc.org | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CASE NO. 3:18-CV-1587-JD
DECLARATION OF HAMMAD A. ALAM ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants.<br><br>PARS EQUALITY CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br><br>Defendants. | Case No. 3:18-cv-1587-JD<br>3:18-cv-7818-JD<br><br>**DECLARATION OF HAMMAD A. ALAM ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Hammad A. Alam, declare as follows:

1. I am an attorney with Asian Americans Advancing Justice - Asian Law Caucus ("ALC"), co-counsel of record for Plaintiffs and the Proposed Class in this matter. I make this declaration based on my personal knowledge and, if called to testify, could and would testify as stated herein.

2. This Declaration is submitted in support of Plaintiffs' Motion for Class Certification.

3. ALC was founded in 1972 as the nation's first legal and civil rights organization serving low-income, immigrant, and underserved Asian American and Pacific Islander and Arab, Middle Eastern, Muslim and South Asian communities. ALC brings together free legal services, community empowerment, and policy advocacy to fight for immigrant justice, economic security, and civil rights.

4. ALC and its staff have experience in complex individual and class action cases,

including litigation challenging unlawful government practices. ALC was class counsel along with the ACLU of Northern California and Keker, Van Nest & Peters LLP in *Preap v. Johnson*, which led to a California-wide injunction requiring bond hearings for detained immigrants, later affirmed by the U.S. Court of Appeals for the Ninth Circuit. 831 F.3d 1193 (9th Cir. 2016), and in *Chhoeun v. Marin*, in which the U.S. District Court for the Central District of California issued a permanent injunction requiring Immigration and Customs Enforcement to provide written notice before re-detaining certain Cambodians with deportation orders. 442 F. Supp. 3d 1233 (C.D. Cal. 2020). ALC is also counsel along with the ACLU of Northern California and Covington & Burling LLP in *Chang et al. v. County of Siskiyou*, No. 2:22-cv-01378, a putative class action pending before the U.S. District Court for the Eastern District of California; *Bhattarai v. Nielson*, 3:19-cv-00731, a class action pending before the U.S. District Court for the Northern District of California; and *Navarette v. Burma Superstar Oakland, Inc.*, No. RG 16830336, a wage and hour case in Alameda County Superior Court, among others.

   5.  ALC has been counsel on the above-captioned case since it was filed in July 2018. Throughout the course of this case, ALC has devoted significant time and resources to investigating, identifying, and litigating the claims of potential class members. ALC has zealously advocated for the interests of the Plaintiffs and the Proposed Class in this litigation, including briefing dispositive, discovery, and other pre-trial motions. ALC has successfully litigated a motion for summary judgment in this matter establishing entitlement to the total relief which Plaintiffs and the Proposed Class seek. The attorneys at ALC, along with co-counsel, are committed to the vigorous, effective, and efficient prosecution of this matter.

   6.  ALC provides legal services to its clients, including the clients in this case, on a *pro bono* basis.

   7.  I am a Staff Attorney and Program Manager at ALC, where I have worked since February 2020. I received my J.D. from UCLA School of Law in 2014. Prior to ALC, I worked at Asian Americans Advancing Justice - Los Angeles (2018-2020); as a Judicial Law Clerk for a federal magistrate judge in the U.S. District Court for the Eastern District of California (2017); and as an associate at Crowell and Moring LLP (2014-2017). I have served as counsel in the

1 above-captioned matter since beginning my tenure at ALC, and I work closely with ALC's
2 Litigation Director and other ALC Staff Attorneys on this matter.

3        8.     I have been a member of the California bar since 2015. I am also admitted to
4 practice before the U.S. Court of Appeals for the First Circuit and the U.S. District Court for the
5 Central District of California.

6        9.     I have also served as counsel in numerous cases, litigating in state and federal
7 courts, and have served as counsel for *amicus curiae* in federal cases involving constitutional
8 claims on behalf of plaintiffs challenging government practices, including *FBI v. Fazaga*, No. 20-
9 828 (U.S.) (counsel for *amici curiae* in support of Respondents) and *Alasaad v. Wolf*, Nos. 20-
10 1077, 20-1081 (1st Cir. 2020) (counsel for *amici curiae* in support of Plaintiffs-Appellees).

11       10.    Glenn Katon is currently ALC's Litigation Director and also co-counsel of record
12 for Plaintiffs and the Proposed Class in this matter. It is my understanding that Mr. Katon
13 received his J.D. from St. John's University School of Law in 1992. Prior to ALC, Mr. Katon led
14 his own practice focusing on plaintiffs' civil rights litigation at Katon Law (2016-2020); served as
15 Legal Director at Muslim Advocates (2012-2016); worked as Senior Staff Attorney at the ACLU
16 of Florida (2006-2011); was a shareholder and associate at Bush Ross, P.A. (2002-2006); served
17 as Trial Attorney at the U.S. Department of Justice, Tax Division (1997-2002); worked as an
18 associate at Locke Purnell Rain Harrell, LLP (1995-1997); and served as a Judicial Law Clerk to
19 U.S. District Judge Terry R. Means in the U.S. District Court for the Northern District of
20 Texas (1993-1995).

21       11.    It is also my understanding that Mr. Katon has tried over 15 cases to verdict or
22 decision and served as lead or co-lead counsel in *Hassan v. City of New York*, 804 F.3d 277
23 (3d Cir. 2015); *Vaguely Qualified Productions LLC v. Metro. Transp. Auth.*, 2015 WL 5916699
24 (S.D.N.Y. Oct. 7 2015); and *First Vagabonds Church of God v. City of Orlando*, 587 F. Supp.2d
25 1353 (M.D. Fla. 2008).

26       12.    Mr. Katon has been a member of the New York bar since 1993 and the California
27 bar since 2012. He is also admitted to practice before over a dozen federal courts, including all
28 districts in California and the U.S. Court of Appeals for the Ninth Circuit.

-3-              CASE NO. 3:18-CV-1587-JD
DECLARATION OF HAMMAD A. ALAM ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

13. I do not anticipate any reason that class members would dispute the adequacy of ALC's representation, and I am aware of no conflicts of interest between myself, Mr. Katon, ALC, and any members of the class.

I, Hammad A. Alam, declare under penalty of perjury, under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing Declaration is true and correct.

Executed this 15th day of June, 2023 in Sacramento, California.

By: _____
Hammad A. Alam, Esq.