**MUSLIM ADVOCATES**
CHRIS GODSHALL-BENNETT (*pro hac vice*)
P.O. Box 34440
Washington, DC 20043
Telephone: (202) 897-1892
Facsimile: (202) 508-1007
christopher@muslimadvocates.org

**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI 53701
Telephone: (608) 259-6226
Facsimile: (608) 646-4654
shabnam@lotfilegal.com
veronica@lotfilegal.com

**PERKINS COIE LLP**
ERIC B. EVANS (SBN 232476)
EEvans@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

**Attorneys for Emami Plaintiffs**

**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
GLENN KATON (SBN 281841)
HAMMAD A. ALAM (SBN 303812)
55 Columbus Ave.
San Francisco, CA 94111
Telephone:   (415) 848-7711
glennk@advancingjustice-alc.org
hammada@glennk@advancingjustice-alc.org

**NATIONAL IMMIGRATION LAW CENTER**
MAX S. WOLSON (*pro hac vice*)
P.O. Box 34573
Washington, DC 20043
Telephone: (202) 216-0261
Facsimile: (202) 216-0266
wolson@nilc.org

**NATIONAL IMMIGRATION LAW CENTER**
JOSHUA STEHLIK (*pro hac vice*)
P.O. Box 32358
Washington, D.C. 20043

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5316
Facsimile: (202-942-5999
john.freedman@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
daniel.asimow@arnoldporter.com

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**
ZAHRA A. BILLOO (SBN 267634)
BRITTNEY REZAEI (SBN 309567)
3160 De La Cruz Blvd., Suite 110
Santa Clara, CA 95054
Telephone:   (408) 986-9874
zbilloo@cair.com
brezaei@cair.com

**IRANIAN AMERICAN BAR ASSOCIATION**
BABAK G. YOUSEFZADEH (CA SBN 235974)
5185 MacArthur Blvd. NW, Suite 624
Washington, DC 20016
Telephone:   (415) 774-3191
president@iaba.us

**Attorneys for Pars Plaintiffs**

CASE NO. 3:18-CV-1587-JD
DECLARATION OF SHABNAM LOTFI ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants.<br><br>PARS EQUALITY CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br><br>Defendants. | Case No. 3:18-cv-1587-JD<br>3:18-cv-7818-JD<br><br>**DECLARATION OF SHABNAM LOTFI ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Shabnam Lotfi, declare as follows:

1. I am the Founder of the law firm of Lotfi Legal, which is counsel for Plaintiffs in *Farangis Emami v. Kirstjen Nielsen*, N.D. Cal. Case No. 18-cv-1587-JD. I am an immigration attorney duly licensed to practice before all courts of the State of Wisconsin and am admitted Pro Hac Vice to the Bar of this Court for the purpose of appearing in this case. I submit this declaration in support of Plaintiffs' Motion for Class Certification, filed concurrently. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Lotfi Legal and I are qualified to serve as Class Counsel in this action.

3. I am a 2011 graduate of the University of Wisconsin Law School. I have more than five years of practice in the United States District Court for the Northern District of California and other federal courts. I have extensive experience with immigration law and practice, having represented hundreds of clients at U.S. embassies and consulates abroad,

particularly for applicants from countries subject to Presidential Proclamation 9645. I and Lotfi Legal have a 99% success rate in obtaining visas for which our clients apply.

4.      I and Lotfi Legal have deep connections with communities of which affected applicants are members. When the Proclamation went into effect, I organized the impacted community by creating a Facebook group called Immigrants United. The group currently has 16,000 active members, many of whom are from the affected countries. I speak Persian/Farsi, a language spoken by many of the members of the putative class.

5.      In this action, I and Lotfi Legal filed the initial complaint after seeing immigrant and nonimmigrant visa applicants being denied waivers from Presidential Proclamation 9645 en masse without being offered an opportunity to establish their eligibility for a waiver. Dkt. 1. When Lotfi Legal filed this case, hundreds of putative class members asked to be plaintiffs. Throughout the course of this litigation, particularly during the remedial portion, I have continuously been relied upon as an expert who understands the intricacies of the immigration system and the processes that nonimmigrant and immigrant visa applicants use to obtain visas. On several occasions, I have explained to Defendants why their proposals are not implementable and, after checking with their client, they concur with my explanation and seek to create a new proposal. As an immigration practitioner, navigating the visa process from an applicant's perspective daily, I and Lotfi Legal are uniquely positioned to inform the conversation about remedies in this case and identifying obstacles to implementation and strategies to remove such obstacles. I and Lotfi Legal are prepared to continue to zealously represent Plaintiffs and the class through final determination of this action.

6.      ALC provides legal services to its clients, including the clients in this case, on a *pro bono* basis.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2023, in Madison, Wisconsin.

/s/ *Shabnam Lotfi*
**SHABNAM LOTFI**

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(h)(3), I declare that concurrence has been obtained from all signatories to file this document with the Court.

                                                 */s/ Eric B. Evans*
                                                 Eric B. Evans

CASE NO. 3:18-CV-1587-JD
DECLARATION OF SHABNAM LOTFI ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION