| | |
|---|---|
| **MUSLIM ADVOCATES**<br>CHRIS GODSHALL-BENNETT (*pro hac vice*)<br>P.O. Box 34440<br>Washington, DC 20043<br>Telephone: (202) 897-1892<br>Facsimile: (202) 508-1007<br>christopher@muslimadvocates.org | **NATIONAL IMMIGRATION LAW CENTER**<br>JOSHUA STEHLIK (*pro hac vice*)<br>P.O. Box 32358<br>Washington, D.C. 20043 |
| **LOTFI LEGAL, LLC**<br>SHABNAM LOTFI (*pro hac vice*)<br>VERONICA SUSTIC (*pro hac vice*)<br>P.O. Box 64<br>Madison, WI 53701<br>Telephone: (608) 259-6226<br>Facsimile: (608) 646-4654<br>shabnam@lotfilegal.com<br>veronica@lotfilegal.com | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>JOHN A. FREEDMAN (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5316<br>Facsimile: (202-942-5999<br>john.freedman@arnoldporter.com |
| **PERKINS COIE LLP**<br>ERIC B. EVANS (SBN 232476)<br>EEvans@perkinscoie.com<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: +1.650.838.4300<br>Facsimile: +1.650.838.4350 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>daniel.asimow@arnoldporter.com |
| **Attorneys for Emami Plaintiffs** | **COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**<br>ZAHRA A. BILLOO (SBN 267634)<br>BRITTNEY REZAEI (SBN 309567)<br>3160 De La Cruz Blvd., Suite 110<br>Santa Clara, CA 95054<br>Telephone: (408) 986-9874<br>zbilloo@cair.com<br>brezaei@cair.com |
| **ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**<br>GLENN KATON (SBN 281841)<br>HAMMAD A. ALAM (SBN 303812)<br>55 Columbus Ave.<br>San Francisco, CA 94111<br>Telephone: (415) 848-7711<br>glennk@advancingjustice-alc.org<br>hammada@glennk@advancingjustice-alc.org | **IRANIAN AMERICAN BAR ASSOCIATION**<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC 20016<br>Telephone: (415) 774-3191<br>president@iaba.us |
| **NATIONAL IMMIGRATION LAW CENTER**<br>MAX S. WOLSON (*pro hac vice*)<br>P.O. Box 34573<br>Washington, DC 20043<br>Telephone: (202) 216-0261<br>Facsimile: (202) 216-0266<br>wolson@nilc.org | **Attorneys for Pars Plaintiffs** |

CASE NO. 3:18-CV-1587-JD
DECLARATION OF MAX S. WOLSON ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　Defendants.<br>PARS EQUALITY CENTER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANTONY BLINKEN, et al.,<br><br>　　　　Defendants. | Case No. 3:18-cv-1587-JD<br>　　　　　3:18-cv-7818-JD<br><br>**DECLARATION OF MAX S. WOLSON ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Max S. Wolson, declare as follows:

1. I am an attorney with the National Immigration Law Center ("NILC"), co-counsel of record for Plaintiffs and the Proposed Class in the Pars matter. I make this declaration based on my personal knowledge and, if called to testify, could and would testify as stated herein.

2. This Declaration is submitted in support of Plaintiffs' Motion for Class Certification.

3. NILC was founded in 1979 and is a national non-profit legal organization that works to advance and defend the rights of low-income immigrants and their families through impact litigation, policy and legislative advocacy, community education, and technical assistance to legal practitioners on complex immigration matters. Since its founding, NILC has maintained an active docket of immigrants' rights litigation that has resulted in significant advances for the rights of immigrants in the United States. Important cases NILC has successfully litigated include: *Doe v. Johnson*, No. 15-00250-TUC-DCB (D. Ariz. 2020) (class action resulting in

permanent injunction to ameliorate U.S. Customs and Border Protection detention center conditions in Tucson sector); *Valle Del Sol Inc. v. Whiting*, No. CV 10-1061-PHX-SRB (D. Ariz. 2012) (statewide class action resulting in permanent injunction against two provisions of state immigration enforcement law); *Gorbach v. Reno*, 219 F.3d 1087 (9th Cir. 2000) (en banc) (nationwide class action resulting in summary judgment and permanent injunction against former INS administrative denaturalization procedure); *Walters v. Reno*, 145 F.3d 1032 (9th Cir. 1998) (nationwide class action resulting in summary judgment and permanent injunction against former INS procedures for giving notice of civil document fraud proceedings); and *Orantes-Hernandez v. Holder* (nationwide class action resulting in judgment and permanent injunction governing treatment of Salvadoran nationals detained by immigration authorities; published decisions at 685 F. Supp. 1488 (C.D. Cal. 1988) (permanent injunction), 504 F. Supp. 2d 825 (C.D. Cal. 2007) (denying motion to dissolve permanent injunction)).

