1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MUSLIM ADVOCATES**
CHRIS GODSHALL-BENNETT (*pro hac vice*)
P.O. Box 34440
Washington, DC 20043
Telephone: (202) 897-1892
Facsimile: (202) 508-1007
christopher@muslimadvocates.org

**LOTFI LEGAL, LLC**
SHABNAM LOTFI (*pro hac vice*)
VERONICA SUSTIC (*pro hac vice*)
P.O. Box 64
Madison, WI 53701
Telephone: (608) 259-6226
Facsimile: (608) 646-4654
shabnam@lotfilegal.com
veronica@lotfilegal.com

**PERKINS COIE LLP**
ERIC B. EVANS (SBN 232476)
EEvans@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

**Attorneys for Emami Plaintiffs**

**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
GLENN KATON (SBN 281841)
HAMMAD A. ALAM (SBN 303812)
55 Columbus Ave.
San Francisco, CA 94111
Telephone:    (415) 848-7711
glennk@advancingjustice-alc.org
hammada@glennk@advancingjustice-alc.org

**NATIONAL IMMIGRATION LAW CENTER**
MAX S. WOLSON (*pro hac vice*)
P.O. Box 34573
Washington, DC 20043
Telephone: (202) 216-0261
Facsimile: (202) 216-0266
wolson@nilc.org

**NATIONAL IMMIGRATION LAW CENTER**
JOSHUA STEHLIK (*pro hac vice*)
P.O. Box 32358
Washington, D.C. 20043

**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5316
Facsimile: (202) 942-5999
john.freedman@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
daniel.asimow@arnoldporter.com

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**
ZAHRA A. BILLOO (SBN 267634)
BRITTNEY REZAEI (SBN 309567)
3160 De La Cruz Blvd., Suite 110
Santa Clara, CA 95054
Telephone:    (408) 986-9874
zbilloo@cair.com
brezaei@cair.com

**IRANIAN AMERICAN BAR ASSOCIATION**
BABAK G. YOUSEFZADEH (CA SBN 235974)
5185 MacArthur Blvd. NW, Suite 624
Washington, DC 20016
Telephone:    (415) 774-3191
president@iaba.us

**Attorneys for Pars Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No. 3:18-cv-1587-JD<br>3:18-cv-7818-JD<br><br>**DECLARATION OF VERONICA SUSTIC ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| PARS EQUALITY CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br><br>Defendants. | |

I, Veronica Sustic, declare as follows:

1.      I am a lawyer at the law firm of Lotfi Legal, which is counsel for Plaintiffs in *Farangis Emami v. Kirstjen Nielsen*, N.D. Cal. Case No. 18-cv-1587-JD. I am an immigration attorney duly licensed to practice before all courts of the State of Wisconsin and am admitted Pro Hac Vice to the Bar of this Court for the purpose of appearing in this case. I submit this declaration in support of Plaintiffs' Motion for Class Certification, filed concurrently. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      Lotfi Legal and I are qualified to serve as Class Counsel in this action.

3.      I am a 2016 graduate of the University of Wisconsin Law School. I have more than five years of practice in the United States District Court for the Northern District of California and other federal courts. I have extensive experience with immigration law and practice, having represented dozens of clients at U.S. embassies and consulates abroad, including

1   applicants from countries subject to Presidential Proclamation 9645. I and Lotfi Legal have a 99%

2   success rate in obtaining visas for which our clients apply.

3       4.      I and Lotfi Legal have deep connections with communities of which affected

4   applicants are members. I routinely educate members of affected communities about their legal

5   rights and processes for navigating the immigration system. While Presidential Proclamation

6   9645 was in effect, I assisted visa applicants who had been denied visas under the Proclamation in

7   preparing waiver applications to submit to U.S. embassies and consulates.

8       5.      In this action, I and Lotfi Legal filed the initial complaint after seeing immigrant

9   and nonimmigrant visa applicants being denied waivers en masse from Presidential Proclamation

10  9645 without being offered an opportunity to establish their eligibility for a waiver. Dkt. 1.

11      6.      As an immigration practitioner, navigating the visa process from an applicant's

12  perspective daily, I and Lotfi Legal are uniquely positioned to inform the conversation about

13  remedies in this case and identifying obstacles to implementation and strategies to remove such

14  obstacles. I and Lotfi Legal are prepared to continue to zealously represent Plaintiffs and the class

15  through final determination of this action.

16      I declare under penalty of perjury that the foregoing is true and correct.

17      Executed on June 15, 2023, in Madison, Wisconsin.

18                                  /s/ *Veronica Sustic*
                                    **VERONICA SUSTIC**
19

20                  **ATTESTATION OF CONCURRENCE IN THE FILING**
21

22      Pursuant to Civil Local Rule 5-1(h)(3), I declare that concurrence has been obtained from

23  all signatories to file this document with the Court.

24                                  /s/ *Eric B. Evans*_____
25                                  Eric B. Evans

26

27

28