| | |
|---|---|
| **MUSLIM ADVOCATES**<br>CHRIS GODSHALL-BENNETT (*pro hac vice*)<br>P.O. Box 34440<br>Washington, DC 20043<br>Telephone: (202) 897-1892<br>Facsimile: (202) 508-1007<br>christopher@muslimadvocates.org<br><br>**LOTFI LEGAL, LLC**<br>SHABNAM LOTFI (*pro hac vice*)<br>VERONICA SUSTIC (*pro hac vice*)<br>P.O. Box 64<br>Madison, WI 53701<br>Telephone: (608) 259-6226<br>Facsimile: (608) 646-4654<br>shabnam@lotfilegal.com<br>veronica@lotfilegal.com<br><br>**PERKINS COIE LLP**<br>ERIC B. EVANS (SBN 232476)<br>EEvans@perkinscoie.com<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: +1.650.838.4300<br>Facsimile: +1.650.838.4350<br><br>**Attorneys for Emami Plaintiffs**<br><br>**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**<br>GLENN KATON (SBN 281841)<br>HAMMAD A. ALAM (SBN 303812)<br>55 Columbus Ave.<br>San Francisco, CA 94111<br>Telephone: (415) 848-7711<br>glennk@advancingjustice-alc.org<br>hammada@glennk@advancingjustice-alc.org<br><br>**NATIONAL IMMIGRATION LAW CENTER**<br>MAX S. WOLSON (*pro hac vice*)<br>P.O. Box 34573<br>Washington, DC 20043<br>Telephone: (202) 216-0261<br>Facsimile: (202) 216-0266<br>wolson@nilc.org | **NATIONAL IMMIGRATION LAW CENTER**<br>JOSHUA STEHLIK (*pro hac vice*)<br>P.O. Box 32358<br>Washington, D.C. 20043<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>JOHN A. FREEDMAN (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5316<br>Facsimile: (202-942-5999<br>john.freedman@arnoldporter.com<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>daniel.asimow@arnoldporter.com<br><br>**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**<br>ZAHRA A. BILLOO (SBN 267634)<br>BRITTNEY REZAEI (SBN 309567)<br>3160 De La Cruz Blvd., Suite 110<br>Santa Clara, CA 95054<br>Telephone: (408) 986-9874<br>zbilloo@cair.com<br>brezaei@cair.com<br><br>**IRANIAN AMERICAN BAR ASSOCIATION**<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC 20016<br>Telephone: (415) 774-3191<br>president@iaba.us<br><br>**Attorneys for Pars Plaintiffs** |

CASE NO. 3:18-CV-1587-JD
DECLARATION OF NAOMI TSU ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No. 3:18-cv-1587-JD<br>3:18-cv-7818-JD<br><br>**DECLARATION OF NAOMI TSU ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| PARS EQUALITY CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br><br>Defendants. | |

I, Naomi Tsu, declare as follows:

1. I am interim Legal Director at Muslim Advocates, which is counsel for Plaintiffs in *Farangis Emami v. Kirstjen Nielsen*, N.D. Cal. Case No. 18-cv-1587-JD. I am an attorney licensed in Georgia and am submitting concurrently a motion to appear Pro Hac Vice in this case. I submit this declaration in support of Plaintiffs' Motion for Class Certification, filed concurrently. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Muslim Advocates and I are qualified to serve as Class Counsel in this action.

3. I am a 2006 graduate of the University of Berkeley Law School. I have extensive experience litigating complex federal cases, including the following:

   a. *David, et al. v. Signal International, LLC, et. al.*, (E.D. La., No. 08-1220) and related coordinated cases, *see In re: Signal International LLC Human Trafficking Litigation*, 38 F.Supp.3d 1390 (MDL No. 2554, Aug. 12, 2014)

(counsel for lead case among coordinated cases brought by more than 500 survivors of human trafficking brought to work on the Gulf Coast following Hurricane Katrina);

b. *Georgia Latino Alliance for Human Rights, et al. v. Deal, et. al.*, (N.D. Ga., No. 11-1804) (challenge to state anti-immigrant law); *see Georgia Latino All. for Hum. Rts. v. Governor of Georgia*, 691 F.3d 1250, 1257 (11th Cir. 2012);

c. *Xavier v. Belfor*, (E.D. La., 06-491) (handled remedial stage of Fair Labor Standards Act collective action by several hundred low-wage workers owed back wages).

4. In this action, Muslim Advocates joined this lawsuit soon after it was filed and have helped to defeat Defendants' motion to dismiss. Dkt. 152. I and Muslim Advocates staff attorney, Christopher Godshall-Bennett, helped to defeat Defendants' motion for summary judgment. Dkt. 208. Muslim Advocates is a national civil rights organization with experience advocating for the population in question, many of whom are Muslim, *see, e.g.*, *Hassan v. City of New York* (D.N.J., 12-3401). Muslim Advocates has linguistic capacity in Arabic and other languages spoken by class members. I and Muslim Advocates are prepared to continue to zealously represent Plaintiffs and the class through final determination of this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2023, in Hood River, Oregon.

/s/ *Naomi Tsu*
**NAOMI TSU**

**ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(h)(3), I declare that concurrence has been obtained from all signatories to file this document with the Court.

> */s/ Eric B. Evans*
> Eric B. Evans