| | |
|---|---|
| **MUSLIM ADVOCATES**<br>GOLNAZ FAKHIMI (pro hac vice)<br>REEM SUBEI (pro hac vice)<br>1032 15th St NW #362<br>Washington, DC 20005<br>Telephone: (202) 655-2969<br>Facsimile: (202) 508-1007<br>golnaz@muslimadvocates.org<br>reem@muslimadvocates.org<br><br>**LOTFI LEGAL, LLC**<br>SHABNAM LOTFI (pro hac vice)<br>VERONICA SUSTIC (pro hac vice)<br>P.O. Box 64<br>Madison, WI 53701<br>Telephone: (608) 259-6226<br>Facsimile: (608) 646-4654<br>shabnam@lotfilegal.com<br>veronica@lotfilegal.com<br><br>**PERKINS COIE LLP**<br>ERIC B. EVANS (SBN 232476)<br>EEvans@perkinscoie.com<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: +1.650.838.4300<br>Facsimile: +1.650.838.4350<br><br>**Attorneys for *Emami* Plaintiffs** | **NATIONAL IMMIGRATION LAW CENTER**<br>JOSHUA STEHLIK (*pro hac vice*)<br>3450 Wilshire Boulevard, No. 108-62<br>Los Angeles, CA 90010<br>Telephone: (213) 639-3900<br>Facsimile: (213) 639-3911<br>stehlik@nilc.org<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>JOHN A. FREEDMAN (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5316<br>Facsimile: (202-942-5999<br>john.freedman@arnoldporter.com<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 471-3100 Facsimile: (415) 471-3400<br>daniel.asimow@arnoldporter.com<br><br>**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**<br>ZAHRA A. BILLOO (SBN 267634)<br>BRITTNEY REZAEI (SBN 309567)<br>3350 Scott Blvd., Suite 48<br>Santa Clara, CA 95054<br>Telephone: (408) 986-9874<br>zbilloo@cair.com<br>brezaei@cair.com<br><br>**IRANIAN AMERICAN BAR ASSOCIATION**<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC 20016<br>Telephone: (415) 774-3191<br>president@iaba.us<br>**Attorneys for *Pars* Plaintiffs** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COUNTY

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>              Defendants. | Case No. 3:18-cv-1587-JD<br><br>ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE |

# ADMINISTRATIVE MOTION

Plaintiffs in the consolidated cases of *Emami et al. v. Nielsen et al.* (N.D. Cal. Case No. 3:18-cv-1587-JD) and *Pars Equality Center et al. v. Pompeo et al.* (N.D. Cal. Case No. 3:18-cv-7818) (collectively, "Plaintiffs") hereby move under Civil L.R. 7-11 for an order stating that Plaintiffs' motion for attorneys' fees and costs as prevailing parties under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 *et seq.*, shall be filed on July 15, 2024.

This Court entered an order embodying the parties' proposed joint injunction granting relief to the class represented by Plaintiffs on May 14, 2024 ("Order," ECF 259). The EAJA requires that successful litigants file their fee application within 30 days of "final judgment" in the action, 28 U.S.C. § 2412(d)(1)(B), which is defined as "a judgment that is final and not appealable." 28 U.S.C. § 2412(d)(2)(G). Entry of the Order does not trigger Plaintiffs' 30-day timeline under EAJA, because of the significant outstanding steps yet to be taken by the parties to implement the injunction. But to conserve judicial resources and avoid unnecessary disputes or litigation later—and to prevent the continued accumulation of fees that Defendants may be responsible for—Plaintiffs seek an order setting a briefing schedule for their EAJA motion.

Plaintiffs seek this order to give the parties clarity on the timing of a motion for fees and costs under the EAJA. The hearing date and due dates for the opposition and reply will be determined in accordance with Civil L.R. 7-2, 7-3, and the Court's Standing Order for Civil Cases Before Judge James Donato. On June 5, 2024, Plaintiffs requested that Defendants join a stipulation seeking this relief. Declaration of Eric B. Evans, Ex. A. On June 7, 2024, David Kim, counsel for Defendants, informed counsel for Plaintiffs that Defendants take no position on Plaintiffs' request for a briefing schedule. *Id*. On this basis, Plaintiffs understand that Defendants do not oppose this Administrative Motion.

On this basis, Plaintiffs request that the Court enter an order that Plaintiffs' motion under the EAJA be filed on July 15, 2024.

1 | **PERKINS COIE LLP**
2 |
3 | By: /s/ Eric B. Evans
4 |     Eric B. Evans
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |