**MUSLIM ADVOCATES**
GOLNAZ FAKHIMI (pro hac vice)
REEM SUBEI (pro hac vice)
1032 15th St NW #362
Washington, DC 20005
Telephone: (202) 655-2969
Facsimile: (202) 508-1007
golnaz@muslimadvocates.org
reem@muslimadvocates.org

**LOTFI LEGAL, LLC**
SHABNAM LOTFI (pro hac vice)
VERONICA SUSTIC (pro hac vice)
P.O. Box 64
Madison, WI 53701
Telephone: (608) 259-6226
Facsimile: (608) 646-4654
shabnam@lotfilegal.com
veronica@lotfilegal.com

**PERKINS COIE LLP**
ERIC B. EVANS (SBN 232476)
EEvans@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

**Attorneys for *Emami* Plaintiffs**

**ASIAN AMERICANS ADVANCING
JUSTICE-ASIAN LAW CAUCUS**
GLENN KATON (SBN 281841)
55 Columbus Ave.
San Francisco, CA 94111
Telephone:(415) 848-7711
glennk@advancingjustice-alc.org

**NATIONAL IMMIGRATION LAW
CENTER**
JOSHUA STEHLIK (*pro hac vice*)
3450 Wilshire Boulevard, No. 108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Facsimile: (213) 639-3911
stehlik@nilc.org

**ARNOLD & PORTER KAYE SCHOLER
LLP**
JOHN A. FREEDMAN (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5316
Facsimile: (202-942-5999
john.freedman@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER
LLP**
DANIEL B. ASIMOW (SBN 165661)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100 Facsimile: (415)
471-3400
daniel.asimow@arnoldporter.com

**COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA**
ZAHRA A. BILLOO (SBN 267634)
BRITTNEY REZAEI (SBN 309567)
3350 Scott Blvd., Suite 48
Santa Clara, CA 95054
Telephone: (408) 986-9874
zbilloo@cair.com
brezaei@cair.com

**IRANIAN AMERICAN BAR
ASSOCIATION**
BABAK G. YOUSEFZADEH (CA SBN
235974)
5185 MacArthur Blvd. NW, Suite 624
Washington, DC 20016
Telephone: (415) 774-3191
president@iaba.us
**Attorneys for *Pars* Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COUNTY

| | |
|---|---|
| FARANGIS EMAMI, et al., | Case No. 3:18-cv-1587-JD |
| Plaintiffs, | DECLARATION OF ERIC B. EVANS IN SUPPORT OF ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE |
| v. | |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

**DECLARATION OF ERIC B. EVANS**

I, Eric B. Evans, hereby declare and state:

1.      The facts set forth in this declaration are based on my personal knowledge, and if called as a witness, I could and would competently testify thereto under oath.

2.      I submit this Declaration in Support of Plaintiffs' Administrative Motion to Set Briefing Schedule ("Administrative Motion").

3.      A true and correct copy of an email thread among counsel for Plaintiffs and Defendants in this action is attached hereto as Exhibit A. I have applied redactions to portions of this email thread reflecting settlement communications between the parties.

4.      As shown in Exhibit A, on June 5, 2024, Babak Yousufzadeh, counsel for Plaintiffs in the consolidated case of *Pars Equality Center et al. v. Pompeo et al.*, N.D. Cal. Case No. 3:18-cv-7818, requested that Defendants stipulate to a briefing schedule under which Plaintiffs' motion for attorneys' fees and costs as prevailing parties under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 *et seq*., would be due on July 15, 2024.

5.      As shown in Exhibit A, on June 7, 2024, David Kim, counsel for Defendants, informed counsel for Plaintiffs that Defendants take no position on Plaintiffs' request for a briefing schedule.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct to the best of my knowledge and belief.

Executed on June 13, 2024 at Palo Alto, CA.

**PERKINS COIE LLP**


By:/s/ Eric B. Evans
Eric B. Evans