EXHIBIT A

6/11/24, 6:10 PM     Muslim Advocates Mail - RE: [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-cv-7818) (NDCAL) - Offer of Settlement

Case 3:18-cv-01587-JD Document 260-2 Filed 06/18/24 Page 2 of 30



**Golnaz Fakhimi <golnaz@muslimadvocates.org>**

---

## RE: [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-cv-7818) (NDCAL) - Offer of Settlement

**Babak Yousefzadeh** <BYousefzadeh@sheppardmullin.com>         Fri, Jun 7, 2024 at 4:58 PM
To: "Kim, David (CIV)" <David.Kim4@usdoj.gov>, "Gibbs, Stephanie E. (CIV)" <Stephanie.E.Gibbs@usdoj.gov>, Shabnam Lotfi <shabnam@lotfilegal.com>
Cc: Brittney Rezaei <bRezaei@cair.com>, Caroline Marks <carolinem@advancingjustice-alc.org>, "Cheema, Upjeet (LOS)" <UCheema@perkinscoie.com>, "Daniel.Asimow@arnoldporter.com" <Daniel.Asimow@arnoldporter.com>, "Espiritu@nilc.org" <Espiritu@nilc.org>, "Evans, Eric (Perkins Coie)" <EEvans@perkinscoie.com>, "Gharaviram, Hessam (PAO)" <HGharaviram@perkinscoie.com>, Glenn Katon <glennk@advancingjustice-alc.org>, "Go, Samuel (CIV)" <Samuel.Go@usdoj.gov>, "Golnaz@muslimadvocates.org" <Golnaz@muslimadvocates.org>, "Grant, Nicole P. (CIV)" <Nicole.P.Grant@usdoj.gov>, "Herrera@nilc.org" <Herrera@nilc.org>, "Reem@muslimadvocates.org" <Reem@muslimadvocates.org>, "Stehlik@nilc.org" <Stehlik@nilc.org>, Veronica Sustic <veronica@lotfilegal.com>, "Wisecup, Jason (CIV)" <Jason.Wisecup@usdoj.gov>, "Zbilloo@cair.com" <Zbilloo@cair.com>, "John.Freedman@arnoldporter.com" <John.Freedman@arnoldporter.com>

Thank you for the additional response, David. Understood as to the government's position on our proposal.

Regarding the rest, thank you for the update. We'll look forward to receiving the updates to the class notice on 6/13, and the URL for publication of the notice. The latter will be needed for the basic website that the class administrator is establishing as well.

I'm sure we'll all be in touch again next week. Meanwhile, wishing everyone a good weekend.

Best,

Babak

**Babak Yousefzadeh** | Partner
+1 415-774-3191 | direct
BYousefzadeh@sheppardmullin.com | Bio

**Sheppard**Mullin

Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn

---

**From:** Kim, David (CIV) <David.Kim4@usdoj.gov>
**Sent:** Friday, June 7, 2024 1:28 PM
**To:** Babak Yousefzadeh <BYousefzadeh@sheppardmullin.com>; Gibbs, Stephanie E. (CIV) <Stephanie.E.Gibbs@usdoj.gov>; Shabnam Lotfi <shabnam@lotfilegal.com>
**Cc:** Brittney Rezaei <bRezaei@cair.com>; Caroline Marks <carolinem@advancingjustice-alc.org>; Cheema, Upjeet (LOS) <UCheema@perkinscoie.com>; Daniel.Asimow@arnoldporter.com; Espiritu@nilc.org; Evans, Eric (Perkins Coie) <EEvans@perkinscoie.com>; Gharaviram, Hessam (PAO) <HGharaviram@perkinscoie.com>; Glenn Katon <glennk@advancingjustice-alc.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Golnaz@muslimadvocates.org; Grant,

Nicole P. (CIV) <Nicole.P.Grant@usdoj.gov>; Herrera@nilc.org; Reem@muslimadvocates.org; Stehlik@nilc.org; Veronica Sustic <veronica@lotlegal.com>; Wisecup, Jason (CIV) <Jason.Wisecup@usdoj.gov>; Zbilloo@cair.com; John.Freedman@arnoldporter.com
**Subject:** RE: [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-cv-7818) (NDCAL) - Offer of Settlement

Hi Babak,

Thank you again for sharing your proposal on the EAJA timeline. We've spoken with our clients, and they've noted that they take no position on the proposal at this time.

