| | |
|---|---|
| **MUSLIM ADVOCATES**<br>GOLNAZ FAKHIMI (pro hac vice)<br>REEM SUBEI (pro hac vice)<br>1032 15th St NW #362<br>Washington, DC 20005<br>Telephone: (202) 655-2969<br>Facsimile: (202) 508-1007<br>golnaz@muslimadvocates.org<br>reem@muslimadvocates.org<br><br>**LOTFI LEGAL, LLC**<br>SHABNAM LOTFI (pro hac vice)<br>VERONICA SUSTIC (pro hac vice)<br>P.O. Box 64<br>Madison, WI 53701<br>Telephone: (608) 259-6226<br>Facsimile: (608) 646-4654<br>shabnam@lotfilegal.com<br>veronica@lotfilegal.com<br><br>**PERKINS COIE LLP**<br>ERIC B. EVANS (SBN 232476)<br>EEvans@perkinscoie.com<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: +1.650.838.4300<br>Facsimile: +1.650.838.4350<br><br>**Attorneys for *Emami* Plaintiffs**<br><br>**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**<br>GLENN KATON (SBN 281841)<br>55 Columbus Ave.<br>San Francisco, CA 94111<br>Telephone:(415) 848-7711<br>glennk@advancingjustice-alc.org | **NATIONAL IMMIGRATION LAW CENTER**<br>JOSHUA STEHLIK (*pro hac vice*)<br>3450 Wilshire Boulevard, No. 108-62<br>Los Angeles, CA 90010<br>Telephone: (213) 639-3900<br>Facsimile: (213) 639-3911<br>stehlik@nilc.org<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>JOHN A. FREEDMAN (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5316<br>Facsimile: (202-942-5999<br>john.freedman@arnoldporter.com<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 471-3100 Facsimile: (415) 471-3400<br>daniel.asimow@arnoldporter.com<br><br>**COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA**<br>ZAHRA A. BILLOO (SBN 267634)<br>BRITTNEY REZAEI (SBN 309567)<br>3350 Scott Blvd., Suite 48<br>Santa Clara, CA 95054<br>Telephone: (408) 986-9874<br>zbilloo@cair.com<br>brezaei@cair.com<br><br>**IRANIAN AMERICAN BAR ASSOCIATION**<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC 20016<br>Telephone: (415) 774-3191<br>president@iaba.us<br>**Attorneys for *Pars* Plaintiffs** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COUNTY

| | |
|---|---|
| FARANGIS EMAMI, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>  Defendants. | Case No. 3:18-cv-1587-JD<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE |

The Court, having considered Plaintiffs' Administrative Motion to Set Briefing Schedule, orders as follows:

Plaintiffs' motion under the EAJA is to be filed on July 15, 2024.

IT IS SO ORDERED:

Dated: _____          _____
                                          HON. JAMES DONATO
                                          United States District Judge