| | |
|---|---|
| MUSLIM ADVOCATES<br>GOLNAZ FAKHIMI (*pro hac vice*)<br>REEM SUBEI (*pro hac vice*)<br>1032 15th St NW #362<br>Washington, DC 20005<br>Telephone: (202) 655-2969<br>Facsimile: (202) 508-1007<br>golnaz@muslimadvocates.org<br>reem@muslimadvocates.org | COUNCIL ON AMERICAN-ISLAMIC<br>RELATIONS, CALIFORNIA<br>ZAHRA A. BILLOO (SBN 267634)<br>BRITTNEY REZAEI (SBN 309567)<br>3350 Scott Blvd.      , Suite 48<br>Santa Clara, CA 95054<br>Telephone: (408) 986-9874<br>zbilloo@cair.com<br>brezaei@cair.com |
| LOTFI LEGAL, LLC<br>SHABNAM LOTFI (*pro hac vice*)<br>VERONICA SUSTIC (*pro hac vice*)<br>P.O. Box 64<br>Madison, WI  53701<br>Telephone:     (608) 259-6226<br>Facsimile:     (208) 977-9974<br>shabnam@lotfilegal.com<br>veronica@lotfilegal.com | IRANIAN AMERICAN BAR ASSOCIATION<br>BABAK G. YOUSEFZADEH (CA SBN 235974)<br>5185 MacArthur Blvd. NW, Suite 624<br>Washington, DC 20016<br>Telephone: (415) 774-3191<br>president@iaba.us |
| PERKINS COIE LLP<br>ERIC B. EVANS (SBN 232476)<br>EEvans@perkinscoie.com<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: +1.650.838.4300<br>Facsimile:  +1.650.838.4350 | ASIAN AMERICANS ADVANCING<br>JUSTICE-ASIAN LAW CAUCUS<br>GLENN KATON (SBN 281841)<br>55 Columbus Ave.<br>San Francisco, CA 94111<br>Telephone:(415) 848-7711<br>glennk@advancingjustice-alc.org |
| **Attorneys For *Emami* Plaintiffs** | **Attorneys for *Pars* Plaintiffs** |
| NATIONAL IMMIGRATION LAW CENTER<br>JOSHUA STEHLIK (*pro hac vice*)<br>3450 Wilshire Boulevard, No. 108-62<br>Los Angeles, CA 90010<br>Telephone: (213) 639-3900<br>Facsimile: (213) 639-3911<br>stehlik@nilc.org | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation<br>District Court Section<br>SAMUEL P. GO<br>Assistant Director<br>NICOLE GRANT<br>DAVID KIM<br>Senior Litigation Counsel |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>JOHN A. FREEDMAN (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5316<br>Facsimile: (202-942-5999<br>john.freedman@arnoldporter.com | STEPHANIE E. GIBBS<br>JASON WISECUP<br>Trial Attorneys<br>Office of Immigration Litigation<br>Ben Franklin Station<br>P.O. Box 878<br>Washington, D.C. 20044<br>Telephone: (202) 880-0340<br>Email: Stephanie.E.Gibbs@usdoj.gov |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>DANIEL B. ASIMOW (SBN 165661)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>daniel.asimow@arnoldporter.com | **Attorneys For Defendants** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARS EQUALITY CENTER, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ANTONY BLINKEN, *et al.*,<br><br>　　　　　　　Defendants.<br><br>PARS EQUALITY CENTER, *et al.*,<br><br>　*and*<br><br>FARANGIS EMAMI, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:18-cv-01587-JD<br>Case No. 3:18-cv-07818-JD<br><br><br>**SETTLEMENT AGREEMENT**<br>**ON EAJA FEES** |

The Parties hereby agree as follows:

**I.    RECITALS**

  (A)  <u>Parties</u>: The Parties to this agreement are:

   (1)  Plaintiffs, Pars Equality Center, et al., and Farangis Emami, et al., ("Plaintiffs"), who are represented by counsel, Iranian American Bar Association, Babak G. Yousefzadeh and others (*Pars* Plaintiffs), and Lotfi Legal, LLC, Shabnam Lotfi and others (*Emami* Plaintiffs).

   (2)  Defendants, Alejandro Mayorkas, et al. (*Pars*), and Antony Blinken, et al. (*Emami*), who are represented by counsel, Stephanie E. Gibbs, Jason Wisecup, David Kim, Nicole P. Grant, and Samuel P. Go.

(B) <u>Intention of the Parties</u>: The Parties desire to resolve the claim for costs and fees in the cases of *Emami, et al. v. Mayorkas, et al.*, 18-cv-1587 (N.D. Cal.), and *Pars Equality Center, et al. v. Blinken, et al.*, 18-cv-7818 (N.D. Cal.), brought under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), by entering into this Agreement, thereby avoiding the time and expense of further litigation as to the propriety and amount of an EAJA fee award. This Agreement is intended to dispose of all claims or issues that were or may be raised by Plaintiffs against Defendants for costs and fees under EAJA. The Parties acknowledge that this Agreement is fully binding upon them, and on each of their successors during the life of the Agreement. By entering into this Agreement, Defendants do not admit that an award of costs and fees under EAJA is proper. The Parties concur that the Agreement is fully dispositive of all issues at all stages of litigation, including any fees or costs that have been or may be incurred by class counsel pursuant to, in connection with, or in the course of the implementation of the Court's injunction, dated May 14, 2014 (ECF 259).