    4. As an organization, NILC has more than 35 years of experience litigating complex class action cases across the country, in both state and federal courts. Additional examples of NILC's representative class-action cases include: *Zelaya v. Hammer*, No. 3:19-cv-62-TRM-SKL (E.D. Tenn. 2022) (certified class of dozens of individuals); *Batalla Vidal v. Wolf*, No. 1:16-cv-04756-NGG-VMS (E.D.N.Y. 2020) (certified nationwide class); *Valenzuela v. Ducey*, Case No. CV-16-03072-PHX-DGC (D. Ariz. 2017) (Arizona statewide certified class); *Buquer v. City of Indianapolis*, No. 11-0708-SEB-MJP (S.D. Ind. 2011) (certified class across Indiana's two most populous counties); *Soskin v. Reinertson*, 353 F.3d 1242 (10th Cir. 2004) (Colorado statewide certified class); *Escutia v. Ashcroft*, No. SA CV-00-841-AHS (C.D. Cal. 2002) (certified class of applicants in INS Western Region); *Barahona-Gomez v. Reno*, 236 F.3d 1115 (9th Cir. 2001) (Ninth Circuit-wide certified class); *Shvartsman v. Callahan*, No. 97-C-5229 (N.D. Ill. 1997) (Seventh Circuit-wide certified class); *Turcios v. Reno*, No. CV 94-5220 JSL (C.D. Cal. 1996) (Los Angeles INS District-wide certified class); *Maca-Alvarez v. INS*, No. CIV S-93-1824 EJG/PAN (E.D. Cal. 1995) (nationwide certified class); *Espindola v. INS*, No. CIV S-92-1871 EJG/GGH (E.D. Cal. 1993) (nationwide certified class); *El Rescate Legal Servs. v. E.O.I.R.*, 959 F.2d 742 (9th Cir. 1991) (Southern California certified class); and *Mendez v. Reno*, No. CV-88-

4995 TJH (C.D. Cal. 1989) (Los Angeles INS District-wide certified class).

5. NILC has been counsel on the above-captioned case since it was filed in July 2018. Throughout the course of this case, NILC has devoted significant time and resources to investigating, identifying, and litigating the claims of potential class members. NILC has zealously advocated for the interests of the Plaintiffs and the Proposed Class in this litigation, including briefing dispositive, discovery, and other pre-trial motions. NILC has successfully litigated a motion for summary judgment in this matter establishing entitlement to the total relief which Plaintiffs and the Proposed Class seek. The attorneys at NILC, along with co-counsel, are committed to the vigorous, effective, and efficient prosecution of this matter.

6. NILC provides legal services to its clients, including the clients in this case, on a *pro bono* basis.

7. I am a Staff Attorney at NILC, where I have worked since 2019. I earned my J.D. from the George Washington University Law School in 2011. Prior to NILC, I worked at the U.S. Sentencing Commission as a Staff attorney (2017-2018); the Maryland Office of the Public Defender as an Assistant Public Defender II and III in Prince George's County, Maryland (2015-2017); the Office of the Federal Public Defender for the Northern & Southern Districts of Iowa as a trial and appellate Assistant Federal Public Defender (2012-2015); and as a Judicial Law Clerk for a federal magistrate judge in the U.S. District Court for the District of New Mexico. During my tenure at NILC, I have represented, and continue to represent, nationwide classes (in the aforementioned *Orantes* and *Doe* matters) and I have sought nationwide relief in non-class-action matters on behalf of service providers and individuals. *See generally La Clinica de la Raza v. Trump*, No. 19-cv-4980-PJH (N.D. Cal.) (seeking nationwide injunction against Department of Homeland Security public charge immigration rule); *Make the Road N.Y. v. Pompeo*, No. 1:19-cv-11633-GBD (S.D.N.Y.) (obtaining nationwide preliminary injunction against several immigration policies). I currently work closely with NILC's Deputy Director of Legal, Josh Stehlik, on this matter and have worked closely with other now-former Staff Attorneys at NILC over the course of this matter.

8. I have been a member of the Maryland bar since 2011, the District of Columbia

1  bar since 2019, and the Virginia bar since 2022. I am also admitted to practice before the U.S.
2  Supreme Court; the U.S. Courts of Appeal for the Second, Third, Fourth, Seventh, Ninth,
3  Eleventh, and D.C. Circuits; and the U.S. District Courts for the District of Columbia and
4  Maryland.