By way of update on the other outstanding items, our team is internally reviewing the a draft of updates to the class notice (term 3.1.1), and we are on track to have those over to you by Thursday 06/13/2024. Our understanding is that our client is also on track to have the Class Notice published on the website by 06/13/2024, and we will share the URL as soon as we have it.

We'll be sure to let you know if there are any other updates. Thanks, and have a great weekend.

David

---

**From:** Babak Yousefzadeh <BYousefzadeh@sheppardmullin.com>
**Sent:** Thursday, June 06, 2024 6:51 PM
**To:** Gibbs, Stephanie E. (CIV) <Stephanie.E.Gibbs@usdoj.gov>; Kim, David (CIV) <David.Kim4@usdoj.gov>; Shabnam Lotfi <shabnam@lotfilegal.com>
**Cc:** Brittney Rezaei <bRezaei@cair.com>; Caroline Marks <carolinem@advancingjustice-alc.org>; Cheema, Upjeet (LOS) <UCheema@perkinscoie.com>; Daniel.Asimow@arnoldporter.com; Espiritu@nilc.org; Evans, Eric (Perkins Coie) <EEvans@perkinscoie.com>; Gharaviram, Hessam (PAO) <HGharaviram@perkinscoie.com>; Glenn Katon <glennk@advancingjustice-alc.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Golnaz@muslimadvocates.org; Grant, Nicole P. (CIV) <Nicole.P.Grant@usdoj.gov>; Herrera@nilc.org; Reem@muslimadvocates.org; Stehlik@nilc.org; Veronica Sustic <veronica@lotfilegal.com>; Wisecup, Jason (CIV) <Jason.Wisecup@usdoj.gov>; Zbilloo@cair.com; John.Freedman@arnoldporter.com
**Subject:** RE: [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-cv-7818) (NDCAL) - Offer of Settlement

Thanks, Stephanie. We appreciate your following up and providing the update. If the government doesn't have a position on this by tomorrow COB, kindly let us know and we'll proceed in a different manner.

Best,

Babak

**Babak Yousefzadeh** | Partner
+1 415-774-3191 | direct
BYousefzadeh@sheppardmullin.com | Bio

**Sheppard**Mullin
Four Embarcadero Center, 17th Floor

6/11/24, 6:10 PM
Mail - Yousefzadeh, Babak - Outlook [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-cv-7818) (NDCAL) - Offer of Settlement

Case 3:18-cv-01587-JD Document 260-2 Filed 06/18/24 Page 4 of 30

San Francisco, CA 94111-4109

+1 415-434-9100 | main

[www.sheppardmullin.com](www.sheppardmullin.com) | LinkedIn

---

**From:** Gibbs, Stephanie E. (CIV) <Stephanie.E.Gibbs@usdoj.gov>
**Sent:** Thursday, June 6, 2024 3:17 PM
**To:** Babak Yousefzadeh <BYousefzadeh@sheppardmullin.com>; Kim, David (CIV) <David.Kim4@usdoj.gov>; Shabnam Lotfi <shabnam@lotfilegal.com>
**Cc:** Brittney Rezaei <bRezaei@cair.com>; Caroline Marks <carolinem@advancingjustice-alc.org>; Cheema, Upjeet (LOS) <UCheema@perkinscoie.com>; Daniel.Asimow@arnoldporter.com; Espiritu@nilc.org; Evans, Eric (Perkins Coie) <EEvans@perkinscoie.com>; Gharaviram, Hessam (PAO) <HGharaviram@perkinscoie.com>; Glenn Katon <glennk@advancingjustice-alc.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Golnaz@muslimadvocates.org; Grant, Nicole P. (CIV) <Nicole.P.Grant@usdoj.gov>; Herrera@nilc.org; Reem@muslimadvocates.org; Stehlik@nilc.org; Veronica Sustic <veronica@lotfilegal.com>; Wisecup, Jason (CIV) <Jason.Wisecup@usdoj.gov>; Zbilloo@cair.com; John.Freedman@arnoldporter.com
**Subject:** RE: [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-cv-7818) (NDCAL) - Offer of Settlement