(C) The Parties agree that this Settlement Award may not be altered, amended, modified, or otherwise changed except by a writing duly executed by or on behalf of Plaintiffs and the U.S. Attorney General. The Parties further stipulate that, following arms-length negotiations, this Settlement Agreement comprises the entire agreement concerning the obligations of the Parties with respect to any claims or defenses in connection with the EAJA claim in this case.

(D) This Agreement is in no way related to or concerned with income or other taxes for which Plaintiffs or their attorneys are now liable or may become liable for in the future because of this Agreement.

(E) This Agreement is for the purpose of settling the action and for no other purpose. Accordingly, this Agreement shall not bind the Parties, nor shall it be cited or otherwise referred to, in any proceeding, whether judicial or administrative in nature, in which the Parties or counsel for the Parties have or may acquire an interest, except as necessary to affect the terms of this Agreement.

(F) This document constitutes a complete integration of the agreement between the Parties and supersedes any and all prior oral or written representations, understandings, or agreements among or between them.

## II.  AGREEMENT

(A) Defendants agree to pay, and Plaintiffs, through their designated representative, agree to accept, a payment of $893,457.14 in attorneys' fees and expenses under 28 U.S.C. § 2412(d) and $645.56 in costs under 28 U.S.C. § 2412(a), in full settlement of any and all EAJA claims in the cases of *Emami, et al. v. Mayorkas, et al.*, 18-cv-1587 (N.D. Cal.), *and Pars Equality Center, et al. v. Blinken, et al.*, 18-cv-7818 (N.D. Cal.).

(B) Payment is contingent upon Plaintiffs having provided the following written payment information to Defendants:

1. Name of the payee.
2. Address of the payee.
3. Social Security or Tax Identification Number of payee.
4. Name of the payee's bank.
5. Address of payee's bank (including City and State).
6. Payee's bank routing number (for EFT payments).
7. Payee's bank account number.

8. Whether the account is a checking or savings account.

9. If payee is Plaintiffs' counsel, name of payee's counsel.

10. Payee's Counsel's state bar and bar license number.

11. Contact info for Payee if necessary to complete the transfer.

12. Whether Payee is a non-profit organization.

(C) Plaintiffs represent that they have no existing debts to the United States and that they are not subject to an offset under *Astrue v. Ratliff*, 560 U.S. 586 (2010).

(D) Plaintiffs represent that their claims for attorney's fees, litigation costs, and other expenses have been assigned to class counsel, and the Department of State accepts the assignment and waives any applicable provisions of the Anti-Assignment Act, 31 U.S.C. § 3727.

(E) This Agreement does not waive Plaintiffs' or class counsel's tax liability or any other liability owed to the United States government.

(F) Defendants agree to process and pay the settlement amount promptly upon receiving the payment information. If the payment is not complete after this settlement is finalized and **45 days** have elapsed from (a) Defendants' receipt of the payment information required in Section II(B), or (b) the date of this filing, whichever is later, then the Parties shall work together in good faith to promptly identify and resolve any issues causing a delay in payment.

(G) This Agreement is governed by the laws of the United States. The exclusive jurisdiction and venue for any dispute relating to this Agreement is in the United States District Court for the Northern District of California. For purposes of construing this Agreement, this Agreement shall be deemed to have been drafted by

all Parties and shall not, therefore, be construed against any Party for that reason in any subsequent dispute.

(H) This Agreement is effective on the date of signature of the last signatory to the Agreement (the "Effective Date"). Electronic transmissions of signatures shall constitute acceptable, binding signatures for purposes of this Agreement.

Respectfully submitted,

*For Plaintiffs:*

By:      */s/ Shabnam Lotfi*
SHABNAM LOTFI
LOTFI LEGAL LLC

Dated:      September 13, 2024

By:      */s/ Babak G. Yousefzadeh*
BABAK G. YOUSEFZADEH
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:      September 13, 2024

**Attorneys for Plaintiffs**

*For Defendants:*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

SAMUEL P. GO
Assistant Director

NICOLE P. GRANT
Senior Litigation Counsel

JASON WISECUP
STEPHANIE E. GIBBS
Trial Attorneys

|       |                                                  |
|-------|--------------------------------------------------|
| By:   | */s/ David Kim*                                  |
|       | DAVID KIM                                        |
|       | Senior Litigation Counsel                        |
|       | Office of Immigration Litigation                 |
| Dated:| September 13, 2024                               |

***Attorneys for Defendants***

## ORDER

Pursuant to the Settlement Agreement on EAJA Fees, IT IS SO ORDERED.

Dated:

JAMES DONATO
United States District Judge