5        9.      I have also served as counsel on a significant number federal cases involving
6  constitutional and/or statutory claims on behalf of non-citizens including *Int'l Refugee Assistance*
7  *Project v. Trump*, No, 8:17-cv-361-TDC (D. Md. and 4th Cir.) (challenging Muslim Ban on
8  Constitutional and statutory grounds); *Khudheyer v. Cuccinelli*, No. 1:20-cv-1882-KBJ (D.D.C.)
9  (challenging multiple immigration restrictions); a substantial number of federal immigration
10 criminal defense cases, *e.g. United States v. Bautista-Rubio*, 620 F. App'x 558 (8th Cir. 2015);
11 *United States v. Ramirez-Hernandez*, No. CR12-4111-DEO (N.D. Iowa); and as counsel for
12 amicus curiae on behalf of pro-immigrant positions in the appellate and Supreme Courts, *e.g.*
13 *United States v. Texas*, No. 22-58 (U.S.) (counsel for *amicus curiae* in support of Petitioners).

14       10.      In addition to my class action work, I have served as counsel in hundreds of cases,
15 litigating in the state and federal court, at the trial and appellate level, and as both a civil and
16 criminal attorney. I served as sole or primary counsel in almost all of my numerous federal
17 criminal case experience. All of my work as a litigator at both NILC and elsewhere has been
18 provided without payment of a fee as either *pro bono* counsel or as a court-appointed public
19 defender.

20       11.      Joshua Stehlik is a Deputy Legal Director at NILC, where he has worked since
21 2012. He earned his J.D. from Yale Law School in 2001. Prior to NILC, he worked as a staff and
22 then as a supervising attorney at Neighborhood Legal Services of Los Angeles County, a non-
23 profit legal aid organization where he represented hundreds of low-income workers, the majority
24 of whom were immigrants, in claims for unpaid wages and other civil matters. Mr. Stehlik has
25 worked closely with Mr. Wolson and with other now-former staff attorneys at NILC since the
26 inception and throughout the pendency of this case.

27       12.      Mr. Stehlik has been a member of the California bar since 2002. He is also
28 admitted to practice before the U.S. Supreme Court; the U.S. Courts of Appeal for the Second,

Fifth, and Ninth Circuits; and the U.S. District Courts for the Central and Northern Districts of California.

13. During his tenure at NILC, Mr. Stehlik has represented, and continues to represent, nationwide classes, *see*, *e.g.*, *Batalla-Vidal v. Mayorkas*, No. 1:16-cv-04756 (E.D.N.Y 2017) (involving certified class of over one million individuals eligible for immigration relief through the Deferred Action for Childhood Arrivals (DACA) program), and has supervised cases seeking nationwide relief on behalf of organizations and individuals, *see*, *e.g.*, *P.K. v. Tillerson*, No. 17-cv-01533 (D.D.C. 2017) (class action allegations pleaded and not yet determined). He has also served as counsel in a significant number of cases involving constitutional and/or statutory claims on behalf of non-citizens. *See*, *e.g.*, *Vargas v. Dep't of Homeland Sec.*, No. 1:17-cv-00356 (W.D. La. 2017) (contesting immigration enforcement action against DACA recipient); *Palma v. Nat'l Lab. Rel. Bd.*, No. 12-1199 (2nd Cir. 2012) (challenging denial of backpay to wrongfully terminated workers); and *Migrant Justice v. Wolf*, No. 5:18-cv-192 (D. Vt. 2018) (challenging immigration enforcement against workers on First Amendment and other grounds).

14. Mr. Stehlik has also served as counsel for amicus curiae on behalf of immigrant parties in the California Supreme Court and federal appellate courts, *see*, *e.g.*, *Arias v. Raimondo*, No. 15-16120 (9th Cir. 2015) (counsel for amicus curiae in support of Petitioner); *Puente v. Arpaio*, Nos. 15-15211, 15-15213, 15-15215 (9th Cir. 2015) (same); *Salas v. Sierra Chemical Co.*, No. S196568 (Cal. Sup. Ct. 2012) (same). Since becoming a licensed attorney in 2002, all of Mr. Stehlik's litigation work has been provided without payment of a fee on a *pro bono* basis.

15. I do not anticipate any reason that class members would dispute the adequacy of NILC's representation, and I am aware of no conflicts of interest between myself, Mr. Stehlik, and any members of the class.

I, Max S. Wolson, declare under penalty of perjury, under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing Declaration is true and correct.

Executed this 15th day of June 2023 in Alexandria, Virginia.

                       /s/ Max S. Wolson
                       Max S. Wolson, Esq.

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(h)(3), I declare that concurrence has been obtained from all signatories to file this document with the Court.

/s/ Eric B. Evans
Eric B. Evans