Dear Class Counsel,


Thank you again for your reach out on the issue of EAJA. We have shared your proposal with our client and have discussion scheduled for tomorrow (the earliest that was practicable). We do not have a position to provide today, but hope to have a response for you as soon as possible.


Regards,


**Stephanie E. Gibbs**

Trial Attorney

U.S. Department of Justice, Civil Division

Office of Immigration Litigation, District Court Section

Stephanie.E.Gibbs@usdoj.gov

Phone: (202) 880-0340

---

**From:** Babak Yousefzadeh <BYousefzadeh@sheppardmullin.com>
**Sent:** Wednesday, June 5, 2024 2:00 PM
**To:** Gibbs, Stephanie E. (CIV) <Stephanie.E.Gibbs@usdoj.gov>; Kim, David (CIV) <David.Kim4@usdoj.gov>; Shabnam Lotfi <shabnam@lotfilegal.com>
**Cc:** Brittney Rezaei <brezaei@cair.com>; Caroline Marks <carolinem@advancingjustice-alc.org>; Cheema, Upjeet (LOS) <UCheema@perkinscoie.com>; Daniel.Asimow@arnoldporter.Com; Espiritu@nilc.Org; Evans, Eric (Perkins Coie) <EEvans@perkinscoie.com>; Gharaviram, Hessam (PAO) <HGharaviram@perkinscoie.com>; Glenn Katon <glennk@advancingjustice-alc.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Golnaz@muslimadvocates.Org; Grant, Nicole P. (CIV) <Nicole.P.Grant@usdoj.gov>; Herrera@nilc.Org; Reem@muslimadvocates.Org; Stehlik@nilc.Org; Veronica Sustic <veronica@lotfilegal.com>; Wisecup, Jason (CIV) <Jason.Wisecup@usdoj.gov>; Zbilloo@cair.Com; john.freedman@arnoldporter.com
**Subject:** RE: [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-cv-7818) (NDCAL) - Offer of Settlement

Thank you, Stephanie. We're standing by.

**Babak Yousefzadeh** | Partner
+1 415-774-3191 | direct
BYousefzadeh@sheppardmullin.com | Bio

# Sheppard**Mullin**

Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn

---

**From:** Gibbs, Stephanie E. (CIV) <Stephanie.E.Gibbs@usdoj.gov>
**Sent:** Wednesday, June 5, 2024 7:36 AM
**To:** Babak Yousefzadeh <BYousefzadeh@sheppardmullin.com>; Kim, David (CIV) <David.Kim4@usdoj.gov>; Shabnam Lotfi <shabnam@lotfilegal.com>
**Cc:** Brittney Rezaei <brezaei@cair.com>; Caroline Marks <carolinem@advancingjustice-alc.org>; Cheema, Upjeet (LOS) <UCheema@perkinscoie.com>; Daniel.Asimow@arnoldporter.Com; Espiritu@nilc.Org; Evans, Eric (Perkins Coie) <EEvans@perkinscoie.com>; Gharaviram, Hessam (PAO) <HGharaviram@perkinscoie.com>; Glenn Katon <glennk@advancingjustice-alc.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Golnaz@muslimadvocates.Org; Grant, Nicole P. (CIV) <Nicole.P.Grant@usdoj.gov>; Herrera@nilc.Org; Reem@muslimadvocates.Org; Stehlik@nilc.Org; Veronica Sustic <veronica@lotfilegal.com>; Wisecup, Jason (CIV) <Jason.Wisecup@usdoj.gov>; Zbilloo@cair.Com; john.freedman@arnoldporter.com
**Subject:** RE: [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-cv-7818) (NDCAL) - Offer of Settlement

Hi Babak,

Thank you for reaching out on this. Our team is reviewing and will be in touch.

Best,

**Stephanie E. Gibbs**

Trial Attorney

U.S. Department of Justice, Civil Division

Office of Immigration Litigation, District Court Section

Stephanie.E.Gibbs@usdoj.gov

Phone: (202) 880-0340

---

**From:** Babak Yousefzadeh <BYousefzadeh@sheppardmullin.com>
**Sent:** Tuesday, June 4, 2024 2:15 PM
**To:** Kim, David (CIV) <David.Kim4@usdoj.gov>; Gibbs, Stephanie E. (CIV) <Stephanie.E.Gibbs@usdoj.gov>; Shabnam Lotfi <shabnam@lotfilegal.com>
**Cc:** Brittney Rezaei <brezaei@cair.com>; Caroline Marks <carolinem@advancingjustice-alc.org>; Cheema, Upjeet (LOS) <UCheema@perkinscoie.com>; Daniel.Asimow@arnoldporter.Com; Espiritu@nilc.Org; Evans, Eric (Perkins Coie)

Mail - Yousefzadeh, Babak - Outlook RE: [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-... Offer of Settlement

<EEvans@perkinscoie.com>; Gharaviram, Hessam (PAO) <HGharaviram@perkinscoie.com>; Glenn Katon <glennk@advancingjustice-alc.org>; Go, Samuel (CIV) <Samuel.Go@usdoj.gov>; Golnaz@muslimadvocates.Org; Grant, Nicole P. (CIV) <Nicole.P.Grant@usdoj.gov>; Herrera@nilc.Org; Reem@muslimadvocates.Org; Stehlik@nilc.Org; Veronica Sustic <veronica@lotfilegal.com>; Wisecup, Jason (CIV) <Jason.Wisecup@usdoj.gov>; Zbilloo@cair.Com; john.freedman@arnoldporter.com

**Subject:** RE: [EXTERNAL] Re: Emami (3:18-cv-1587) & Pars (No. 3:18-cv-7818) (NDCAL) - Offer of Settlement

Dear Stephanie and David (and rest of team),

As we've discussed, Plaintiffs' counsel (copied here) will be moving for attorneys' fees and costs as prevailing parties under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) & 5 U.S.C. § 504 et seq.  The EAJA statute requires that successful litigants file their fee application within 30 days of "final judgment" in the action, 28 U.S.C. § 2412(d)(1)(B), which is defined as "a judgment that is final and not appealable." 28 U.S.C. § 2412(d)(2)(G).

We do not believe that the May 14 court order triggers our 30-day timeline under EAJA, particularly given the significant outstanding steps yet to be taken by the government (as well as plaintiffs' counsel) to implement the injunction.  However, in order to conserve judicial resources and avoid unnecessary disputes or litigation later—and to prevent the continued accumulation of fees that the government may be responsible for—we are proposing to proceed on attorneys' fees and costs by a stipulated timeline that the parties would jointly present to the court.  We propose that the plaintiffs' opening motion for fees and costs be filed with the court by July 15, which is the first business day 60 days from the May 14 order. This has the additional benefit to the government of cutting off fees as of that date, despite the fact that Plaintiffs will continue to accrue them for many months after.

Please let us know as soon as possible, but preferably no later than close of business on Thursday, June 6, if the government is amenable to this proposal.  If so, we can take the lead on drafting a joint stipulation for your review.

Thank you for your consideration.  And, of course, please don't hesitate to reach out with any questions or if you'd like to meet and confer further about this.

Sincerely,

Babak and Shabnam

**Babak Yousefzadeh** | Partner
+1 415-774-3191 | direct
BYousefzadeh@sheppardmullin.com | Bio

**Sheppard**Mullin

Four Embarcadero Center, 17th Floor
San Francisco,  CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn